## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON DENT,<br><br>      Plaintiff,<br><br>      v.<br><br>EXECUTIVE OFFICE FOR UNITED STATES<br>ATTORNEYS, et al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 12-cv-00420 (EGS)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF DAVID M. HARDY

I, David M. Hardy, declare as follows:

(1)    I am currently the Section Chief of the Record/Information Dissemination Section ("RIDS"), Records Management Division ("RMD"), formerly at Federal Bureau of Investigation Headquarters ("FBIHQ") in Washington, D.C., and currently relocated to Winchester, Virginia. I have held this position since August 1, 2002. Prior to joining the Federal Bureau of Investigation ("FBI"), from May 1, 2001 to July 21, 2002, I was the Assistant Judge Advocate General of the Navy for Civil Law. In that capacity, I had direct oversight of Freedom of Information Act ("FOIA") policy, procedures, appeals, and litigation for the Navy. From October 1, 1980 to April 30, 2001, I served as a Navy Judge Advocate at various commands and routinely worked with FOIA matters. I am also an attorney who has been licensed to practice law in the state of Texas since 1980.

(2)    In my official capacity as Section Chief of RIDS, I supervise approximately 274

employees who staff a total of ten (10) FBIHQ units and two field operational service center units whose collective mission is to effectively plan, develop, direct, and manage responses to requests for access to the FBI records and information pursuant to the FOIA, as most recently amended by the OPEN Government Act of 2007; the Open FOIA Act of 2009; the Privacy Act of 1974; Executive Order 13526, Presidential, Attorney General, and FBI policies and procedures; judicial decisions and Presidential and Congressional directives. The statements contained in this declaration are based upon my personal knowledge, upon information provided to me in my official capacity, and upon conclusions and determinations reached and made in accordance therewith.

(3)    Due to the nature of my official duties, I am familiar with the procedures followed by the FBI in responding to requests for information from its files pursuant to the provisions of the FOIA, 5 U.S.C. § 552, and the Privacy Act of 1974, 5 U.S.C. § 552a. Specifically, I am aware of the FBI's responses to the FOIA/Privacy Act request made by plaintiff, Jason Dent.

(4)    In accordance with Vaughn v. Rosen, 484 F.2d 820 (D.C. Cir. 1973), this declaration is submitted in support of the FBI's motion for summary judgment, and will provide the Court and plaintiff with an explanation of the FBI's record-keeping system, the procedures used to search for records responsive to plaintiff's request, and a justification for the FBI information which has been withheld from disclosure, in full or in part, pursuant to Privacy Act Exemption (j)(2), 5 U.S.C. § 552a(j)(2), and FOIA Exemptions (b)(5), (b)(6), (b)(7)(C),(b)(7)(D), and (b)(7)(E), 5 U.S.C. §§ 552 (b)(5), (b)(6), (b)(7)(C), (b)(7)(D) and

(b)(7)(E).[1]

## PROCEDURAL HISTORY OF PLAINTIFF'S FOIA REQUEST

(5)    Set forth below is a chronology and description of the pertinent correspondence

concerning plaintiff's FOIA/Privacy Act request for records pertaining to himself.  Copies of the

relevant correspondence are attached hereto as **Exhibits A-O.**

### FOIA Request for Records Pertaining to Jason Dent

(6)    By letter dated August 8, 2007, plaintiff submitted a FOIA/Privacy Act request to the

New York Field Office ("NYFO") seeking access to:

> 1) "[r]ecords pertaining to the investigation and prosecution of
> Criminal Indictment No. 01-CR-1343 (E.D.N.Y.)."

 Plaintiff also included a Privacy Act Identification and Request form.  He also agreed to pay for

any fees involved in processing his request.[2]  **(See Exhibit A.)**

(7)    By letter dated September 14, 2007, the FBI acknowledged receipt of plaintiff's

request to NYFO and assigned it FOIPA Number 1092003-000, titling the subject of the request

as "DENT, JASON."  RIDS advised plaintiff that it would conduct a search of the automated

indices to the FBI's Central Records System ("CRS") at NYFO for information responsive to this

request and he would be notified of the results as soon as possible.  **(See Exhibit B.)**

(8)    By letter dated September 4, 2007, plaintiff sent an additional letter to NYFO

---

[1]    While coding the documents released to plaintiff in order to prepare this Vaughn
declaration, RIDS determined that FOIA Exemption (b)(3), 31 U.S.C., § 5311, should not have
been asserted, and as a result, is withdrawing that exemption.  However, RIDS has determined
that FOIA Exemption (b)(7)(E) should be asserted for that material instead of FOIA Exemption
(b)(3), 31 U.S.C., § 5311.

[2]    This request was sent to NYFO but was forwarded to RIDS by NYFO per FBI protocol.

specifying that he would like Case File Number 166E-NY-27771 processed for his FOIA/Privacy Act request. This letter was forwarded to RIDS by NYFO. **(See Exhibit C.)**

(9)     By letter mailed on or about November 2, 2007, plaintiff advised RIDS of a change of address. **(See Exhibit D.)**

(10)     By letter dated November 27, 2007, the FBI advised plaintiff that it had located approximately 810 pages which were potentially responsive to his FOIA/Privacy Act request. RIDS also advised that he would owe $71.00 in duplication fees if all pages were released to him, but payment was not due at this time. RIDS also offered the option of reducing the scope of the request in order to reduce duplication costs.[3] **(See Exhibit E.)**

(11)     By letter dated December 12, 2007, RIDS advised plaintiff that his pending FOIA/Privacy Act request was in the "perfected backlog" and was awaiting assignment to an analyst. RIDS also advised that he could contact the FBI's FOIPA Public Information Center to check the status of his request. **(See Exhibit F.)**

(12)     On or about December 14, 2007, RIDS received plaintiff's response to the cost letter dated November 27, 2007. He advised that he, "would like the 810 pages processed without them being doubles, singles only. I refuse to pay for doubles. The first 100 pages are free so can you please send that while you process the other pages." **(See Exhibit G.)**

(13)     By letter dated February 19, 2008, plaintiff appealed to the Department of Justice ("DOJ") Office of Information and Privacy ("OIP") stating that he had not heard anything from the FBI. **(See Exhibit H.)**

_____

[3] The FOIPA Number and subject line on this letter did not correspond to plaintiff's FOIPA Number or subject, but the correct approximate page count was listed in this letter.

(14)    By letter dated March 10, 2008, DOJ OIP acknowledged plaintiff's letter and assigned it appeal number 08-1118.  **(See Exhibit I.)**

(15)    By letter dated March 24, 2008, RIDS advised plaintiff that his request was being reviewed by an analyst. RIDS also advised that the analyst will confirm that all the records are responsive to his request and apply any exemptions allowed under FOIPA. Plaintiff was also advised that he could check the status of his pending FOIA/Privacy Act request by contacting the FBI's FOIPA Public Information Center.  **(See Exhibit J.)**

(16)    By letter dated April 2, 2008, DOJ OIP remanded plaintiff's request to the FBI for processing. DOJ OIP advised him that the FBI would send him the first 100 pages free of charge and send a new fee estimate for the remaining pages.  **(See Exhibit K.)**

(17)    By letter dated April 30, 2008, the FBI advised plaintiff that it had reviewed 195 pages and it was releasing 100 pages to him. The FBI also advised that it had withheld information pursuant to Exemption (j)(2) of the Privacy Act, and FOIA Exemptions (b)(2), (b)(6), (b)(7)(C), and (b)(7)(D). The FBI further advised plaintiff that the files processed for his request were from a multi-subject file and RIDS's standard practice was to address only those pages which specifically mentioned the subject of the request. Finally, plaintiff was advised that he could appeal the FBI's denials within sixty (60) days from the date of RIDS's letter by writing to the DOJ OIP.  **(See Exhibit L.)**

(18)    On March 19, 2012, plaintiff filed the current Complaint.

(19)    By letter dated April 18, 2012, RIDS advised plaintiff that, in response to his current Complaint, it had reopened his FOIA/Privacy act request and assigned it FOIPA number 1092003-001. RIDS also advised plaintiff that the files being processed were from a multi-

subject file and only the pages which specifically mention him as the subject would be processed. Finally, the FBI advised that there was no cost for the additional pages processed. **(See Exhibit M.)**

(20)    By letter dated June 8, 2012, the FBI advised plaintiff that it had reviewed 108 pages and it was releasing 87 pages to him. The FBI further advised that it had withheld information pursuant to Exemption (j)(2) of the Privacy Act, and FOIA Exemptions (b)(5), (b)(6), (b)(7)(C), (b)(7)(D), and (b)(7)(E) . RIDS advised plaintiff that upon commencement of the subject litigation the FBI determined that additional material was deemed responsive to his original FOIA/Privacy Act request from August 8, 2007. Finally, RIDS advised plaintiff that he could appeal the FBI's denials within sixty (60) days from the date of RIDS's letter by writing to the DOJ OIP. **(See Exhibit N.)**

(21)    By letter dated June 11, 2012, the FBI sent a corrected version of its June 8, 2012 release letter to plaintiff. The FBI inadvertently omitted FOIA Exemption (b)(3) 31 U.S.C., § 5311 from the original release letter.[4]  RIDS further advised plaintiff that he could appeal the FBI's denials within sixty (60) days from the date of RIDS's letter by writing to the DOJ OIP. **(See Exhibit O.)**

## EXPLANATION OF THE FBI'S CENTRAL RECORDS SYSTEM

(22)    The Central Records System ("CRS"), which is utilized to conduct searches in response to FOIA and Privacy Act request, enables the FBI to maintain all information which it

---

[4]    While coding the documents released to plaintiff in order to prepare this Vaughn declaration, RIDS determined that FOIA Exemption (b)(3), 31 U.S.C., § 5311, should not have been asserted.  However, RIDS has determined that FOIA Exemption (b)(7)(E) should be asserted for that material instead of FOIA Exemption (b)(3), 31 U.S.C., § 5311.

has acquired in the course of fulfilling its mandated law enforcement responsibilities. The records maintained in the CRS consist of administrative, applicant, criminal, personnel, and other files compiled for law enforcement purposes. This system consists of a numerical sequence of files broken down according to subject matter. The subject matter of a file may relate to an individual, organization, company, publication, activity, or foreign intelligence matter (or program). Certain records in the CRS are maintained at FBIHQ. Records that are pertinent to specific field offices of the FBI are maintained in those field offices. Although the CRS is primarily designed to serve as an investigative tool, the FBI utilizes the CRS to conduct searches that are likely to yield documents responsive to FOIA and Privacy Act request. The mechanism that the FBI uses to search the CRS is the Automated Case Support System ("ACS").

(23)    Access to the CRS is obtained through the General Indices, which are arranged in alphabetical order. The General Indices consist of index cards on various subject matters that are searched either manually or through the automated indices. The entries in the General Indices fall into two categories:

> (a) A "main" entry – A "main" entry, or "main" file, carries the name corresponding with a subject of a file contained in the CRS.
>
> (b) A "reference" entry – A "reference" entry, sometimes called a "cross-reference," is generally only a mere mention or reference to an individual, organization, or other subject matter, contained in a document located in another "main" file on a different subject matter.

(24)    Access to the CRS files in FBI field offices is also obtained through the General Indices (automated and manual), which are likewise arranged in alphabetical order, and consist of an index on various subjects, including the names of individuals and organizations. Searches

made in the General Indices to locate records concerning a particular subject, such as Jason Dent,

are made by searching the subject requested in the index.  FBI field offices have automated

indexing functions.

(25)    On or about October 16, 1995, the ACS system was implemented for all field offices,

Legal Attaches ("Legats"), and FBIHQ in order to consolidate portions of the CRS that were

previously automated.  Because the CRS cannot electronically query the case files for data, such

as an individual's name or social security number, the required information is duplicated and

moved to the ACS so that it can be searched.  Over 105 million records from the CRS were

converted from automated systems previously utilized by the FBI.  Automation did not change

the CRS; instead, automation has facilitated more economic and expeditious access to records

maintained in the CRS.

(26)    ACS consists of three integrated, yet separately functional, automated applications

that support case management functions for all FBI investigative and administrative cases:

> (a)  Investigative Case Management ("ICM") – ICM provides the
> ability to open, assign, and close investigative and administrative
> cases as well as set, assign, and track leads.  The Office of Origin
> ("OO"), which sets leads for itself and other field offices, as
> needed, opens a case.  The field offices that receive leads from the
> OO are referred to as Lead Offices ("LOs") – formerly known as
> Auxiliary Offices.  When a case is opened, it is assigned a
> Universal Case File Number ("UCFN"), which is utilized by all
> FBI field offices, Legats, and FBIHQ that are conducting or
> assisting in the investigation.  Using a fictitious file number "111-
> HQ-12345" as an example, an explanation of the UCFN is as
> follows:  "111" indicates the classification for the specific type of
> investigation; "HQ" is the abbreviated form used for the OO of the
> investigation, which in this case is FBIHQ; and "12345" denotes
> the individual case file number for the particular investigation.

> (b)  Electronic Case File ("ECF") – ECF serves as the central

-8-

electronic repository for the FBI's official text-based documents. ECF supports the universal serial concept, in that only the creator of a document serializes it into a file. This provides a single-source entry of serials into the computerized ECF system. All <u>original</u> serials are maintained in the OO case file.

(c) Universal Index ("UNI") – UNI continues the universal concepts of ACS by providing a complete subject/case index to all investigative and administrative cases. Only the OO is required to index; however, the LOs may index additional information as needed. UNI, an index of approximately 114 million records, functions to index names to cases, and to search names and cases for use in FBI investigations. Names of individuals or organizations are recorded with identifying applicable information such as date or place of birth, race, sex, locality, Social Security number, address, and/or date of event.

(27)     The decision to index names other than subjects, suspects, and victims is a discretionary decision made by the FBI Special Agent ("SA") assigned to work on the investigation, the Supervisory SA ("SSA") in the field office conducting the investigation, the SSA at FBIHQ and FBI support personnel assisting with the investigation. The FBI does not index every name in its files; rather, it indexes only that information considered to be pertinent, relevant, or essential for future retrieval. Without a "key" (index) to this enormous amount of data, information essential to ongoing investigations could not be readily retrieved. The FBI files would thus be merely archival in nature and could not be effectively used to serve the mandated mission of the FBI, which is to investigate violations of federal criminal statutes. Therefore, the General Indices to the CRS files are the means by which the FBI can determine what retrievable information, if any, the FBI may have in its CRS files on a particular subject matter <u>i.e.,</u> in this case, plaintiff, Jason Dent.

**<u>SEARCH FOR RECORDS RESPONSIVE TO PLAINTIFF'S FOIA/PA REQUEST</u>**

-9-

(28)     In response to plaintiff's August 8, 2007 FOIA/PA request to NYFO, RIDS

conducted a search of the automated indices to the CRS to identify all potentially responsive

main NYFO files indexed to Jason Dent, utilizing a four-way phonetic breakdown of the names,

including any variations of the first or last name that sound like or are spelled differently than the

names. The FBI also used plaintiff's date of birth to facilitate the identification of responsive

records. As a result of these searches, the FBI located the one responsive main NYFO file and

four sub-files of the main file that were processed for release to plaintiff.

### JUSTIFICATION FOR NON-DISCLOSURE UNDER THE PRIVACY ACT (j)(2)

(29)     Section (j)(2) of the Privacy Act exempts from mandatory disclosure systems of

records "maintained by an agency or component thereof which performs as its principal function

any activity pertaining to the enforcement of criminal laws, including police efforts to prevent,

control, or reduce crime or to apprehend criminals . . ."

(30)     The investigatory records at issue are contained in the FBI's CRS, which is a

component of the FBI's CRS Privacy Act Records System.  Records responsive to the plaintiff's

request were compiled as a result of the FBI's fulfillment of its law enforcement duties,

specifically a criminal investigation related to gang and drug activity and murder.  Plaintiff was

convicted of conspiring to distribute and possess with intent to distribute fifty or more grams of

crack cocaine, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A); engaging in a narcotics

conspiracy resulting in murder, in violation of 21 U.S.C. § 848(e)(1)(A); engaging in narcotics

conspiracy while engaging in a conspiracy to murder, in violation of 21 U.S.C. §§ 846 and 848

(e)(1)(A); and using a firearm in relation to a drug trafficking offense and during a crime of

violence, in violation of 18 U.S.C. § 924(c)(1)(A). Accordingly, these documents are exempt

from disclosure pursuant to 5 U.S.C. § 552a (j)(2).  Although the FBI has denied access to these

records under the Privacy Act, RIDS has reviewed and processed the documents responsive to

plaintiff's request under the access provisions of the FOIA to achieve maximum disclosure.

## EXPLANATION OF CODED FORMAT USED FOR THE JUSTIFICATION OF
## REDACTED MATERIAL

(31)    RIDS has more every effort to provide plaintiff with all material in the public domain

and with all reasonably segregable portions of releasable material, and no reasonably segregable,

nonexempt portions were withheld from plaintiff by RIDS.  The exemptions asserted by the FBI

as grounds for non-disclosure of portions of documents are FOIA Exemptions (b)(5), (b)(6),

(b)(7)(C), (b)(7)(D), and (b)(7)(E).[5]

(32)    The FBI has reviewed a total of 303 pages in response to plaintiff's NYFO request.

Out of the 116 pages of withheld material, RIDS did not produce seven (7) pages because it

determined these pages to be duplicates, and it withheld in full 109 pages pursuant to various

applicable FOIA exemptions. The FBI has inserted deleted page sheets as a substitute for the 116

pages withheld in full.  Copies of the pages released to plaintiff are attached hereto as **Exhibit P**.

RIDS has Bates-numbered each page of the processed documents sequentially – Dent-1 through

Dent-303. The FBI has released to plaintiff a total of 187 pages, 22 pages in full and 165 pages in

part.  The documents contain, on their faces, coded categories of exemptions which detail the

---

[5] In its original processing of records in the case, the FBI asserted FOIA Exemption
(b)(2).  As a result of <u>Milner v. Department of the Navy</u>, 131 S.Ct. 1259 (2011), which narrows
the application of Exemption 2 to those records which relate to employee relations and human
resources issues. As a result, the FBI has re-reviewed all of the documents in this case and has
determined that it will not assert Exemption (b)(2) where it is cited in conjunction with
Exemptions (b)(6), (b)(7)(c), or (b)(7)(D), because it no longer applies to the documents.

nature of the information withheld pursuant to the provisions of the FOIA. The coded categories

are provided to aid the Court's and plaintiff's review of the FBI's explanations of the FOIA

exemptions it has asserted to withhold the material. Accordingly, a review of this information

will demonstrate that all material withheld is exempt from disclosure pursuant to FOIA

exemptions, or it is so intertwined with protected material that segregation is not possible without

revealing the underlying protected material.

(33)    Each withholding of information is accompanied by a code that corresponds to the

categories listed below. For example, if "(b)(7)(C)-1" appears on the page, the "(b)(7)(C)"

designation refers to "Exemption (b)(7)(C)" of the FOIA concerning "Unwarranted Invasion of

Personal Privacy." The subcategory "1 " narrows the main category into the more specific

subcategory "Names and/or Identifying Information of FBI Special Agents ("SAs ") and Support

Personnel."

(34)    The coded categories of exemptions used in the processing of documents responsive

to plaintiff's request are set forth as follows:

## SUMMARY OF JUSTIFICATION CATEGORIES

| CODED CATEGORIES | CODE | CATEGORY OF INFORMATION WITHHELD |
|---|---|---|
| **(b)(5)** | | **PRIVILEGED INFORMATION** |
| | -1 | Deliberative Process Privilege |
| **(b)(6) & (b)(7)(C)** | | **CLEARLY UNWARRANTED INVASION OF PERSONAL PRIVACY AND UNWARRANTED INVASION OF PERSONAL PRIVACY** |
| | -1 | Names and/or Identifying Information of FBI Special Agents and Support Personnel |
| | -2 | Names and/or Identifying Information of Third Parties of Investigative Interest |

| | | |
|---|---|---|
| | -3 | Names and/or Identifying Information of Third Parties who Provided Information to the FBI [Cited at times in conjunction with (b)(7)(D)-1 or (b)(7)(D)-2] |
| | -4 | Names and/or Identifying Information of Non-FBI Federal Government Personnel |
| | -5 | Names and/or Identifying Information of Third Parties Merely Mentioned |
| | -6 | Names of City, Local, and State Government Employees |
| **(b)(7)(D)** | | **CONFIDENTIAL SOURCE MATERIAL** |
| | -1 | Names and/or Identifying Information of Third Parties who Provided Information to the FBI under an "Implied" Assurance of Confidentiality [Cited at times in conjunction with(b)(6)-3 and (b)(7)(C)-3, (b)(6)-6 and (b)(7)(C)-6] |
| | -2 | Names and/or Identifying Information of Third Parties who Provided Information to the FBI under an "Express" Assurance of Confidentiality [Cited at times in conjunction with(b)(6)-3 and (b)(7)(C)-3] |
| | -3 | Local Grand Jury Testimony |
| **(b)(7)(E)** | | **INVESTIGATIVE TECHNIQUE OR PROCEDURE** |
| | | Investigative Techniques and Procedures |

## JUSTIFICATIONS FOR SPECIFIC DELETIONS OF INFORMATION

(35)    The paragraphs that follow explain the FBI's rationale for withholding each particular category of information under the specific exemption coded categories described above.  A review of this information will reveal that all material which the FBI has withheld is exempt from disclosure pursuant to one or more FOIA exemptions, including Exemptions (b)(5), (b)(6), (b)(7)(C), (b)(7)(D), and (b)(7)(E) or it is otherwise so intertwined with protected material that segregation is not possible without revealing the very underlying material the FBI is trying to protect.

## EXEMPTION (b)(5) PRIVILEGED INFORMATION

(36)     Exemption (b)(5) allows the FBI to protect information contained in "inter-agency or intra-agency memorandums or letters which would not be available by law to a party other than an agency in litigation with the agency." This exemption has been construed to exempt those documents or information normally privileged in the civil discovery context, including, as is the case here, the deliberative process privilege.

### (b)(5)-1 Deliberative Process Privilege

(37)     The general purpose of the deliberative process privilege is to prevent injury to the quality of agency decisions. Thus, material that contains or was prepared in connection with the formulation of opinions, advice, evaluations, deliberations, policy formulation, proposals, conclusions or recommendations may properly be withheld. Release of this type of information would have an inhibiting effect upon the development of policy and administrative direction of an agency because it would chill the full and frank discussion between agency personnel regarding a decision. If agency personnel knew that their preliminary opinions, evaluations and comments would be released for public consumption, they may be more circumspect in what they put in writing, and thereby, impede a candid discussion of the issues surrounding a decision.

(38)     In order to invoke the deliberative process privilege, an agency must show that the allegedly exempt document or information is both (a) "predecisional" – antecedent to the adoption of agency policy or decision; and an agency must also pinpoint agency decision or policy to which a document contributed . . . or . . . identify a decision making process to which a document contributed – and (b) "deliberative" – a direct part of the deliberative process in that it makes recommendations or expresses opinions on legal or policy matters, reflects the give and

take of the consultative process, and bears on the formulation or exercise of agency policy-oriented judgment.  Furthermore, an agency must identify the role of a contested document in a specific deliberative process.

(39)    The FBI has cited the deliberative process privileges on thirty pages in it's releases to plaintiff.[6] The first document RIDS withheld in full pursuant to Exemption (b)(5)-1 is an unsigned draft Complaint concerning a third party individual from the United States District Court for the Eastern District of New York, drafted by an SA who worked out of the NYFO.  The second document withheld in full pursuant to Exemption (b)(5)-1 is an unsigned draft Federal Grand Jury Superseding Indictment from the United States District Court for the Eastern District of New York, concerning plaintiff and co-defendants, collectively known as the "Cream Team." The FBI properly protected this information pursuant to FOIA Exemption (b)(5)-1.[7]

## EXEMPTION (b)(7) THRESHOLD

(40)    Exemption (b)(7) of the FOIA protects from mandatory disclosure records or information compiled for law enforcement purposes, but only to the extent that disclosure could reasonably be expected to cause one of the harms enumerated in the subpart of the exemption. See 5 U.S.C. § 552 (b)(7).  In this case, the harm that could reasonably be expected to result from disclosure concerns invasion of personal privacy (b)(7)(C), revealing the identity of confidential sources (b)(7)(D), and revealing sensitive law enforcement techniques (b)(7)(E).

---

[6] Dent 20-29 and 31-35 were originally removed as "Other."  Upon further review, RIDS determined that FOIA Exemption (b)(5)-1 should be asserted to protect exempt information on these four pages.

[7] Exemption (b)(5)-1 is cited on the following pages: Dent- 20-29, 31-35, 206-215, and 217-221.

(41)     Before an agency can invoke any of the harms enumerated in Exemption (b)(7), it

must first demonstrate that the records or information at issue were compiled for law

enforcement purposes.  Law enforcement agencies such as the FBI must demonstrate that the

records at issue are related to the enforcement of federal laws and that the enforcement activity is

within the law enforcement duties of that agency.  Documents responsive to plaintiff's request

relate to the FBI's investigation criminal investigation of plaintiff and the "Cream Team" related

to gang and drug activity, and murder.  Specifically, plaintiff was convicted of conspiring to

distribute and possess with intent to distribute fifty or more grams of crack cocaine, in violation

of 21 U.S.C. §§ 846 and 841(b)(1)(A); engaging in a narcotics conspiracy resulting in murder, in

violation of 21 U.S.C. § 848(e)(1)(A); engaging in narcotics conspiracy while engaging in a

conspiracy to murder, in violation of 21 U.S.C. §§ 846 and 848 (e)(1)(A); and using a firearm in

relation to a drug trafficking offense and during a crime of violence, in violation of 18 U.S.C. §

924(c)(1)(A).  Plaintiff was sentenced to 360 months of imprisonment or more.  Accordingly, the

information readily meets the threshold requirement of Exemption (b)(7).  The remaining inquiry

is whether disclosure "could reasonably be expected to constitute an unwarranted invasion of

personal privacy," "disclose the identity of confidential sources," or "reveal sensitive law

enforcement techniques."

**FOIA EXEMPTIONS (b)(6) AND (b)(7)(C)**
**CLEARLY UNWARRANTED INVASION OF PERSONAL PRIVACY AND**
**UNWARRANTED INVASION OF PERSONAL PRIVACY**

(42)     U.S.C. § 552 (b)(6) exempts from disclosure "personnel and medical files and

similar files" when the disclosure of such information would constitute a clearly unwarranted

invasion of personal privacy.  Similarly, 5 U.S.C. § 552 (b)(7)(C) exempts from disclosure:

records or information compiled for law enforcement purposes,
but only to the extent that the production of such law enforcement
records or information . . . could reasonably be expected to
constitute an unwarranted invasion of personal privacy.[8]

(43)    When withholding information pursuant to these exemptions, the FBI is required to

balance the privacy interests of the individuals mentioned in these records against any public

interest in disclosure.  In asserting this exemption, the FBI has scrutinized each item of

information to determine the nature and strength of the privacy interest of every individual whose

name and/or identifying information appears in the documents at issue.  In conducting this

analysis, the public interest in disclosure of this information is determined by whether the

information in question would shed light on the FBI's performance of its mission to protect and

defend the United States against terrorist and foreign intelligence threats, to uphold and enforce

the criminal laws of the United States, and to provide leadership and criminal justice services to

federal, state, municipal, and international agencies and partners.  In this case, the FBI concluded

that the information should be withheld under Exemptions (b)(6) and (b)(7)(C), and determined

that the individuals' privacy interests were not outweighed by any public interest in disclosure.

Revelation of the names and/or identifying information of third-party individuals in the context

of the records involving the FBI's criminal investigations of plaintiff and the "Cream Team" by

the FBI could reasonably be expected to cause harassment, embarrassment and/or unsolicited

---

[8] The practice of the FBI is to assert Exemption (b)(6) in conjunction with (b)(7)(C).
Although the balancing test for (b)(6) uses a "would constitute a clearly unwarranted invasion of
personal privacy" and the test for (b)(7)(C) uses the lower standard of "could reasonably be
expected to constitute an unwarranted invasion of personal privacy," the analysis and balancing
required by both exemptions is sufficiently similar to warrant a consolidated discussion.  The
privacy interests are balanced against the public's interest in disclosure under the analysis of both
exemptions.

publicity which would constitute an unwarranted and clearly unwarranted invasion of their personal privacy.

### (b)(6)-1 and (b)(7)(C)-1    Names and/or Identifying Information of FBI Special Agents and Support Personnel

(44)    RIDS has asserted Exemptions (b)(6)-1 and (b)(7)(C)-1 to protect the names and/or identifying information of FBI SAs and support personnel who were responsible for conducting, supervising, and/or maintaining the investigative activities reported in the documents responsive to plaintiff's request. Publicity (adverse or otherwise) regarding any particular investigation to which they have been assigned may seriously prejudice their effectiveness in conducting other investigations. The privacy consideration is also to protect FBI SAs and support personnel, as individuals, from unnecessary, unofficial questioning as to the course of an investigation, whether or not they are currently employed by the FBI.

(45)    FBI SAs conduct official inquiries into violations of various criminal statutes and national security cases. They come into contact with all strata of society, conducting searches and making arrests, both of which result in reasonable but nonetheless serious disturbances to people and their lives. It is possible for an individual targeted by such law enforcement actions to carry a grudge which may last for years, and to seek revenge on the agents involved in a particular investigation. The publicity associated with the release of an agent's identity in connection with a particular investigation could trigger hostility toward a particular agent. There is no public interest to be served by disclosing the identities of the SAs to the public. Thus, disclosure of this information would constitute a clearly unwarranted invasion of personal

privacy, and could reasonably be expected to constitute an unwarranted invasion of their personal privacy.

(46)     The names of FBI support personnel are also withheld pursuant to FOIA Exemptions (b)(6)-1 and (b)(7)(C)-1. These employees were assigned to handle tasks related to the official investigation into plaintiff in the files responsive to plaintiff's request. They were, and possibly are, in a position to access information regarding official law enforcement investigations, and therefore could become targets of harassing inquiries for unauthorized access to investigations if their identities were released. These individuals maintain substantial privacy interests in not having their identities disclosed. There is no public interest to be served by releasing the identities of these individuals. Thus, disclosure of this information would constitute a clearly unwarranted and unwarranted invasion of their personal privacy. The FBI properly protected this information pursuant to FOIA Exemptions (b)(6)-1 and (b)(7)(C)-1.[9]

### (b)(6)-2 and (b)(7)(C)-2     Names and/or Identifying Information of Third Parties of Investigative Interest

(47)     RIDS has asserted Exemptions (b)(6)-2 and (b)(7)(C)-2 to withhold the names and/or identifying information of third parties who were of investigative interest to the FBI. These third-party individuals were of investigative interest to the FBI because of their criminal activities. Disclosure of the identities of these individuals could subject them to harassment, embarrassment and could cause undue public attention. Thus, the privacy interests in non-

---

[9] Exemptions (b)(6) and (b)(7)(C)-1 are cited on the following pages: Dent-1, 3, 5, 7, 8, 10, 16-19, 36, 38-48, 52-60, 62, 64, 71, 79, 85, 92, 98, 102, 104, 111, 115, 118, 124, 127, 131, 136, 139, 143, 146, 149, 153, 157, 159, 161, 164, 166, 168, 170-171, 173,175-177, 180, 184, 187, 190, 192, 196, 222-228, 231-237, 301, and 303.

disclosure of these third parties of investigative interest are very strong and outweigh the limited

public interest in disclosure.  Accordingly, the FBI concluded that the disclosure of the identities

of third parties of investigative interest would constitute a clearly unwarranted and unwarranted

invasion of their personal privacy.  The FBI  has properly withheld this information pursuant to

Exemptions (b)(6)-2 and (b)(7)(C)-2.[10]

<u>**(b)(6)-3 and (b)(7)(C)-3**</u>     <u>**Name and/or Identifying Information of Third Parties Who Provided Information to the FBI**</u>

(48)     RIDS has asserted Exemptions (b)(6)-3 and (b)(7)(C)-3, at times in conjunction with

Exemption (b)(7)(D)-1 or (b)(7)(D)-2, to protect the names and/or identifying information of

third parties who provided information to the FBI during the course of the investigation of

plaintiff and the "Cream Team."

(49)     The FBI has found that information provided by individuals during an interview is

one of the most productive investigative tools used by law enforcement agencies.  The FBI's

experience has shown that individuals interviewed by the FBI fear that their identity may be

exposed and, consequently, that they could be harassed, intimidated, or threatened with legal

consequences, economic reprisal, or possible physical harm.  To surmount these fears,

individuals interviewed by the FBI must be assured that their names and personally-identifying

information will be held in the strictest of confidence.  In this case, the FBI balanced the

significant personal privacy interests of the third party interviewees in not having their names and

identifying information disclosed against the negligible public interest in the disclosure of their

---

[10]     Exemptions (b)(6) and (b)(7)(C)-2 are cited on the following pages: Dent-11, 46, 62-64, 72-75, 78-96, 98-100, 104-109, 111-124, 124-137, 139-140, 142-144, 146-155, 157, 159, 161-205, 224, 227-229, 232-235, 238-299, and 302-303.

identities. Disclosure of the third parties' names and/or identifying information would shed no

light on the operations and activities of the FBI. Accordingly, the FBI concluded that the

disclosure of this information would constitute a clearly unwarranted and unwarranted invasion

of their personal privacy. The FBI therefore properly withheld the names and/or identifying

information concerning third parties interviewed by the FBI pursuant to Exemptions (b)(6)-3 and

(b)(7)(C)-3, at times in conjunction with Exemption (b)(7)(D)-1 or (b)(7)(D)-2.[11]

### (b)(6)-4 and (b)(7)(C)-4      Names and/or Identifying Information of Non-FBI Federal Government Personnel

(50)     Exemptions (b)(6)-4 and (b)(7)(C)-4 have been asserted to protect the names of

non-FBI federal government personnel. The relevant inquiry here is whether public access to this

information would violate a viable privacy interest of these individuals and whether there is a

public interest in releasing their identities. Disclosure of their identities and identifying

information could subject these federal law enforcement employees to unauthorized inquiries and

harassment which would constitute a clearly unwarranted invasion of their personal privacy. The

rationale for protecting non-FBI federal employees is the same as that for FBI employees.

(51)     In balancing the legitimate privacy interest of these individuals against any public

interest in disclosure, the FBI determined that there is a complete lack of bona fide public interest

in this information because its disclosure will not shed light on the operations and activities of

the federal government. Accordingly, the FBI has concluded that the disclosure of this

information would constitute a clearly unwarranted and unwarranted invasion of their personal

---

[11]     Exemptions (b)(6) and (b)(7)(C)-3 are cited on the following pages: Dent-42, 46-47, 62-64, 72-75, 78-96, 98-102, 104-109, 111-155, 157, 159, 161-205, 224-225, 227, 229, 234-235, 239-261, 263-267, 270-276, and 279-298.

privacy. The FBI properly withheld this information pursuant to Exemptions (b)(6)-4 and (b)(7)(C)-4.[12]

### (b)(6)-5 and (b)(7)(C)-5     Names and/or Identifying Information of Third Parties Merely Mentioned

(52)    RIDS has asserted Exemptions (b)(6)-5 and (b)(7)(C)-5 to withhold the names and/or identifying information concerning third parties merely mentioned in documents related to the FBI's investigations of plaintiff. The FBI obtained this identifying information concerning these third parties during the course of its investigation into plaintiff possible involvement in gang and drug activity, and murder. These third parties maintain significant personal privacy interests in not having their identifying information disclosed. If the FBI were to disclose their names and other personal information, the disclosure would reveal that these third parties were connected in some way with the FBI's investigation of plaintiff. Disclosure of these third parties' names and/or identifying information in connection with the FBI's investigations of plaintiff carries an extremely negative connotation. Disclosure of their identities would subject these individuals to possible harassment or criticism and focus derogatory inferences and suspicion on them. Accordingly, the FBI has determined that these third parties have substantial privacy interests in not having information about them found in the FBI's investigations of plaintiff disclosed. After identifying the substantial privacy interests of these third party individuals, who are merely mentioned in the investigative file, the FBI balanced these privacy interests against the minimal public interest in the disclosure of the information. The FBI determined that the personal privacy

---

[12] Exemptions (b)(6) and (b)(7)(C)-4 are cited on the following pages: Dent-42-44, 46-47, 72, 85, 92, 104, 115, 118, 124, 127, 131, 136, 139, 143, 146, 153, 161, 164, 168, 170-171, 173, 175*177, 180, 184, 187, 192, 224-225, 229, and 236.

interests in non-disclosure outweighed the public interest in disclosure, as disclosure would not shed light on the operations and activities of the FBI. Disclosure of this information would constitute a clearly unwarranted and unwarranted invasion of their personal privacy. Accordingly, the FBI properly protected this information from disclosure pursuant to FOIA Exemptions (b)(6)-5 and (b)(7)(C)-5.[13]

<u>**(b)(6)-6 and (b)(7)(C)-6**</u>        <u>**Names of City, Local, and State Government Employees**</u>

(53)    RIDS has asserted Exemptions (b)(6)-6 and (b)(7)(C)-6 to withhold the names and/or identifying information of state and/or local law enforcement employees. These employees were acting in their official capacities and aided the FBI in its law enforcement efforts. Disclosure of the identities of these employees could subject them, as individuals, to unofficial inquiries not anticipated in connection with their assistance to the FBI. Thus, these employees have substantial interests in protecting their identities. There is no public interest to be served in releasing the identities of these employees. Therefore, the FBI concluded that the disclosure of this information would constitute a clearly unwarranted invasion of their personal privacy and could reasonably be expected to constitute an unwarranted invasion of personal privacy. Accordingly, the FBI has properly protected the names and/or identifying information of these employees pursuant to Exemptions (b)(6)-6 and (b)(7)(C)[14]

---

[13]  Exemptions (b)(6) and (b)(7)(C)-5 are cited on the following pages: Dent- 46-47, 72-75, 80, 92, 94, 99-100, 102, 104, 108, 116, 118, 124, 132-133, 136, 139-141, 146-147, 149-151, 157, 159, 161, 164, 169, 176, 178, 181, 186, 188-190, 192, 195, 224-225, 234-235, 239-242, 249-253, 257, 261, 263-264, 268, 270, 272, 275, 283, and 296-297.

[14]  Exemptions (b)(6) and (b)(7)(C)-6 are cited on the following pages: Dent- 79, 85, 92, 98, 102, 104, 111, 127, 131, 136, 139, 153, 166, 168, 184, 187, 235, 238-270, 272-274, 277-281, 283-296, and 303.

## EXEMPTION (b)(7)(D)
## CONFIDENTIAL SOURCE MATERIAL

(54)    5 U.S.C. § 552 (b)(7)(D) permits an agency to withhold :

> records or information compiled for law enforcement purposes, but
> only to the extent that the production of such law enforcement
> records or information . . . could reasonably be expected to disclose
> the identity of a confidential source, including a State, local or
> foreign agency or authority or any private institution which
> furnished information on a confidential basis, and, in the case of a
> record or information compiled by a criminal law enforcement
> authority in the course of a criminal investigation or by an agency
> conducting a lawful national security intelligence investigation,
> information furnished by a confidential source.

(55)    Numerous confidential sources report to the FBI on a regular basis, they provide

information under express assurances of confidentiality, and are "informants" within the

common meaning of the term. Other individuals are interviewed under implied assurances of

confidentiality or under circumstances from which assurances of confidentiality may be inferred.

Both of these categories of individuals are considered viable confidential sources and they

furnish information only with the understanding that their identities and the information provided

will not be divulged outside the FBI. It is only with the understanding of complete

confidentiality (whether express or implied) that the aid of such sources can be enlisted, and only

through this confidence that these sources can be persuaded to continue providing valuable

assistance in the future.

(56)    The release of a source's identity could forever remove that source as a future means

of obtaining information. The FBI has learned through experience that individuals who assist,

cooperate with, and provide information to the FBI must be free to do so without fear of reprisal. The FBI also has learned that individuals who provide information to the FBI must be free to furnish that information with complete candor and without the understandable tendency to hedge or withhold information because of fear that their names or their cooperation with the FBI will later be made public. Individuals who provide information to the FBI should be secure in the knowledge that their assistance and their identities will be held in confidence. In addition, disclosure of the identity of one source has a chilling effect on the activities and cooperation of other sources.

### (b)(7)(D)-1    Names and/or Identifying Information of Third Parties who Provided Information to the FBI Under an "Implied" Assurance of Confidentiality

(57)    RIDS has asserted Exemption (b)(7)(D)-1 has been asserted, in conjunction with Exemptions (b)(6)-3 and (b)(7)(C)-3, to protect the names, identifying information, and investigative information provided by third parties under an implied assurance of confidentiality.

(58)    The FBI has withheld portions of interviews in which the release of the information could clearly identify the sources. The sensitivity of the information, and the position of the sources, are such that it may be inferred that the information was provided with the expectation of confidentiality. These sources provided valuable information that is **detailed** and **singular** in nature. As discussed earlier, the disclosure of the identities of these individuals is in direct contradiction to the interests of the FBI. If the FBI were forced to disclose the identity of -- and information provided by -- a confidential source who provided information based on an expectation of confidentiality (whether express or implied), such disclosure would have a chilling effect on the activities and cooperation of this and other future FBI confidential sources. The FBI

has released as much segregable information as possible without disclosing the sources'
identities. As a result, the FBI has properly withheld this information pursuant to FOIA
Exemption (b)(7)(D)-1, in conjunction with Exemptions (b)(6)-3 and (b)(7)(C)-3.[15]

### (b)(7)(D)-2     Names and/or Identifying Information of Third Parties who Provided Information to the FBI Under an "Express" Assurance of Confidentiality

(59)     Exemption (b)(7)(D)-2 has been asserted, in conjunction with Exemptions (b)(6)-3
and (b)(7)(C)-3, to protect the name, identifying data and information provided by several
individuals. Each individual assisted in the criminal investigation of plaintiff and the "Cream
Team" conducted by the FBI and the New York Police Department with an "express" assurance
of confidentiality. This is evidenced by the words "PROTECT IDENTITY" when the
individual's name is referenced in the file. The words are a positive indication of an express
assurance of confidentiality. All of the individuals would reasonably fear that disclosure of their
identity would place them in danger. In addition, disclosure of the identity of a confidential
source who was expressly promised confidentiality has wider implications. If the FBI were to
disclose the identities of confidential sources that entered into express agreements, that revelation
would have a chilling effect on the activities and cooperation of other FBI confidential sources in
the future. The FBI has found that it is only with the understanding of complete confidentiality
that the aid of such sources can be enlisted, and only through this confidence that these sources
can be persuaded to continue to provide valuable assistance in the future. As a result, the FBI has

---

[15] Exemption (b)(7)(D)-1 is cited on the following pages: Dent-3, 11, 42, 45-46, 62-64,
72-75, 78-96, 98-102, 104-109, 114-122, 126-134, 137, 142-144 , 148-155, 157, 161-164, 167-
168, 176-184, 188-195, 196-205, 224-225, 227, 229, 234-235, 239-244, 248-261, 263-267, 270-
276, 279-282, and 286-298.

properly withheld this information pursuant to FOIA Exemption (b)(7)(D)-2, in conjunction with

Exemptions (b)(6)-3 and (b)(7)(C)-3.[16]

### (b)(7)(D)-3   Local Grand Jury Testimony

(60)     RIDS has asserted Exemption (b)(7)(D)-3, in conjunction with Exemptions (b)(6)-3

and (b)(7)(C)-3, to protect the names, identifying data and information of individuals. The

information for individuals subpoenaed to testify during a local grand jury was used during the

FBI's criminal investigation of plaintiff and the "Cream Team." In the investigative files

responsive to plaintiff's request, only that information which explicitly discloses matters

occurring before a local Grand Jury has been withheld pursuant to Exemption (b)(7)(D)-3.

Specifically, the names and identifying information of individuals subpoenaed to testify before

the local Grand Jury and records and information that identifies specific records subpoenaed by

the local Grand Jury. Any such disclosure would clearly violate the secrecy of the grand jury

proceedings and could reveal the inner workings of the local grand jury that considered the case

which was used during the FBI investigation. Accordingly, the FBI has properly asserted FOIA

Exemption (b)(7)(D)-3 to withhold this information from disclosure.[17]

### EXEMPTION (b)(7)(E)
### INVESTIGATIVE TECHNIQUES AND PROCEDURES

(61)     5 U.S.C. § 552 (b)(7)(E) provides for the withholding of:

> law enforcement records that would disclose techniques and
> procedures for law enforcement investigations or prosecutions, or

---

[16] Exemption (b)(7)(D)-2 is cited on the following pages: Dent- 111-113, 123-125, 135-136, 138-141, 145-147, 159, 165-166, 169-175, 185-187, 245-247, and 283-285.

[17] Exemption (b)(7)(D)-3 is cited on the following page: Dent-262.

would disclose guidelines for law enforcement investigations or
prosecutions if such disclosure could reasonably be expected to
risk circumvention of the law.

**(b)(7)(E)-1**          **Investigative Techniques and Procedures**

(62)    RIDS has asserted Exemption (b)(7)(E)-1 to protect procedures and techniques used

by FBI agents to conduct criminal investigations.  Disclosure of this information could enable

subjects of FBI investigations to circumvent similar currently used techniques and procedures by

law enforcement.  The relative benefit of these techniques and procedures could be diminished if

the actual techniques and procedures were revealed in this matter.  This in turn could facilitate

the accumulation of information by other investigative subjects regarding the circumstances

under which these techniques and procedures were used or requested and the value of the

information obtained.  Release of this type of information could enable criminals to educate

themselves about the law enforcement investigative techniques and procedures employed for the

location and apprehension of individuals and therefore allow these individuals to take

countermeasures to circumvent the effectiveness of these techniques and procedures and to

continue to violate the law.  Thus, the FBI properly protected this information from disclosure

pursuant to FOIA Exemption (b)(7)(E)-1.[18]

**CONCLUSION**

(63)    The FBI has performed adequate and reasonable searches, and has processed and

released all non-exempt, reasonably segregable records subject to FOIA. The FBI has properly

withheld information pursuant to Privacy Act Exemption (j)(2), 5 U.S.C. § 552a (j)(2) and FOIA

---

[18]  Exemption (b)(7)(E)-1 is cited on the following pages: Dent- 263, 263, 296, and 301-
303.

Exemptions (b)(5), (b)(6), (b)(7)(C), (b)(7)(D) and (b)(7)(E), 5 U.S.C. §§ 552 (b)(5), (b)(6),

(b)(7)(C), (b)(7)(D) and (b)(7)(E). The FBI has carefully examined the responsive documents

and has determined that the information withheld from plaintiff, if disclosed, could reasonably be

expected to reveal deliberative process privileged information; could cause a clearly unwarranted

and unwarranted invasion of personal privacy; could disclose confidential source information;

and could disclose investigative techniques and procedures for law enforcement investigations,

the disclosure of which could reasonably be expected to risk circumvention of the law. The FBI

has released all reasonably segregable, non-exempt information to plaintiff in response to

plaintiff's FOIA/Privacy Act request.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and

correct, and that Exhibits A through U attached hereto are true and correct copies.

Executed this 30th day of July, 2012.

DAVID M. HARDY
Section Chief
Records/Information Dissemination Section
Records Management Division
Federal Bureau of Investigation
Winchester, Virginia

Exhibit A

9507

Juan Dest
67640-053
U.S.P. Allenwood
P.O. Box 3000
White Deer, PA 17887

Federal Bureau of Investigation
New York Field Office
26 Federal Plaza
23rd Floor
New York, New York  10278-0004

Re: Freedom of Information / Privacy Act of 1974

Dear Sir / Madam:

This is a formal request for access to
records maintain by your office pursuant to the
Freedom of Information Act (5 USC 552) and Privacy Act
(5 USC 552a).

These records for which I seek are pertaining
to the investigation and prosecution of Criminal Indictment
No. 01-CR-1343 (E.D.N.Y.)

Pursuant to 28 C.F.R. §§ 16.3(a), 16.41 (a) (2007) (request for records held by FBI field offices must be submitted to the field offices directly). Your office has jurisdiction over this request.

I agree to pay all copying fees as required from the acts. Your agency has 20 business days to respond to my request for access to records.

Respectfully Submitted
Jason Dent
67640-053

8/8/07

**PRIVACY ACT IDENTIFICATION AND REQUEST FORM**

TO: Federal Bureau of Investigation
New York Field office   23rd Floor
26 Federal Plaza
New York, New York 10278-0004

FILE NO. **166E-NY-277771**

DATE: August 8, 2007

PRIVACY ACT NOTICE:  The following information is requested pursuant to Department of Justice Regulations (28 C.F.R. 16.41) in order to verify your identity and to assist in locating your records.  False information may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

I request access to records or information pertaining to me in the system(s) of records checked on the attached list.

1.  FULL NAME (Please print):

Dent FRCP 5.2/L.R. 5.4(f)(3) Jason

(LAST)                    (FIRST)              (MIDDLE, IN FULL)

2.  Date of Birth: ██████ 77     Place of Birth: Coney Island Hospital
mo./day/year

3.  Present address: U.S.P Allenwood, P.O. Box 3000, White Deer PA 17887

4.  Prior addresses:  693 Madison  Brooklyn  New York 11233
apt 4R

5.  The approximate year or years during which you believe that a record about you may have been created: November 1999 to September 2003

6.  The judicial district(s) or state(s) where the events occurred about which you believe a record may have been created:
Eastern District New York  Brooklyn

7.  If married or divorced or separated, the full name of your spouse (if wife, please include maiden name):

8.  If the record you believe to exist about you includes arrest, trial or conviction records:

(a) The date of arrest, indictment or complaint against you:
Febuary 25, 2002

(b) Approximate date of conviction: December 8, 2003

(c) Federal court and district in which trial or proceeding took place:
Eastern District of New York

(d) Federal offense(s) involved: 848(e), 846, 924(c)

(e) Names of codefendant(s) (if any): ███████

In accordance with Title 28, United States Code, Section 1746, I declare under penalty of perjury that the foregoing is true and correct.

Signature: _Jason Dent_          Date: 8/8/07     Rev. 10/03

Jason Dent
6724600053
U.S.P Allenwood
P.O. Box 3000
White Deer, PA 17887

HARRISBURG PA 171

13 AUG 2007 PM 3 L

E    M
L  E    'IARY

AUG 13 2007

Federal Bureau of Investigation
New York Field Office
26 Federal Plaza    23rd Floor
New York, New York 10278-0004

legal mail FREEDom of INFORMATION

Exhibit B



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

September 14, 2007

MR. JASON DENT
**67640-053
UNITED STATES PENTENTIARY ALLENWOOD
POST OFFICE BOX 3000
WHITE DEER, PA 17887

Request No.: 1092003- 000
Subject: DENT, JASON

Dear Requester:

☒     This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request to the FBI, forwarded from the New York Field Office to FBI Headquarters for handling. The FOIPA number listed above has been assigned to your request.

☐     For an accurate search of our records, please provide the complete name, alias, date and place of birth for the subject of your request. Any other specific data you could provide such as prior addresses, or employment information would also be helpful. If your subject is deceased, please include date and proof of death.

☐     To make sure information about you is not released to someone else, we require your notarized signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746. For your convenience, the reverse side of this letter contains a form which may be used for this purpose.

☐     If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest record, please follow the enclosed instructions in Attorney General Order 556-73. You must submit fingerprint impressions so a comparison can be made with the records kept by CJIS. This is to make sure your information is not released to an unauthorized person.

☒     We are searching the indices to our central records system at the New York Field Office for the information you requested, and will inform you of the results as soon as possible.

☐     Processing delays have been caused by the large number of requests received by the FOIPA. We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above. Please use this number in all correspondence with us. Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
   Dissemination Section
Records Management Division

Exhibit C

NY

Jason Dent
67640-053
U.S.P. Allenwood
P.O. BOX 3000
White Deer, PA 17887

Federal Bureau of Investigation
New York Field office
26 Federal Plaza
23rd Floor
New York, New York 10278-0004


Re: Freedom of Information and Privacy Act Request


Dear Sir / Madam


          This is a formal request made pursuant to the
Freedom of Information act 5 U.S.C. § 552 and Privacy Act 5 U.S.C.
§ 552a for access to your records that are maintained by your
agency. Your office has jurisdiction over this matter  See 28
C.F.R. §§ 16.3(a), 16.41(a) (2007) (request for records held by
FBI field offices must be submitted to the field offices
directly)


next

These records pertain to the FBI investigation of Jason Dent the requester

In accordance with the acts I agree to pay all Copying fees.

Files Requested (Case File# 166E-NY-277771)

Homicide of Ramel Flower
Homicide of Theodore Burkowski
All 302's

Respectfully Submitted
Jason Dent
Jason Dent

September 4, 2007

These are the "old" numbers.

Request No. 1062810
Appeal No. 07-0805
ADW:KM

Jason Dent
07649653
U.S.P. Allenwood
P.o Box 3000
White Deer, PA 17887

(Legal mail)   Freedom of Information office

06 SEP 2007

Federal Bureau of Investigation
New York Field office
26 Federal Plaza
23rd Floor, Freedom of Information Unit
New York, New York 10278-0004

10278+0004 C003
Freedom of Information office

Exhibit D

Request No.  1092003-000

Jason Dent
67640-053
U.S.P. Allenwood
PO Box 3000
White Deer, PA 17887

David M. Hardy
Section Chief Record/Information
Federal Bureau of Investigation
935 Pennsylvania Avenue, N.W.
Department of Justice
Washington, DC 20535-0001


Re: Freedom of Information Request Response

Dear David M. Hardy

        I put in a Freedom of Information request and
right now I'am waiting for a response. At this moment I'am
currently on a transfer so you can send all correspondence
to the following address below thank you.


                U.S.P. Big Sandy
             1197 Airport Road
                PO Box 2067
             Inez, KY 41224

HARRISBURG PA 171

02 NOV 2007 PM 3 L

Jason Devt
67640-053
U.S.P. Allenwood
PO Box 3000
White Deer, PA 17887

United States Penitentiary
Allenwood PA 17887

The enclosed letter was processed through
s... ... procedures for forwarding to
you. The letter has neither been opened nor
isp....ed. If the writer raises a question or
problem over which this facility has
t... .iction, you may wish to return the
material for further information or clarification.
If the writer encloses correspon..... for
forwarding to another address, please return the
enclosure to the above address.

David M. Hardy      1359
Section chief Record/Information
Federal Bureau of Investigation
935 Pennsylvania Avenue, N.W.
Department of Justice
Washington, DC 20535-0001

legal mail / legal mail / legal mail / legal mail / legal mail / legal mail / legal mail / legal mail /

legal mail /

Exhibit E



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

November 27, 2007

MR. JASON DENT
**67640-053
UNITED STATES PENITENTIARY BIG SANDY
POST OFFICE BOX 2067
1197 AIRPORT ROAD
INEZ, KY 41224

Request No.: 1100395- 000
Subject: WOODS, CHARLES ARTHUR

Dear Requester:

This is in reference to your Freedom of Information-Privacy Acts (FOIPA) request.

We have located approximately <u>810</u> pages which are potentially responsive to your request. Pursuant to Title 28, Code of Federal Regulations (CFR), Sections 16.11 and 16.49, there is a duplication fee of ten cents per page. The first 100 pages will be provided to you free of charge. Regulations require us to notify requesters when anticipated charges exceed $25, and if all of the pages are released, you will owe $71.00 in duplication fees. Please remember this is only an estimate, and if some of the pages are withheld or are not identifiable with your subject, the actual charges could be less.

You may want to consider reducing the scope of your request. This would allow you to lower your costs and hasten the receipt of your information. To streamline our operation, we divide our requests into three tracks based on the amount of material to be processed: small (1-500 pages); medium (501-2500 pages) and large (2501 or more pages), with the small track having the fastest rate of processing. To accelerate the processing of your request, you must reduce the pages to be processed to 500 pages or less. Please let us know in writing if you are interested in discussing the possibility of reducing the scope of your request or if you are willing to pay the estimated duplication cost indicated in the above paragraph. Your written response should provide a telephone number where you can be reached between the hours of 8:00 a.m. and 5:00 p.m., EST. You may also fax your response to the following number: 540-868-4996, Attention: Work Processing Unit. You must include the FOIPA request number in any communication regarding this matter.

As stated previously, the cost indicated is only an estimate, therefore, no payment should be made at this time.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
 Dissemination Section
Records Management Division

Exhibit F



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

December 12, 2007

MR.   JASON DENT
**67640-053
UNITED STATES PENTENTIARY ALLENWOOD
POST OFFICE BOX 3000
WHITE DEER, PA 17887

Request No:  1092003-000
Subject:  DENT, JASON

Dear Requester:

The purpose of this letter is to advise you of the status of your pending Freedom of Information/Privacy Acts (FOIPA) request at the Federal Bureau of Investigation (FBI). Currently your request is in the "perfected backlog", where your request is waiting assignment to an analyst. Requests in the backlog are divided into three groups, small (<500 pages), medium (501-2499 pages), and large (2500> pages). Large requests take the longest time to be assigned an analyst.

You may inquire as to the status of your request by calling the FBI's FOIPA Public Information Center at 540-868-4593.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information Dissemination Section
Records Management Division

Exhibit G

Request No: 1100395-000                    Jason Dent

                                           67640-053

                                           U.S.P. Big Sandy

                                           P.O. Box 2067

David M. Hardy                             INEZ, KY 41224

Chief, Records Information Dissemination Section

Federal Bureau of Investigation

935 Pennsylvania Avenue, N.W.

Department of Justice

Washington, DC 20535-0001

Dear David M. Hardy

        I recieved your letter in response to my
Freedom of Information request and I would like the 810
pages processed without them being <u>doubles</u>, Singles
only. I refuse to pay for doubles. The first 100 pages are
free so can you please send that while you process the
other pages. Thank you for your assistance in this matter
and I hope to hear from you soon

                              Respectfully
                              Jason Dent
                              Jason Dent
                              67640-053

                         Request No.
                         1100395-000

INMATE NAME: Jason Dent

REGISTER NUMBER: 67640-053

U.S.P. BIG SANDY
P.O. BOX 2068
INEZ, KY 41224

Legal mail

David M. Hardy
Chief, Records Information Dissemination Section
Federal Bureau of Investigation
935 Pennsylvania Avenue, N.W.
Department of Justice
Washington, DC 20535-0001

20535+0001



Exhibit H

087118   7OIA
(A)
7BI



JASON DENT  APP
67640-053
U.S.P. BIG SANDY
P.O. BOX 2067
INEZ, KY 41224

DAVID M. HARDY
SECTION CHIEF, RECORDS/INFORMATION
DISSEMINATION SECTION
FEDERAL BUREAU OF INVESTIGATION
170 MARCEL DRIVE
WINCHESTER, VA 22602, 4843

To David M. Hardy

   This is an appeal under the Freedom of Information Act 5 U.S.C. 552. I made a FOIA request to your office and got a response on NOVEMBER 27, 2007 stating that your agency has 810 pages of FOIA material. As of today I have not heard anything.
   Please be informed that I consider the requested material clearly releasable under FOIA and consider your agency policy to be arbitrary and capricious.
   I expect that upon reconsideration, you will reverse the decision to withhold the material requested however if you do deny this appeal I intent to file a LAWSUIT to compel disclosure.

cc. file                                    RESPECTFULLY SUBMITTED

2/19/08

Request No. 1100395-000

OFFICE OF INFORMATION
AND PRIVACY

MAR 07 2008

RECEIVED

Exhibit I



**U.S. Department of Justice**

Office of Information and Privacy

_Telephone: (202) 514-3642_                    _Washington, D.C. 20530_

**MAR 1 0 2008**

Mr. Jason Dent
Register No. 67640-053
United States Penitentiary
Post Office Box 2068
Inez, KY  41224

     Re:  Request No. 1100395

Dear Mr. Dent:

     This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation was received by this Office on March 7, 2008.

     The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours.  In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt.  Your appeal has been assigned number **08-1118**.  Please mention this number in any future correspondence to this Office regarding this matter.

     We will notify you of the decision on your appeal as soon as we can.  We regret the necessity of this delay and appreciate your continued patience.

                  Sincerely,

                  for Priscilla Jones
                  Supervisory Administrative Specialist

Exhibit J



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*
March 24, 2008

MR. JASON DENT
**67640-053
POST OFFICE BOX 2067
USP BIG SANDY
1197 AIRPORT ROAD
INEZ, KY 41224

Request No:  1092003-000
Subject:  DENT, JASON

Dear Requester:

        The purpose of this letter is to advise you of the status of your pending Freedom of Information/Privacy Acts (FOIPA) request at the Federal Bureau of Investigation (FBI). Currently your request is being reviewed by an analyst. The analyst will confirm that all records are responsive to your request and apply exemptions allowed under FOIPA. If your request is for sensitive national security information, then the records must undergo a systematic declassification review prior to application of FOIPA exemptions. Large requests take the longest time to be processed by an analyst.

        You may inquire as to the status of your request by calling the FBI's FOIPA Public Information Center at 540-868-4593.

                          Sincerely yours,

                          David M. Hardy
                          Section Chief,
                          Record/Information Dissemination Section
                          Records Management Division

Exhibit K



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

**APR 0 2 2008**

Mr. Jason Dent
Register No. 67640-053
United States Penitentiary          Re:    Appeal No. 08-1118
Post Office Box 2068                        Request No. 1092003
Inez, KY 41224                              ADW:CL

Dear Mr. Dent:

    You appealed from the action of the New York Field Office of the Federal Bureau of Investigation on your request for access to records pertaining to yourself.

    After carefully considering your appeal, and as a result of discussions between FBI personnel and a member of my staff, I am remanding your request for processing of the responsive records. The FBI will send the first 100 pages to you free of charge and send a new fee estimate for the remaining pages. You may appeal any future adverse determination made by the FBI.

    If you are dissatisfied with my action on your appeal, you may file a lawsuit in accordance with 5 U.S.C. § 552(a)(4)(B).

                    Sincerely,

                    Janice Galli McLeod
                    Associate Director

FBI

Exhibit L



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

*April 30, 2008*

MR. JASON DENT
**67640-053
Post Office Box 2067
USP Big Sandy
1197 Airport Road
Inez, KY 41224

Subject: DENT, JASON

FOIPA No. 1092003- 000

Dear Mr. Dent:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision. In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely. The exemptions used to withhold information are marked below and explained on the enclosed Form OPCA-16a:

| Section 552 | | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☒(b)(2) | ☐(b)(7)(B) | ☒(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C) | ☐(k)(1) |
| _____ | ☒(b)(7)(D) | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6) | | ☐(k)(7) |

**195** page(s) were reviewed and **100** page(s) are being released.

☐  Document(s) were located which originated with, or contained information concerning other Government agency(ies) [OGA]. This information has been:

☐ referred to the OGA for review and direct response to you.

☐ referred to the OGA for consultation. The FBI will correspond with you regarding this information when the consultation is finished.

☒ You have the right to appeal any denials in this release. Appeals should be directed in writing to the Director, Office of Information and Privacy, U.S. Department of Justice,1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001 within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

☐ The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation. Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s). Our experience has shown, when ident, references usually contain information similar to the information processed in the main file(s). Because of our significant backlog, we have given priority to processing only the main investigative file(s). If you want the references, you must submit a separate request for them in writing, and they will be reviewed at a later date, as time and resources permit.

☒ See additional information which follows.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
   Dissemination Section
Records Management Division

Enclosure(s)

Examination of these documents disclosed them to be from a multiple subject file. In processing multiple subject files, it is the practice of the FBI to address only those pages which specifically mention the subject of the request. Therefore, only those pages which contained information pertaining to yourself and any supplementary pages showing the context in which your name was mentioned were processed.

## EXPLANATION OF EXEMPTIONS

### SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552

(b)(1)   (A) specifically authorized under criteria established by an Executive order to be kept secret in the interest of national defense or foreign policy and (B) are in fact properly classified to such Executive order;

(b)(2)   related solely to the internal personnel rules and practices of an agency;

(b)(3)   specifically exempted from disclosure by statute (other than section 552b of this title), provided that such statute(A)  requires that the matters be withheld from the public in such a manner as to leave no discretion on issue, or (B) establishes particular criteria for withholding or refers to particular types of matters to be withheld;

(b)(4)   trade secrets and commercial or financial information obtained from a person and privileged or confidential;

(b)(5)   inter-agency or intra-agency memorandums or letters which would not be available by law to a party other than an agency in litigation with the agency;

(b)(6)   personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal  privacy;

(b)(7)   records or information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information ( A ) could be reasonably be expected to interfere with enforcement proceedings, ( B ) would deprive a person of a right to a fair trial or an impartial adjudication, ( C ) could be reasonably expected to constitute an unwarranted invasion of personal privacy, ( D ) could reasonably be expected to disclose the identity of confidential source, including a State, local, or foreign agency or authority or any private institution which furnished information on a confidential basis, and, in the case of record or information compiled by a criminal law enforcement authority in the course of a criminal investigation, or by an agency conducting a lawful national security intelligence investigation, information furnished by a confidential source, ( E ) would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law, or ( F ) could reasonably be expected to endanger the life or physical safety of any individual;

(b)(8)   contained in or related to examination, operating, or condition reports prepared by, on behalf of, or for the use of an agency responsible for the regulation or supervision of financial institutions; or

(b)(9)   geological and geophysical information and data, including maps, concerning wells.

### SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552a

(d)(5)   information compiled in reasonable anticipation of a civil action proceeding;

(j)(2)   material reporting investigative efforts pertaining to the enforcement of criminal law including efforts to prevent, control,  or reduce crime or apprehend criminals;

(k)(1)   information which is currently and properly classified pursuant to an Executive order in the interest of the national defense or foreign policy, for example, information involving intelligence sources or methods;

(k)(2)   investigatory material compiled for law enforcement purposes, other than criminal, which did not result in loss of a right, benefit or privilege under Federal programs, or which would identify a source who furnished information pursuant to a promise that his/her identity would be held in confidence;

(k)(3)   material maintained in connection with providing protective services to the President of the United States or any other individual pursuant to the authority of Title 18, United States Code, Section 3056;

(k)(4)   required by statute to be maintained and used solely as statistical records;

(k)(5)   investigatory material compiled solely for the purpose of determining suitability, eligibility, or qualifications for Federal civilian employment or for access to classified information, the disclosure of which would reveal the identity of the person who furnished information pursuant to a promise that his/her identity would be held in confidence;

(k)(6)   testing or examination material used to determine individual qualifications for appointment or promotion in Federal Government service the release of which would compromise the testing or examination process;

(k)(7)   material used to determine potential for promotion in the armed services, the disclosure of which would reveal the identity of the person who furnished the material pursuant to a promise that his/her identity would be held in confidence.

FBI/DOJ

Exhibit M



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

April 18, 2012

MR. JASON DENT
**67640-053
UNITED STATES PRISON COLEMAN II
POST OFFICE BOX 1034
COLEMAN, FL 33521

Request No.: 1092003- 001
Subject: DENT, JASON

Dear Mr. Dent:

The purpose of this letter is to advise you of the change in status of your Freedom of Information/Privacy Acts (FOIPA) request at the Federal Bureau of Investigation (FBI). On **March 19, 2012**, you filed a lawsuit against the FBI, claiming that the FBI failed to disclose records to you pursuant to the Freedom of Information Act and improperly withheld documents from you.

On **April 2, 2008**, the FBI received instructions from the Department of Justice Office of Information Policy to release the first 100 pages to you and to advise you of any additional fees for the remaining amount of material to be processed.

On **April 30, 2008**, the FBI mailed a release package informing you it had released 100 pages to you free of charge. Through an administrative error, the FBI failed to advise you of the remaining pages potentially responsive to your request. FBI Records Management Division (RMD) has determined that there are approximately 112 additional pages potentially responsive to your request .

Examination of these documents disclosed them to be from a multiple subject file. In processing multiple subject files, it is the practice of the FBI to address only those pages which specifically mention the subject of your request. Therefore, only those pages which contained information pertaining to yourself and any supplementary pages showing the context in which your name was mentioned will be processed. Your request will be re-opened under the FOIPA number listed above and we will process the newly discovered material so that it may be reviewed for responsiveness. There will be no cost to you for the additional pages processed.

You may inquire as to the status of your request by calling the FBI's FOIPA Public Information Center at 540-868-4593.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
    Dissemination Section
Records Management Division

Exhibit N

**U.S. Department of Justice**

**Federal Bureau of Investigation**

Washington, D.C. 20535

June 8, 2012

MR. JASON DENT
**67640-053
UNITED STATES PRISON COLEMAN II
POST OFFICE BOX 1034
COLEMAN, FL 33521

Subject: DENT, JASON

FOIPA No. 1092003- 001

Dear Mr. Dent:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision. In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely. The exemptions used to withhold information are marked below and explained on the enclosed Form OPCA-16a:

| Section 552 | | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☐(b)(2) | ☐(b)(7)(B) | ☒(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C) | ☐(k)(1) |
| _____ | ☒(b)(7)(D) | ☐(k)(2) |
| _____ | ☒(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☒(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6) | | ☐(k)(7) |

**108 pages** were reviewed and **87 pages** are being released.

☐   Document(s) were located which originated with, or contained information concerning other Government agency(ies) [OGA]. This information has been:

☐   referred to the OGA for review and direct response to you.

☐   referred to the OGA for consultation. The FBI will correspond with you regarding this information when the consultation is finished.

☐ In accordance with standard FBI practice, this response neither confirms nor denies the existence of your subject's name on any watch lists.

☒ You have the right to appeal any denials in this release. Appeals should be directed in writing to the Director, Office of Information Policy, U.S. Department of Justice,1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001. Your appeal must be received by OIP within sixty (60) days from the date of this letter in order to be considered timely. The envelope and the letter should be clearly marked "Freedom of Information Appeal." Please cite the FOIPA Number assigned to your request so that it may be easily identified.

□ The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation. Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s). Our experience has shown, when ident, references usually contain information similar to the information processed in the main file(s). Because of our significant backlog, we have given priority to processing only the main investigative file(s). If you want the references, you must submit a separate request for them in writing, and they will be reviewed at a later date, as time and resources permit.

⊠ See additional information which follows.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
  Dissemination Section
Records Management Division

Enclosure(s)

Enclosed are documents from FBI New York Field Office files 281D-NY-277771, 281D-NY-277771-B, and 281D-NY-277771-V. These documents are being provided free of charge.

In response to your FOIPA request of August 8, 2007 the FBI previously reviewed 195 pages and administratively released 100 pages from these same files to you by letter dated April 30, 2008. That administrative release was assigned FOIPA request number 1092003-000. Upon commencement of subject litigation the FBI determined that additional material from these files should have been provided in response to your FOIPA request. The FBI administratively assigned FOIPA request number 1092003-001 to facilitate reviewing and releasing this additional enclosed material.

## EXPLANATION OF EXEMPTIONS

### SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552

(b)(1)    (A) specifically authorized under criteria established by an Executive order to be kept secret in the interest of national defense or foreign policy and (B) are in fact properly classified to such Executive order;

(b)(2)    related solely to the internal personnel rules and practices of an agency;

(b)(3)    specifically exempted from disclosure by statute (other than section 552b of this title), provided that such statute(A) requires that the matters be withheld from the public in such a manner as to leave no discretion on issue, or (B) establishes particular criteria for withholding or refers to particular types of matters to be withheld;

(b)(4)    trade secrets and commercial or financial information obtained from a person and privileged or confidential;

(b)(5)    inter-agency or intra-agency memorandums or letters which would not be available by law to a party other than an agency in litigation with the agency;

(b)(6)    personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy;

(b)(7)    records or information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information ( A ) could be reasonably be expected to interfere with enforcement proceedings, ( B ) would deprive a person of a right to a fair trial or an impartial adjudication, ( C ) could be reasonably expected to constitute an unwarranted invasion of personal privacy, ( D ) could reasonably be expected to disclose the identity of confidential source, including a State, local, or foreign agency or authority or any private institution which furnished information on a confidential basis, and, in the case of record or information compiled by a criminal law enforcement authority in the course of a criminal investigation, or by an agency conducting a lawful national security intelligence investigation, information furnished by a confidential source, ( E ) would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law, or ( F ) could reasonably be expected to endanger the life or physical safety of any individual;

(b)(8)    contained in or related to examination, operating, or condition reports prepared by, on behalf of, or for the use of an agency responsible for the regulation or supervision of financial institutions; or

(b)(9)    geological and geophysical information and data, including maps, concerning wells.

### SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552a

(d)(5)    information compiled in reasonable anticipation of a civil action proceeding;

(j)(2)    material reporting investigative efforts pertaining to the enforcement of criminal law including efforts to prevent, control, or reduce crime or apprehend criminals;

(k)(1)    information which is currently and properly classified pursuant to an Executive order in the interest of the national defense or foreign policy, for example, information involving intelligence sources or methods;

(k)(2)    investigatory material compiled for law enforcement purposes, other than criminal, which did not result in loss of a right, benefit or privilege under Federal programs, or which would identify a source who furnished information pursuant to a promise that his/her identity would be held in confidence;

(k)(3)    material maintained in connection with providing protective services to the President of the United States or any other individual pursuant to the authority of Title 18, United States Code, Section 3056;

(k)(4)    required by statute to be maintained and used solely as statistical records;

(k)(5)    investigatory material compiled solely for the purpose of determining suitability, eligibility, or qualifications for Federal civilian employment or for access to classified information, the disclosure of which would reveal the identity of the person who furnished information pursuant to a promise that his/her identity would be held in confidence;

(k)(6)    testing or examination material used to determine individual qualifications for appointment or promotion in Federal Government service the release of which would compromise the testing or examination process;

(k)(7)    material used to determine potential for promotion in the armed services, the disclosure of which would reveal the identity of the person who furnished the material pursuant to a promise that his/her identity would be held in confidence.

Exhibit O



**U.S. Department of Justice**

**Federal Bureau of Investigation**

Washington, D.C. 20535

June 11, 2012

*CORRECTED VERSION*

MR. JASON DENT
**67640-053
UNITED STATES PRISON COLEMAN II
POST OFFICE BOX 1034
COLEMAN, FL 33521

Subject: DENT, JASON

FOIPA No. 1092003- 001

Dear Mr. Dent:

       The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision. In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely. The exemptions used to withhold information are marked below and explained on the enclosed Form OPCA-16a:

|  | **Section 552** | | **Section 552a** |
|---|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☐(b)(2) | ☐(b)(7)(B) | ☒(j)(2) |
| ☒(b)(3)_____ | ☒(b)(7)(C) | ☐(k)(1) |
| 31 U.S.C., Section 5311 | ☒(b)(7)(D) | ☐(k)(2) |
| _____ | ☒(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☒(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6) |  | ☐(k)(7) |

**108 pages** were reviewed and **87 pages** are being released.

☐  Document(s) were located which originated with, or contained information concerning other Government agency(ies) [OGA]. This information has been:

   ☐  referred to the OGA for review and direct response to you.

   ☐  referred to the OGA for consultation. The FBI will correspond with you regarding this information when the consultation is finished.

☐ In accordance with standard FBI practice, this response neither confirms nor denies the existence of your subject's name on any watch lists.

☒ You have the right to appeal any denials in this release. Appeals should be directed in writing to the Director, Office of Information Policy, U.S. Department of Justice,1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001. Your appeal must be received by OIP within sixty (60) days from the date of this letter in order to be considered timely. The envelope and the letter should be clearly marked "Freedom of Information Appeal." Please cite the FOIPA Number assigned to your request so that it may be easily identified.

☐ The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation. Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s). Our experience has shown, when ident, references usually contain information similar to the information processed in the main file(s). Because of our significant backlog, we have given priority to processing only the main investigative file(s). If you want the references, you must submit a separate request for them in writing, and they will be reviewed at a later date, as time and resources permit.

☒ See additional information which follows.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
  Dissemination Section
Records Management Division

Enclosure(s)

        This is an updated release letter to include all of the correct exemptions used while processing this
Freedom of Information/Privacy Acts (FOIPA) request.

        Enclosed are documents from FBI New York Field Office files 281D-NY-277771, 281D-NY-277771-B, and
281D-NY-277771-V. These documents are being provided free of charge.

        In response to your FOIPA request of August 8, 2007 the FBI previously reviewed 195 pages and
administratively released 100 pages from these same files to you by letter dated April 30, 2008. That administrative
release was assigned FOIPA request number 1092003-000. Upon commencement of subject litigation the FBI
determined that additional material from these files should have been provided in response to your FOIPA request. The
FBI administratively assigned FOIPA request number 1092003-001 to facilitate reviewing and releasing this additional
enclosed material.

## EXPLANATION OF EXEMPTIONS

### SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552

(b)(1)    (A) specifically authorized under criteria established by an Executive order to be kept secret in the interest of national defense or foreign policy and (B) are in fact properly classified to such Executive order;

(b)(2)    related solely to the internal personnel rules and practices of an agency;

(b)(3)    specifically exempted from disclosure by statute (other than section 552b of this title), provided that such statute(A)  requires that the matters be withheld from the public in such a manner as to leave no discretion on issue, or (B) establishes particular criteria for withholding or refers to particular types of matters to be withheld;

(b)(4)    trade secrets and commercial or financial information obtained from a person and privileged or confidential;

(b)(5)    inter-agency or intra-agency memorandums or letters which would not be available by law to a party other than an agency in litigation with the agency;

(b)(6)    personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal  privacy;

(b)(7)    records or information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information ( A ) could be reasonably be expected to interfere with enforcement proceedings, ( B ) would deprive a person of a right to a fair trial or an impartial adjudication, ( C ) could be reasonably expected to constitute an unwarranted invasion of personal privacy, ( D ) could reasonably be expected to disclose the identity of confidential source, including a State, local, or foreign agency or authority or any private institution which furnished information on a confidential basis, and, in the case of record or information compiled by a criminal law enforcement authority in the course of a criminal investigation, or by an agency conducting a lawful national security intelligence investigation, information furnished by a confidential source, ( E ) would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law, or ( F ) could reasonably be expected to endanger the life or physical safety of any individual;

(b)(8)    contained in or related to examination, operating, or condition reports prepared by, on behalf of, or for the use of an agency responsible for the regulation or supervision of financial institutions; or

(b)(9)    geological and geophysical information and data, including maps, concerning wells.

### SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552a

(d)(5)    information compiled in reasonable anticipation of a civil action proceeding;

(j)(2)    material reporting investigative efforts pertaining to the enforcement of criminal law including efforts to prevent, control,  or reduce crime or apprehend criminals;

(k)(1)    information which is currently and properly classified pursuant to an Executive order in the interest of the national defense or foreign policy, for example, information involving intelligence sources or methods;

(k)(2)    investigatory material compiled for law enforcement purposes, other than criminal, which did not result in loss of a right, benefit or privilege under Federal programs, or which would identify a source who furnished information pursuant to a promise that his/heridentity would be held in confidence;

(k)(3)    material maintained in connection with providing protective services to the President of the United States or any other individual pursuant to the authority of Title 18, United States Code, Section 3056;

(k)(4)    required by statute to be maintained and used solely as statistical records;

(k)(5)    investigatory material compiled solely for the purpose of determining suitability, eligibility, or qualifications for Federal civilian employment or for access to classified information, the disclosure of which would reveal the identity of the person who furnished information pursuant to a promise that his/her identity would be held in confidence;

(k)(6)    testing or examination material used to determine individual qualifications for appointment or promotion in Federal Government service the release of which would compromise the testing or examination process;

(k)(7)    material used to determine potential for promotion in the armed services, the disclosure of which would reveal the identity of the person who furnished the material pursuant to a promise that his/her identity would be held in confidence.

FBI/DOJ

Exhibit P

FD-245.1 (Rev.1-4-99)

Classification No. 166E

## U.S. Department of Justice

# Federal Bureau
## of
# Investigation

File No. NH-207771

Bureau File Number _____

# DO NOT
# DESTROY

FOIPA# 1092003

## Field Office Criminal Investigative
## and Administrative Files

Volume Number 1

Serials 1-64

_____ Armed and Dangerous
_____ DO NOT DESTROY
_____ ELSUR
_____ Escape Risk
_____ Financial Privacy Act

_____ FOIPA
_____ NCIC
_____ OCIS
_____ Suicidal

See also Nos. _____

b6 -1
b7C -1

166E-NY-277271-1.1

| SEARCHED | INDEXED |
| SERIALIZED | FILED |

DEC 1 8 2000

FBI — NEW YORK

DENT-3

(Rev. 08-28-2000)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                          **Date:**  12/08/2000

**To:** New York                 **Attn:**  C-30 ROTOR

**From:** New York
      C-30                                                    b2
      **Contact:**                              Ext         b6 -1
                                                           b7C -1

**Approved By:**

**Drafted By:**                                              b6 -1
                                                           b7C -1

**Case ID #:**  166E-NY-NEW  (Pending)

**Title:**  CREAM TEAM;
      JASON DENT aka "JANU";
      ITAR-VC;
      OO:NY

**Synopsis:**  Case initiation. Request to open investigation.

**Details:**  Captioned matter involves a street gang located in the
Marlboro Housing Project located in Brooklyn. This gang numbers
approximately 25 individuals who have committed violent criminal
activity such as homicides, armed assaults, robberies, kidnaping,
and the sale of crack cocaine.

      This matter is a joint investigation with the Brooklyn
District Attorney's office, The United States Attorney's office in
Brooklyn, and the New York City Police Department's (NYPD)
Brooklyn South Gang Unit.

      The United States Attorney's office in Brooklyn has
cross designated Assistant District Attorney (ADA) Edward Carroll
                                                              b2
                                                              b7D -1
            indicting a number of the members of the
CREAM TEAM on racketeering charges. No proactive investigative
techniques are expected to be used at this time.

      Based on the foregoing, it is requested that this case
be opened and assigned to the writer and SA                   b6 -1
                                                              b7C -1

The following files are requested to be established:

      Main file:   Administrative matters
      SUB A:       FD-302's/Record checks
      SUB B:       NYPD DD-5 reports

OPEN (OR REOPEN) CASE 166E-NY
SOURCE                    CPI
DATE                      FI(SCI
SUPV                      SQUAD C-30
PI EFFECTIVE              ASSIGN SA
      Co/case SA                                    b6 -1
                                                              b7C -1

DENT-4

**Lead**

### Criminal Investigative Division

The contents of this EC should be brought to the attention of the Violent Crimes and Major Offenders Section (VCMOS), Safe Streets and Gang Unit (SSGU).

♦♦

2

DENT-5

(12/31/1995)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** PRIORITY                    **Date:** 12/28/2000

**To:** New York                **Attn:** VCMOP Program Mgr
                                 **Attn:** SSA

**From:** Criminal Investigative                          b2
         VCMOS/Safe Streets and Gang Unit/               b6 -1
             **Contact:** SSA [_____] ext [____]    b7C -1

**Approved By:** [_____]

**Drafted By:** [_____]              b6 -1
                                                        b7C -1

**Case ID #:** 166E-NY-277771   (Pending)

**Title:** CREAM TEAM;
           JASON DENT AKA "JANU";
           ITAR-VC;

**Synopsis:** Insufficient information is available through ACS
justifying initiation of captioned investigation.  NY should
insure appropriate reporting procedures are followed as set forth
in MIOG Part I Section 166 and as updated by referenced EC, 166E-
HQ-C1147186-296, dated 03/25/1997.

**Reference:** 166E-NY-277771 Serial 1
               166E-HQ-C1147186 Serial 296

**Administrative:** No surface copy of this communication will be
forwarded.

**Details:** A review of ACS determined that additional information
is needed for this document that is uploaded into ECF justifying
initiation of captioned investigation.  NY should insure
appropriate reporting procedures are followed as set forth in
MIOG Part I Section 166 and as updated by referenced EC, 166E-HQ-
C1147186-296, dated 03/25/1997, which states:

"REPORTING PROCEDURES

          Reporting procedures set forth in the MIOG for 166E
matters were promulgated prior to the implementation of Automated
Case Support (ACS).  Therefore, in light of the OGC opinion and
the realization of Electronic Case File (ECF) the reporting
procedures are modified effective immediately.

DENT-6

To:   New York   From:  Criminal Investigative
Re:   166E-NY-277771, 12/28/2000

                The opening communication of all 166E matters should
be an EC that is full-text uploaded to ECF, setting forth the
following:

                1.  A characterization of the target investigation;

                2.  Articulate the violent criminal activity and
                    racketeering activity in which the target is
                    involved, suspected of involvement and/or known
                    to have committed;

                3.  Federal jurisdictional basis; and

                4.  Proposed investigative approach.

The following **lead** should be set for the Criminal Investigative
Division - "The contents of this EC should be brought to the
attention of the Violent Crimes and Major Offenders Section
(VCMOS), Safe Streets and Gang Unit (SSGU)."  **No surface mail
copy of this EC should be sent to FBIHQ."**

DENT-7

To: New York  From: Criminal Investigative
Re: 166E-NY-277771, 12/28/2000

**LEAD(s):**

**Set Lead 1:**

    <u>NEW YORK</u>

        <u>AT NEW YORK, NEW YORK</u>

        Insure sufficient information is uploaded and into ECF
and appropriate lead set justifying initiation of captioned
investigation.

CC: 1 - [                    ]                    b6 -1
    1 - [                    ]                    b7C -1
    1 - NEW YORK F.O. Folder
    1 - Case Review Folder
◆◆

(Rev. 08-28-2000)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                                    **Date:** 04/20/2001

**To:** New York                    **Attn:** C-30 Rotor

**From:** New York                                              b2
     C-30                                                    b6 -1
      **Contact:** SSA [          ]  [          ]     b7C -1

**Approved By:** [                    ]

**Drafted By:** [                ] acj

**Case ID #:** 166E-NY-277771  (Pending)                 b6 -1
                                   b7C -1

**Title:** CREAM TEAM
      ITAR

**Synopsis:** Case reassigned.

**Details:** Case reassigned to SA [                    ]

◆◆

UPLOADED
WITH TEXT
WITH/OUT TEXT
BY
DATE 4/26/01

b6 -1
b7C -1





277771.wpd

DENT-9

(Rev. 08-28-2000)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:**  ROUTINE                          **Date:**  06/21/2001

**To:**  New York                    **Attn:**  C-30 Rotor

**From:**  New York                                              b2
         C-30,   VCMO                                          b6 -1
         Contact:  SSA [          ]          ext[    ]         b7C -1

**Approved By:** [                    ]

**Drafted By:** [                    ]                          b6 -1
                                                               b7C -1

**Case ID #:**  166E-NY-277771   (Pending)

**Title:**  CREAM TEAM;
           JASON DENT;
           ITAR-VC/G

**Synopsis:**  To open a VGTOF subfile: SUB V.

**Details:**  To house NCIC Violent Gang and Terrorist Organizations
File (VGTOF) entries.

◆◆

UPLOADED
WITH TEXT ✓
WITHOUT TEXT
BY
DATE  6/22/01

open profile



166E-NY-277771-4

SEARCHED    INDEXED
SERIALIZED  FILED

JUN 2 1 2001

FBI — NEW YORK

VGT 11

DENT-10

(Rev. 08-28-2000)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                    **Date:** 08/28/2001

**To:** Criminal Investigative      **Attn:** VCMO/Safe Streets and
                                              Gang Unit,
                                                                    b2
**From:** New York                                                  b6 -1
           C-30                                                     b7C -1
           **Contact:** SA [                    ] X [          ]

**Approved By:** [                    ] m.v.                         b6 -1
                                                                    b7C -1
**Drafted By:** [                    ] rm

**Case ID #:** 166E-NY-277771   (Pending)

**Title:** CREAM TEAM;
           JASON DENT AKA "JANU"
           ITAR-VC

**Synopsis:** Response to FBIHQ lead requesting additional
information to justify opening captioned case.

**Reference:** 166E-NY-277771 Serial 1,2

**Details:** New York requested to open captioned investigation by
referenced EC (serial 1).  FBIHQ's response (serial 2) requested
further information regarding the investigation be uploaded into
the Electronic Case File (ECF), in accordance with MIOG Part I
Section 166.

        Captioned matter is a joint investigation involving the
FBI, Brooklyn District Attorney's Office, United States Attorney's
Office,(USAO),Eastern District of New York (EDNY), and the
Brooklyn South Gang Unit of the New York City Police Department.
The investigation targets a street gang that has operated in
Marlboro Housing Project in Brooklyn, NY since the mid 1990's.
The gang includes about 20 members, who have committed violent
crimes including murder, attempted murder, assault, robberies,
kidnaping and the sale of crack cocaine.

        The investigation centers on 11 gang members who
represent the core of the "Cream Team".  These gang members, and
the potential charges against them are:

        JASON DENT- Murder of R.FLOWERS and T.BORKOWSKI,
                attempted murder, assault, kidnaping,
                robbery, crack conspiracy and weapons
                charges

/5

UPLOADED
WITH TEXT _____
WITH/OUT TEXT _____
BY ____ SM
DATE ___ 8/29/01

166E-NY-2777I

SEARCHED ____ INDEXED ____
SERIALIZED ____ FILED ____

AUG 2 8 2001

FBI — NEW YORK

To:  Criminal Investigative  From:  New York
Re:  166E-NY-277771, 08/28/2001

b6 -2
b7C -2

          The United States Attorney's Office, EDNY has cross
designated Assistant District Attorney (ADA) Edward Carroll in
this case. _____
_____ No proactive
investigative techniques are expected to be used at this time.

b2
b6 -2
b7C -2
b7D -1

2

To: Criminal Investigative   From:   New York
Re: 166E-NY-277771, 08/28/2001


**LEAD (s):**

**Set Lead 1:   (Adm)**

### CRIMINAL INVESTIGATIVE

#### AT WASHINGTON, DC

The contents of this EC should be brought to the attention of the Violent Crimes and Major Offenders Section (VCMOS), Safe Streets and Gang Unit (SSGU).

3

B7C -1

FD-515 (Rev. 8-1-00)

**Accomplishment Report**
(Accomplishment must be reported and loaded into ISRAA within 30 days from date of accomplishment)

/Squad supervisor approval (please initial)

Date Prepared 2-26 02
Date Loaded 2-26 02
Data Loader's Initials SD

**Accomplishment involves:** (check all that apply)

| | |
|---|---|
| Drugs | ☐ |
| A Fugitive | ☐ |
| Bankruptcy Fraud | ☐ |
| Computer Fraud/Abuse | ☐ |
| Corruption of Public Officials | ☐ |
| Money Laundering | ☐ |
| Sub Invest Asst by FO (s) | ☐ |

**File Number**
166E NY 277771

**Stat Agent Soc. Sec. No.**

**Stat Agent Name**

Asst. FO(s) _____ A, B, C, D

| RA | Squad |
|---|---|
| D2 | C-30 |

**Task Force**

**Assisting Agents Soc. Nos. ×**
1.
Name:
2.
Name:

**Assisting Agencies ×●**
1. NYPD
2.

**Investigative Assistance or Technique Used**
1-Used, but did not help       3 -Helped, substantially
2 -Helped, minimally            4 - Absolutely essential
For Sub. Invest. Assist. by other FO (s) indicate  A,B,C,D for corresponding FO

| | Rate FO | IAT | Rate FO | IAT | Rate FO | IAT | Rate FO | IAT |
|---|---|---|---|---|---|---|---|---|
| Fin. Analyst | | | Lab. Div. Exam | | | UCO - Group I | | Flt Mon - ITC |
| Aircraft Asst. | | | Lab. Field Sup | | | UCO - Group II | | For. Lang Asst. |
| Computer | | | Pen Registers | | | UCO - Nat. Back | | Non FBI Lab Exv |
| Consen Mon. | | | Photo Cover. | | | NCAVC / VI - CAP | | Vict-Witn Coor |
| Elsur / FISC | | | Polygraph | | | Crim/NS Intel Asst | | IO Wanted Flyer |
| Elsur / T. III | | | Search Warrant | | | Crisis Neg. - Fed. | | SARs |
| Eng. Field Spt. | | | Show Money | | | Crisis Neg. - Local | | CART |
| Eng. Tape Ex | | | SOG Asst. | | | ERT Asst. | | |
| Legats Asst. | | | Swat Team | | | Butte - ITC | | |
| Evid Purchase | | | Tech. Ag/Equip. | | | Sav - ITC | | |
| Int/CW Info | | | Phone Toll Rec | | | Poc - ITC | | |

**A. Complaint / Information / Indictment**
☑ Federal   ☐ Local   ☐ International
Complaint Date: _____
Check if Civil Rico Complaint ☐
Information Date: _____
Indictment Date: 2/25/02

**B. Locate/ Arrest**
☐ Federal   ☐ Local   ☐ International
Subject Priority: ☐ A   ☐ B   ☐ C
Locate Date: _____
Arrest Date: _____
☐ Subject Resisted Arrest
☐ Subject Arrested was Armed

**C. Summons Date:** _____
☐ Federal   ☐ Local

**D. Recovery/Restitution/PELP X**
☐ Federal   ☐ Local   ☐ International
Recovery Date: _____
Code ●_____ ✓ Amount $_____
Code ●_____ ✓ Amount $_____
Restitution Date: _____
☐ Court Ordered   ☐ Pretrial Diversion
Code ●_____ ✓ Amount $_____
PELP Date: _____
Code ●_____ ✓ Amount $_____

**E. Hostage(s) Released Date:** _____
Released by: ☐ Terrorist ☐ Other
Number of Hostages: _____
Child Located Date: _____

**F. Conviction**
☐ Federal   ☐ Local   ☐ International
Conviction Date: _____
Subject Description Code: _____●(  )●
For 6F, G, H-Include Agency Code
☐ Felony   or   ☐ Misdemeanor
☐ Plea   or   ☐ Trial
State: _____ Judicial District: _____

**G. U.S. Code Violation**
Required for sections A,B,F,and J
(Federal Only)

| Title | Section | # Counts |
|---|---|---|
| 18 | 3551 | 1 |
| 21 | 846 | 1 |
| 21 | 841 | 1 |
| 18 | 924 | 1 |

**H. Sentence Date:** _____
Sentence Type: _____●
In Jail: _____ Years _____ Months
Suspended: _____ Years _____ Months
Probation: _____ Years _____ Months
Fine: _____

**I. Disruption/Dismantlement**
Disruption Date: _____
Dismantlement Date: _____
Completion of FD-515a Side 2 Mandatory

**J. Civil Rico Matters  Date:** _____
Also Complete "Section G"
Other Civil Matters Date: _____
Judgment ___ ___ ___ ●
Judicial Outcome ___ ___ ___ ●x
Amount $_____
Suspension: Years _____ Months _____

**K. Administrative Sanction Date:** _____
Subject  Description Code _____●
Type: _____ Length: _____
☐ Suspension   ☐ Permanent
☐ Debarment   or
☐ Injunction   Year _____ Months _____

**L. Asset Seizure Date:** _____
Asset Forfeiture Date: _____
CATS # Mandatory _____
Check one of the three:
☐ Asset Forfeiture - Administrative
☐ Asset Forfeiture - Civil Judicial
☐ Asset Forfeiture - Criminal
Do not indicate $ value in Section D

**M. Acquittal / Dismissal / Pretrial Diversion**
Acquittal Date: _____
Dismissal Date: _____
Pretrial Diversion Date: _____

**N. Subject Information** (Required for all Sections excluding Section D (Recovery/PELP), Section E (Hostage), Section I, and Section L).

| Name | Race ● | Sex | Date of Birth | Social Security No. (if available) |
|---|---|---|---|---|
| JASON DENT  FRCP 5.2/L.R. 5.4(f)(3) | B | M | /71 | UNK. |

For Indictments/Convictions only:
☐ Subject related to an LCN, Asian Organized Crime (AOC), Italian Organized Crime (IOC), Russian/Eastern European, Caribbean, or Nigerian Organized Crime Group - Complete FD-515a, Side 1 Blocks A-E mandatory, F-H as appropriate.
☐ Subject related to an OC/Drug Organization, a VCMO Program National Gang Strategy target group, or a VCMO Program National Priority Initiative target group - Complete FD-515a, Side 1 Blocks A-C only.

x   Additional information may be added by attaching another form or a plain sheet of paper for additional entries.
●   See codes on reverse side.
✓   Requires that an explanation be attached and loaded into ISRAA for recovery over $1m and PELP over $5m.

**Serial  No. of FD-515**

02/26/2002                    Organized Crime Group Association                    FAAMAA3C
11:17:01
Case ID . . . . . . : 166E-NY-277771
Field Office. . . . : NY                              Rpt Date. . : 02/26/2002
*************************************************************************


    Enter Y or N for the completion of the Form FD-515a, Side 1...
>> N Subject related to Organized Crime Group(OCG) Association?




F1=Help F12=Cancel

```
02/26/2002                        Indictment Information              FAAMAA01
11:17:24                         SENSITIVE / UNCLASSIFIED             Page 1. of 5
Case ID . . . . . . : 166E-NY-277771                    (SN)
Field Office. . . . : NY                    Rpt Date. . : 02/26/2002
*********************************************************************************


Current Processing Mode: ADDING RECORD

Name Subject . . >> DENT, JASON                              +

Does This Accomplishment Involve:
    Drugs (Y/N) . . . . . . . . . . . . . . . . . . . . . . >> N
    A Fugitive (Y/N). . . . . . . . . . . . . . . . . . . . >> N
    Bankruptcy Fraud (Y/N). . . . . . . . . . . . . . . . . >> N
    Computer Fraud/Abuse (Y/N). . . . . . . . . . . . . . . >> N
    Corruption Public Officials (Y/N) . . . . . . . . . . . >> N
    Money Laundering (Y/N). . . . . . . . . . . . . . . . . >> N
    Substantial Investigative Assistance By Other FO's (Y/N). . >> N +

                                            Classified By:
                        SENSITIVE / UNCLASSIFIED    Declassify On:  . .     . . .
F1=Help F3=Exit F4=Prompt F11=NextPg F12=Cancel
```

```
Scrolling performed
02/26/2002                    Indictment Informati                  FAAMAA02
11:17:32                   SENSITIVE / UNCLASSIFIED              Page 2. of 5
Case ID . . . . . . : 166E-NY-277771               (SN)
Field Office. . . . : NY                    Rpt Date. . : 02/26/2002
*****************************************************************************


    Serial Number of FD-515. . >  . . . . . . . .              b6 -1
    SOC Agent Claiming Stat. . >> [                    ]       b7C -1
    RA/Squad Claiming Stat . . >> D2.. / C30. +
    Task Force . . . . . . . . >  . . . . . +
    Assisting Agencies . . . . >  LOC.. +  . . . . .    . . . . .    . . . . .    . . . . .
                                          . . . . .    . . . . .    . . . . .    . . . . .
    Assisting Agent SOC. . . > 1 ... - .. - .... +*
         (MAX 12)             2 ... - .. - ....
                             3 ... - .. - ....
                             4 ... - .. - ....
                             5 ... - .. - ....
                             6 ... - .. - ....


                                               Classified By:
                             SENSITIVE / UNCLASSIFIED   Declassify On:
   F1=Help F3=Exit F4=Prompt F7=Bkwd F8=Fwd F10=PreviousPg F11=NextPg F12=Cancel
```

```
Scrolling performed
02/26/2002                    Indictment Information            FAAMAA04
11:17:41                    SENSITIVE / UNCLASSIFIED           Page 3. of 5
Field Office . . : NY        Case ID. . . : 166E-NY-277771         (SN)
RA/Squad Code. . : D2   / C30  Rpt Date . . : 02/26/2002
SOC Stat Agnt. . :[            ] Stat Agnt. . :                 b6 -1
Subject. . . . . : DENT, JASON                        (SN)      b7C -1
******************************************************************************
```

Federal, Local, or International Information (F/L/I) . . >> F
Date of Indictment  . . . . . . . . . . . . . . . . . . >> 02 / 25 / 2002

                    U.S. Code Violation:
                        Title     Section    Counts
                    >   18        3551..     1..
                        21        846..      1..
                        21        841..      1..
                        18        924..      1..

                                                    Classified By:
                            SENSITIVE / UNCLASSIFIED   Declassify On:
    F1=Help F3=Exit F10=PreviousPg F11=NextPg F12=Cancel

```
Scrolling performed
02/26/2002                         Indictment Informat█           FAAMAA21
11:18:06                       SENSITIVE / UNCLASSIFIED          Page 4. of 5
Field Office . . : NY        Case ID. . . : 166E-NY-277771          (SN)
RA/Squad Code. . : D2    / C30  Rpt Date . . : 02/26/2002
SOC Stat Agnt. . :[                    ] Stat Agnt. . :            b6 -1
Subject. . . . . : DENT, JASON                       (SN)         b7C -1
*********************************************************************************

Accomplishment Narrative:              Clear Screen (X) . . > .

   RECEIVED/ENTERED BY SEC'Y 2/26/02....................................
   ...................................................................
   ...................................................................
   ...................................................................
   ...................................................................
   ...................................................................
   ...................................................................
   ...................................................................

                                            Classified By:
                       SENSITIVE / UNCLASSIFIED   Declassify On:
   F1=Help F3=Exit F10=PreviousPg F11=NextPg F12=Cancel
```

```
Scrolling performed
02/26/2002                   Indictment Informat...         FAAMAA22
11:18:13                  SENSITIVE / UNCLASSIFIED         Page 5. of 5
Field Office . . : NY       Case ID. . . : 166E-NY-277771     (SN)
RA/Squad Code. . : D2   / C30   Rpt Date . . : 02/26/2002
SOC Stat Agnt. . : [        ]   Stat Agnt. . :              b6 -1
                                                            b7C -1
Subject. . . . . : DENT, JASON                       (SN)
****************************************************************
Rating: 1=No Help, 2=Minimal, 3=Substantial, 4=Essential  Clr Scr (X) . . > .
. FINAN ANALYST   . LAB DIV EXAMS   . UCO-GROUP I     . FT. MON-NRCSC
. AIRCRAFT ASST   . LAB FIELD SUP   . UCO-GROUP II    . FOR LANG ASST
. COMPUTER ASST   . PEN REGISTERS   . UCO-OTHER       . NON FBI LAB EX
. CONSEN MONITR   . PHOTO COVERGE   . NCAVC/VI-CAP    . VICT-WITN COOR
. ELSUR/FISC      . POLYGRAPH       . CRIM/NS INTEL   . IO WANTED FLYR
. ELSUR/III       . SRCH WAR EXEC   . CRIS NEG-FED    . SARS
. ENG FIELD SUP   . SHOW MONEY      . CRIS NEG-LOC    . CART
. ENG TAPE EXAM   . SOG ASST        . ERT ASST        .
. LEGATS ASST.    . SWAT TEAM       . BUTTE-ITC       .
. EVIDNCE PURCH   . TECH AG/EQUIP   . SAVANNAH-ITC    .
. INFORMANT/CW    . TEL TOLL RECS   . POC-WRCSC       .
                                                  Classified By:
                          SENSITIVE / UNCLASSIFIED   Declassify On:

 F1=Help F3=Exit F10=PreviousPg F12=Cancel
```

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

**FEDERAL BUREAU OF INVESTIGATION**
**FOIA/PA DELETED PAGE INFORMATION SHEET**

___10___     Page(s) withheld entirely at this location in the file.  One or more of the following
statements, where indicated, explain this deletion.

☐     Deletions were made pursuant to the exemptions indicated below with no segregable
material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☐(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☐(b)(7)(C) | ☐(k)(1) |
| _____ | ☐(b)(7)(D) | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☒(b)(5)-1 | ☐(b)(9) | ☐(k)(6) |
| ☐(b)(6) | | ☐(k)(7) |

## DESCRIPTION OF DOCUMENTS:

## <u>Unsigned Federal Complaint</u>
(Dent 20-29)

Date of Document: September 5, 2001

This document is a unsigned Federal Complaint listing several federal charges of a third
party individual which included the mention of plaintiff, Jason Dent.



166& NY277771   -78

SEARCHED ___ INDEXED ___
SERIALIZED ___ FILED ___

MAR 1 9 2002

FBI — NEW YORK

OPCA-20 (12-3-96)

XXXXX
XXXXX
XXXXX

**FEDERAL BUREAU OF INVESTIGATION**
**FOIA/PA DELETED PAGE INFORMATION SHEET**

___5___      Page(s) withheld entirely at this location in the file.  One or more of the following
statements, where indicated, explain this deletion.

☐      Deletions were made pursuant to the exemptions indicated below with no segregable
material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☐(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☐(b)(7)(C) | ☐(k)(1) |
| _____ | ☐(b)(7)(D) | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☒(b)(5)-1 | ☐(b)(9) | ☐(k)(6) |
| ☐(b)(6) | | ☐(k)(7) |

## DESCRIPTION OF DOCUMENTS:

**Unsigned Federal Grand Jury Superseding Indictment of Jason Dent and other third party individuals**
(Dent 31-35)

Date of Document: This document is not dated

This document is a unsigned Federal Grand Jury Superseding Indictment of plaintiff,
Jason Dent and several other third party individuals.

b6 -1
b7C -1

**FD-515 (Rev. 6-4-98)**

**Accomplishment Report**
Accomplishment must be reported and loaded into ISRAA within 30 days from date of accomplishment

Squad supervisor approval (please initial)

Date Prepared: 3/11/02
Date Loaded: 3/13/02
Data Loader's Initials:

**Accomplishment involves:**
(check all that apply)

- [ ] Drugs
- [ ] A Fugitive
- [ ] Bankruptcy Fraud
- [ ] Computer Fraud/Abuse
- [ ] Corruption of Public Officials
- [ ] Forfeiture Assets
- [ ] Sub Invest Asst by FO (s)

**File Number**
166E NY 277771

**Stat Agent Soc. Sec. No.**

**Stat Agent Name**

**Asst. FO(s)** ___
A, B, C, D

| RA | Squad |
|----|-------|
| 02 | C-30 |

**Task Force**

**Assisting Agents Soc. Sec. No.** X
1. - -
Name:
2. - -
Name:

**Assisting Agencies** × ●
1. NY PD
2.

**Investigative Assistance or Technique Used**
1 - Used, but did not help       3 - Helped, substantially
2 - Helped, minimally            4 - Absolutely essential
For Sub. Invest. Assist. by other FO (s) indicate A,B,C,D for corresponding FO

| | Rate FO IAT | | Rate FO IAT | | Rate FO IAT | | Rate FO IAT |
|---|---|---|---|---|---|---|---|---|
| Fin. Analyst | | Lab. Div. Exam | | UCO - Group I | | Ft. Mon.- NRCSC | |
| Aircraft Asst. | | Lab. Field Sup | | UCO - Group II | | For. Lang Asst. | |
| Computer | | Pen Registers | | UCO - Nat. Back | | Non FBI Lab Ex | |
| Consen Mon. | | Photo Cover. | | NCAVC / VI - CAP | | Vict-Witn Coor | |
| Elsur / FISC | | Polygraph | | Crim/NS Intel Asst | | | |
| Elsur / T. III | | Search Warrant | | Crisis Neg. - Fed. | | | |
| Eng. Field Spt. | | Show Money | | Crisis Neg. - Local | | | |
| Eng. Tape Ex | | SOG Asst. | | ERT Asst. | | | |
| Legats Asst. | | Swat Team | | Butte - ITC | | | |
| Evid Purchase | | Tech. Ag/Equip | | Sav - ITC | | | |
| Inf/CW Info | | Phone Toll Rec | | Poc - WRCSC | | | |

**A. Complaint / Information / Indictment**
- [ ] Federal  [ ] Local  [ ] International
- Complaint Date: _____
- Check if Civil Rico Complaint [ ]
- Information Date: _____
- Indictmant Date: _____

**B. Locate/ Arrest**
- [x] Federal  [ ] Local  [ ] International
- Subject Priority: [x] A  [ ] B  [ ] C
- Locate Date: _____
- Arrest Date: 3/8/02
- [ ] Subject Resisted Arrest
- [ ] Subject Arrested was Armed

**C. Summons Date:** _____
- [ ] Federal  [ ] Local

**D. Recovery/Restitution/PELP X**
- [ ] Federal  [ ] Local  [ ] International
- Recovery Date: _____
- Code● ✓ Amount $ _____
- Code● ✓ Amount $ _____
- Restitution Date: _____
- [ ] Court Ordered
- [ ] Pretrial Diversion
- Code ● Amount $ _____
- PELP Date: _____
- Code● ✓ Amount $ _____

**E. Hostage(s) Released Date:** _____
- Released by: [ ] Terrorist  [ ] Other
- Number of Hostages: _____
- Child Located Date: _____

**F. Conviction**
- [ ] Federal  [ ] Local  [ ] International
- Conviction Date: _____
- Subject Description Code: __ __ ● ( __ )●
- For 6F, G, H--Include Agency Code
- [ ] Felony  or  [ ] Misdemeanor
- [ ] Plea  or  [ ] Trial
- State: _____ Judicial District: _____

**G. U.S. Code Violation**
Required for Sections A, B, F, and J
(Federal only)

| Title | Section | # Counts |
|-------|---------|----------|
| 18 | 3551 | 1 |
| 21 | 846 | 1 |
| 21 | 841 | 1 |
| 18 | 924 | 1 |

**H. Sentence Date:** _____
- Sentence Type: _____
- In Jail: Years _____ Months _____
- Suspended: Years _____ Months _____
- Probation: Years _____ Months _____
- Fines: $ _____

MAR 1 1 2002

**I. Disruption/Dismantlement**
- Disruption Date: _____
- Dismantlement Date: _____
- Completion of FD-515a Side 2 Mandatory

**J. Civil Rico Matters Date:** _____
- Also Complete "Section G"
- Other Civil Matters Date: _____
- Judgment __ __ __ __ ●
- Judicial Outcome __ __ __ ● X
- Amount $ _____
- Suspension: Years _____ Months _____

**K. Administrative Sanction Date:** _____
- Subject Description Code _____ ●
- Type:          Length:
  - [ ] Suspension  [ ] Permanent
  - [ ] Debarment      or
  - [ ] Injunction  Years _____ Months _____

**L. Asset Seizure Date:** _____
- Asset Forfeiture Date: _____
- CATS # Mandatory _____
- Check one of the three:
  - [ ] Asset Forfeiture - Administrative
  - [ ] Asset Forfeiture - Civil Judicial
  - [ ] Asset Forfeiture - Criminal
- Do not indicate $ value in Section D

**M. Acquittal / Dismissal / Pretrial Diversion**
- Acquittal Date: _____
- Dismissal Date: _____
- Pretrial Diversion Date: _____

FRCP 5.2/L.R. 5.4(f)(3)

**N. Subject Information** (Required for all Sections excluding Section D (Recovery/PELP), Section E (Hostage), Section I, and Section L.)

| Name | Race ● | Sex | Date of Birth | Social Security No. (if available) |
|------|--------|-----|---------------|-----------------------------------|
| JASON DENT | B | m | 6/21/77 | UNK |

For Indictments/Convictions only:
- [ ] Subject related to an LCN, Asian Organized Crime (AOC), Italian Organized Crime (IOC), Russian/Eastern European, Caribbean, or Nigerian Organized Crime Group - Complete FD-515a, Side 1 Blocks A-E as appropriate.
- [ ] Subject related to an OC/Drug Organization, a VCMO Program National Gang Strategy target group, or a VCMO Program National Priority Initiative target group - Complete FD-515a, Side 1 Blocks A-C only.

X  Additional information may be added by attaching another form or a plain sheet of paper for additional entries.
●  See codes on reverse side.
✓  Requires that an explanation be attached and loaded into ISRAA for recovery over $1m and PELP over $5m.

**Serial No. of FD-515**
20

166E-M-277771

```
03/14/2002                        Arrest Information                    FAAMAA01
21:16:53                      SENSITIVE / UNCLASSIFIED              Page 1. of 5
Case ID . . . . . . : 166E-NY-277771                (SN)
Field Office. . . . : NY                     Rpt Date. . : 03/14/2002
*****************************************************************************

Current Processing Mode: ADDING RECORD

Name Subject . . >> DENT, JASON                              +

Does This Accomplishment Involve:
    Drugs (Y/N) . . . . . . . . . . . . . . . . . . . . . >> N
    A Fugitive (Y/N). . . . . . . . . . . . . . . . . . . >> N
    Bankruptcy Fraud (Y/N). . . . . . . . . . . . . . . . >> N
    Computer Fraud/Abuse (Y/N). . . . . . . . . . . . . . >> N
    Corruption Public Officials (Y/N) . . . . . . . . . . >> N
    Money Laundering (Y/N). . . . . . . . . . . . . . . . >> N
    Substantial Investigative Assistance By Other FO's (Y/N). . >> N +

                                               Classified By:
                         SENSITIVE / UNCLASSIFIED   Declassify On:
F1=Help F3=Exit F4=Prompt F11=NextPg F12=Cancel
```

λ

```
Scrolling performed
 03/14/2002                   Arrest Information                FAAMAA02
 21:17:02              SENSITIVE / UNCLASSIFIED              Page 2. of 5
 Case ID . . . . . . : 166E-NY-277771                (SN)
 Field Office. . . . : NY                   Rpt Date. . : 03/14/2002
 **********************************************************************

    Serial Number of FD-515. . >  .........
    SOC Agent Claiming Stat. . >>┌─────────────────────┐      b6 -1
    RA/Squad Claiming Stat . . >> D2.. / C30. +                b7C -1
    Task Force . . . . . . . . >  ..... +
    Assisting Agencies . . . . >  LOC.. +  .....     .....    .....    .....
                                  .....    .....                       .....
    Assisting Agent SOC. . . >  1    -    -     +*┌─────────────────┐
        (MAX 12)                2 ... - .. - ....
                                3 ... - .. - ....
                                4 ... - .. - ....
                                5 ... - .. - ....
                                6 ... - .. - ....

                                               Classified By:
                             SENSITIVE / UNCLASSIFIED   Declassify On:
    F1=Help F3=Exit F4=Prompt F7=Bkwd F8=Fwd F10=PreviousPg F11=NextPg F12=Cancel
```

```
Scrolling performed
 03/14/2002                    Arrest Information              FAAMAA05
 21:17:15              SENSITIVE / UNCLASSIFIED              Page 3. of 5
 Field Office . . : NY      Case ID. . . : 166E-NY-277771      (SN)
 RA/Squad Code. . : D2   / C30  Rpt Date . . : 03/14/2002
 SOC Stat Agnt. . :                Stat Agnt. . :                    b6 -1
                                                                     b7C -1
 Subject. . . . . : DENT, JASON                           (SN)
 *********************************************************************
```

Arrest by Federal, Local, or International (F/L/I). . >> F
Arrest Subject Priority (A/B/C). . . . >> A
Arrest Date  (MM/DD/YYYY). . . . . . . >> 03 / 08 / 2002
Did Subject Resist (Y/N) . . . . . . . >> N
Was Subject Armed (Y/N). . . . . . . . >> N

```
 U.S. Code Violation:     Title     Section     Counts
                          > 18       3551.       1..
                            21       846..       1..
                            21       841..       1..
                            18       924..       1..
                                                       Classified By:
                          SENSITIVE / UNCLASSIFIED     Declassify On:
   F1=Help F3=Exit F10=PreviousPg F11=NextPg F12=Cancel
```

DENT-40

```
Scrolling performed
 03/14/2002                      Arrest Information              FAAMAA21
 21:17:36              SENSITIVE / UNCLASSIFIED               Page 4. of 5
 Field Office . . : NY       Case ID. . . : 166E-NY-277771        (SN)
 RA/Squad Code. . : D2    / C30   Rpt Date . . : 03/14/2002
 SOC Stat Agnt. . : [            ]  Stat Agnt. . :              b6 -1
 Subject. . . . . : DENT, JASON                        (SN)    b7C -1
 **********************************************************************


 Accomplishment Narrative:             Clear Screen (X) . . > .

    RECEIVED/ENTERED BY SEC'Y 3/14/02.........................................
    ..........................................................................
    ..........................................................................
    ..........................................................................
    ..........................................................................
    ..........................................................................
    ..........................................................................
    ..........................................................................


                                                     Classified By:
                          SENSITIVE / UNCLASSIFIED   Declassify On:
 F1=Help F3=Exit F10=PreviousPg F11=NextPg F12=Cancel
```

```
Scrolling performed                     DENT-41
03/14/2002                       Arrest Information              FAAMAA22
21:17:40                       SENSITIVE / UNCLASSIFIED         Page 5. of 5
Field Office . . . : NY        Case ID. . . : 166E-NY-277771        (SN)
RA/Squad Code. . . : D2   / C30   Rpt Date . . : 03/14/2002
SOC Stat Agnt. . . : [                    ]   Stat Agnt. . . :              b6 -1
Subject. . . . . . : DENT, JASON                          (SN)       b7C -1
*******************************************************************************
Rating: 1=No Help, 2=Minimal, 3=Substantial, 4=Essential   Clr Scr (X) . . > .
. FINAN ANALYST     . LAB DIV EXAMS    . UCO-GROUP I      . FT. MON-NRCSC
. AIRCRAFT ASST     . LAB FIELD SUP    . UCO-GROUP II     . FOR LANG ASST
. COMPUTER ASST     . PEN REGISTERS    . UCO-OTHER        . NON FBI LAB EX
. CONSEN MONITR     . PHOTO COVERGE    . NCAVC/VI-CAP     . VICT-WITN COOR
. ELSUR/FISC        . POLYGRAPH        . CRIM/NS INTEL    . IO WANTED FLYR
. ELSUR/III         . SRCH WAR EXEC    . CRIS NEG-FED     . SARS
. ENG FIELD SUP     . SHOW MONEY       . CRIS NEG-LOC     . CART
. ENG TAPE EXAM     . SOG ASST         . ERT ASST         .
. LEGATS ASST.      . SWAT TEAM        . BUTTE-ITC        .
. EVIDNCE PURCH     . TECH AG/EQUIP    . SAVANNAH-ITC     .
. INFORMANT/CW      . TEL TOLL RECS    . POC-WRCSC        .
                                                       Classified By:
                              SENSITIVE / UNCLASSIFIED   Declassify On:
F1=Help F3=Exit F10=PreviousPg F12=Cancel
```

DENT-42

166E-NY-277771
MPL:mpl

b6 -1
b7C -1

FRCP 5.2/L.R. 5.4(f)(3)

On 06/12/03, the following was conducted by SA [          ]
[          ] and SA [          ] pursuant to the above captioned
matter.  SAs [          ] and [          ] traveled to MDC-Brooklyn where they
took custody of JASON DENT, black male, date of birth [    ] 71,
Inmate Number 67640053.  JASON DENT was transported to the
Eastern District of New York(EDNY) offices where he completed
court ordered handwriting exemplars.  Following completion of
these handwriting exemplars, SAs [          ] and [          ] returned JASON
DENT to MDC-Brooklyn where Bureau of Prisons(BOP) representatives
assumed custody of him.

b6 -1,3,4
b7C -1,3,4
b7D -1



UPLOADED
WITH TEXT
WITHOUT TEXT
BY
DATE 6/26/03

42

166E-NY-277771

INDEX
SERIALIZED       FILED

JUN 17 2003

FBI — NEW Y

8

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

MDC- BKO

_(Institution)_

_(Location)_

## MARSHAL'S RECEIPT

Date 6/12/03 , 19 ____

Received from _Eastern_ United States

Marshal for the _____ District of _Eastern._

by _____ Deputy United States Marshal, the following named United

States prisoners, together with commitment papers:

① Court Returned I/m.
Dent Jason # 67640-053

From EDNY

✓ISO.

b6 -1,4
b7C -1,4

_(Warden)_        _(Superintendent)_

By _____

USP LVN        Printed on Recycled Paper        Previous editions not usable        BP-378(58)
July 1938

DENT 15

**UNITED STATES DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

MX BROOKLYN
(Institution)

80 29th ST
(Location)

b6 -4
b7C -4

### MARSHAL'S RECEIPT

Date 12 JUNE 2003₁₉

Received from _____ United States

Marshal for the _____ EASTERN _____ District of _____

by _____ Deputy United States Marshal, the following named United

States prisoners, together with commitment papers:

DENT, JASON # 6 76400 53

(1 OUT)

b6 -1
b7C -1

11:30 A.N

Sign

Print

Phone _____ (pages)

b2
b6 -1
b7C -1

By _____
(Warden)        (Superintendent)

166E - NY - 277771

-51



SEARCHED _____ INDEXED _____
SERIALIZED _____ FILED _____

OCT 0 7 2003

FBI — NEW YORK

b6 -1
b7C -1

OPCA-20 (12-3-96)                                               XXXXXX
                                                               XXXXXX
                                                               XXXXXX

## FEDERAL BUREAU OF INVESTIGATION
## FOIA/PA DELETED PAGE INFORMATION SHEET

__2__          Page(s) withheld entirely at this location in the file.  One or more of the following
               statements, where indicated, explain this deletion.

   ☒           Deletions were made pursuant to the exemptions indicated below with no segregable
               material available for release to you.

|  | **Section 552** |  | **Section 552a** |
|---|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☐(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C)- 1,2,3,4,5 | ☐(k)(1) |
| _____ | ☒(b)(7)(D)- 1 | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6)- 1,2,3,4,5 |  | ☐(k)(7) |

## DESCRIPTION OF DOCUMENTS:

## <u>Witness and Subject Statements</u>
(Dent 46-47)

Date of Document: This document is not dated but occurred between the dates of
September 29, 2003-October 3, 2003.


This document contains statements of third party individuals.

FD-515 (Rev. 7-16-02)

**Accomplishment Report**
(Accomplishment must be reported and loaded into ISRAA within 30 days from date of accomplishment)

☐ Squad supervisor approval (please initial)

Date Prepared 12/09/03
Date Loaded 12/10/03
Data Loader's Initials _____

**Accomplishment involves:** (check all that apply)

| | |
|---|---|
| Drugs | ☐ |
| A Fugitive | ☐ |
| Bankruptcy Fraud | ☐ |
| Computer Fraud/Abuse | ☐ |
| Corruption of Public Officials | ☐ |
| Money Laundering | ☐ |
| Sub Invest Asst by FO (s) | ☐ |

**File Number**
166E - NY - 277771

Stat Agent Soc. Sec. No.

Stat Agent Name
SA

Asst. FO(s) __, __, __, __
A, B, C, D

| RA | Squad |
|---|---|
| NY | C-30 |

Assisting Agents Soc. Sec. No. ×
1.

Name: SA

2.

Name:

**Task Force**

**Assisting Agencies** × •
1. CITY (NYPD)
2.

### Investigative Assistance or Technique Used

1-Used, but did not help   3 - Helped, substantially
2 -Helped, minimally   4 - Absolutely essential
For Sub. Invest. Assist. by other FO (s) indicate A,B,C,D for corresponding FO

| | Rate | FO | IAT | | Rate | FO | IAT | | Rate | FO | IAT | | Rate | FO | IAT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fin. Analyst | | | | Lab. Div. Exam | | | | UCO - Group I | | | | Ft. Mon.- ITC | | | |
| Aircraft Asst. | | | | Lab. Field Sup | | | | UCO - Group II | | | | For. Lang Asst. | | | |
| Computer | | | | Pen Registers | | | | UCO - Nat. Back | | | | Non FBI Lab Ex | | | |
| Consen Mon. | | | | Photo Cover | | | | NCAVC/VI - CAP | | | | Vict-Witn Coor | | | |
| Elsur / FISC | | | | Polygraph | | | | Crim/NS Intel Asst | | | | IC Wanted Flyer | | | |
| Elsur / T. III | | | | Search Warrant | | | | Co____ Ex____ | | | | SARs | | | |
| Eng. Field Spt. | | | | Show Money | | | | Crisis Neg - Local | | | | CART | | | |
| Eng. Tape Ex | | | | SOG Asst. | | | | ERT Asst. | | | | Asset Forf Prog | | | |
| Legats Asst. | | | | Swat Team | | | | Butte - ITC | | | | Forf Support Prog | | | |
| Evid Purchase | | | | Tech. Ag/Equip. | | | | Sav - ITC | | | | | | | |
| Inf/CW Info | | | | Phone Toll Rec | | | | Poc - ITC | | | | | | | |

**A. Complaint / Information / Indictment**
☐ Federal ☐ Local ☐ International
Complaint Date: _____
Check if Civil Rico Complaint ☐
Information Date: _____
Indictment Date: _____

**B. Locate/ Arrest**
☐ Federal ☐ Local ☐ International
Subject Priority: ☐ A ☐ B ☐ C
Locate Date: _____
Arrest Date: _____
☐ Subject Resisted Arrest
☐ Subject Arrested was Armed

**C. Summons Date:** _____
☐ Federal ☐ Local

**D. Recovery/Restitution/PELP X**
☐ Federal ☐ Local ☐ International
Recovery Date: _____
Code • ____ ✓ Amount $ _____
Code • ____ ✓ Amount $ _____
Restitution Date: _____
☐ Court Ordered ☐ Pretrial Diversion
Code • ____ ✓ Amount $ _____
PELP Date: _____
Code • ____ ✓ Amount $ _____

**E. Hostage(s) Released Date:** _____
Released by: ☐ Terrorist ☐ Other
Number of Hostages: _____

**F. Conviction**
☑ Federal ☐ Local ☐ International
Conviction Date: 12/08/03
Subject Description Code 8A • (____) •
For 6F, G, H-Include Agency Code
☑ Felony or ☐ Misdemeanor
☐ Plea or ☑ Trial
State: NY Judicial District: SDNY

**G. U.S. Code Violation**
Required for sections A,B,F,and J
(Federal Only)

| Title | Section | # Counts |
|---|---|---|
| 21 | 841(a)(1) | 1 |
| 21 | 848(e)(1)(A) | 2 |
| 18 | 924(c) | 1 |
| 18 | 924(j) | 1 |

**H. Sentence Date:** _____
Sentence Type: _____ •
In Jail: Years _____ Months _____
Suspended: Years _____ Months _____
Probation: Years _____ Months _____
Fines: $ _____

**I. Disruption/Dismantlement:** ✓
Disruption Date: _____
Dismantlement Date: 10/15/03
Completion of FD-515a Side 2 Mandatory

**J. Civil Rico Matters Date:** _____
Also Complete "Section G"
Other Civil Matters Date: _____
Judgment ____ ____ ____ • ____
Judicial Outcome ____ ____ ____ ×
Amount $ _____
Suspension: Years _____ Months _____

**K. Administrative Sanction Date:** _____
Subject Description Code _____ •
Type: Length:
☐ Suspension ☐ Permanent
☐ Debarment or
☐ Injunction Year_____ Months _____

**L. Asset Seizure Date:** _____
Asset Forfeiture Date: _____
CATS # Mandatory _____
Circle below one of the three asset forfeiture:
Admin, Civil Judicial, or Criminal
Do not indicate $ value in Section D

**M. Acquittal/Dismissal/Pretrial Diversion**
(circle one) Date: _____

**N. Drug Seizures** ✓ Date: _____
Drug Code •
Weight _____
FDIN 166E NY 277771
Do not indicate $ value in Section D

**O. Child Victim Information**
Child located/identified Date: _____
☐ Living ☐ Deceased

**P. Subject Information - Required for all blocks excluding block D (Recovery/PELP), blocks E, I, L, and N.**

| Name | Race • | Sex | Date of Birth | Social Security No. (if available) |
|---|---|---|---|---|
| Jason Dent FRCP 5.2/L.R. 5.4(f)(3 | B | M | | 71 |

**For Indictments/Convictions only:**
☐ Subject related to an LCN, Asian Organized Crime (AOC), Italian Organized Crime (IOC), Russian/Eastern European, Caribbean, or Nigerian Organized Crime Group - Complete FD-515a, Side 1 Blocks A-E mandatory, F-H as appropriate.
☑ Subject related to an OC/Drug Organization, a VCMO Program National Gang Strategy target group, or a VCMO Program National Priority Initiative target group - Complete FD-515a, Side 1 Blocks A-C only.

**x** Additional information may be added by attaching another form or a plain sheet of paper for additional entries.
**•** See codes on reverse side.
**✓** Requires that an explanation be attached and loaded into ISRAA for recovery over $1m and PELP over $5, disruption, dismantlement. and drug seizures.

Serial. No. of FD-515

DENT-49

## Supplemental Page to the Accomplishment Report  (FD-515)

For Indictments/Convictions only:
    Subject related to an LCN, Asian Organized Crime, Italian Organized Crime, Russian/Eastern European, Caribbean, or Nigerian Organized Crime Group-
    Complete FD-515a, Side 1 Blocks A-E  mandatory, F-H as appropriate.
    Subject related to an OC/Drug Organization, a VCMO Program National Gang Strategy target group, or a VCMO Program National Priority Initiative target group-
    Complete FD-515a, Side 1 Blocks A-C only

**A. Name of Subject** _Jason Dent_    **B. Field Office** _NY_ **Field Office File No.** _166E-NY-277771_

**C. Role** ☑ Leadership (L)    ☐ Member (M)
         ☐ Associate (A)    ☐ Other (O)

**D. Criminal Activity** -  Indicate the primary criminal activity which resulted in the reported indictment and/or conviction.  (Indicate only one activity.)
    ☐ Labor Racketeering (LR) (See Section F and H if applicable)      ☐ Extortion (EX)
    ☐ Corruption (CR) (See Section G if applicable)      ☐ Loansharking (LS)
    ☐ Illegal Gambling (IG)      ☐ Drugs (DR)
    ☐ Other (OT), specify _____

**E. Organized Criminal Group**
  **1. LCN:** ☐ Member (MEM)  ☐ Associate (ASO)

| | | | | |
|---|---|---|---|---|
| ☐ BF | ☐ KC | ☐ NO | ☐ NY-Luchese (LU) | ☐ RC-Rochester |
| ☐ CG | ☐ LA | ☐ NY-Bonanno (BO) | ☐ PH | ☐ SF |
| ☐ CV | ☐ MW | ☐ NY-Colombo (CO) | ☐ FX | ☐ SO-San Jose |
| ☐ DN | ☐ NK-De Cavalcante | ☐ NY-Gambino (GA) | ☐ PG | ☐ SL |
| ☐ DE | ☐ NE-New England-Patriarca | ☐ NY-Genovese (GE) | ☐ PI-Pittson-Bufalino | ☐ TP |

Position:
    ☐ Boss (1F)      ☐ Consigliere (1H)      ☐ Capo (1K)
    ☐ Underboss (1G)      ☐ Acting Boss (1J)      ☐ Soldier (1L)

  **2.** Other Non-LCN OC Groups, specify _____ ☐ Member (M)  ☐ Associate (A)

**F. Business Influenced/Affected**  (If applicable) Indicate below if the subject's criminal activity influenced or affected a particular trade or industry:
    ☐ Toxic Waste (TW)      ☐ Building Trades (BT)      ☐ Entertainment (ET)      ☐ Hotel/Restaurant (HR)
    ☐ Carting (CR)      ☐ Meat/Poultry/Fish (MT)      ☐ Garment (GR)
    ☐ Vending (VN)      ☐ Shipping (SH)      ☐ Trucking/Trans (TT)
    ☐ Other (OT) specify _____

Name of company subject connected with _____

**G. Elected/Appointed Public Officials** -  Complete if subject was a public official at time of indictment and/or conviction.  Indicate one from each category.
  Level - ☐ Federal (FD)      ☐ State (ST)      ☐ Local (LO)
  Branch - ☐ Executive (EX)      ☐ Legislative (LE)      ☐ Judicial (JD)

Position/Title:
    ☐ Governor (6J)      ☐ Mayor (6R)      ☐ City (6Y)      ☐ House of Rep/Staff (6C)      ☐ Prosecutor (6E), (6N), (6U)
    ☐ Lt. Governor (6K)      ☐ County Comm (6X)      ☐ Senator/Staff (6B)      ☐ Judge/Magistrate      ☐ Law Enforcement Officer
                                                      (6D), (6M), (6T)         (6F), (6P), (6V)

    ☐ Other (6Q), (6W), specify _____

**H. Union Members or Officials** - If the subject was a Union member or official at the time of indictment and/or conviction, indicate the highest position the
subject held/holds in the Union and the Union's name.

Name of Union _____

Union Affiliation:
    ☐ Teamsters (TM)  ☐ Hotel and Restaurant Employee (HR)  ☐ Laborers International (LI)  ☐ Longshoremans Association (LA)

    ☐ Other (OT), specify _____

Level - ☐ International (IN)  ☐ Conference (CF)  ☐ Council (CN)  ☐ Local (LC) -Local No._____

Position:
    ☐ Pres (5D)      ☐ Sec/Treas (5G)      ☐ Repr (5J)      ☐ Fin Sec (5M)      ☐ Clerk (5Q)      ☐ Trustee (5T)
    ☐ Vice Pres (5E)      ☐ Ex Brd Memb (5H)      ☐ Orgzr (5K)      ☐ Rec Sec (5N)      ☐ Shop Stew (5R)
    ☐ Tres (5F)      ☐ Bus Agt (5I)      ☐ Bus Mgr (5L)      ☐ Off Mgr (5P)      ☐ Memb (5S)
    ☐ Other (5U), specify _____

FBI/DOJ

12/10/2003                   Organized Crime Group Association                FAAMAA3C
08:32:14
Case ID . . . . . . : 166E-NY-277771
Field Office. . . . : NY                          Rpt Date. . : 12/10/2003
*********************************************************************************


    Enter Y or N for the completion of the Form FD-515a, Side 1...
>> N Subject related to Organized Crime Group(OCG) Association?

                                                          ^



F1=Help,F12=Cancel

```
12/10/2003                                    Conviction Information           FAAMAA01
08:32:57                          SENSITIVE / UNCLASSIFIED              Page 1. of 6
Case ID . . . . . . : 166E-NY-277771                    (SN)
Field Office. . . . : NY                      Rpt Date. . : 12/10/2003
**************************************************************************************

Current Processing Mode: ADDING RECORD

Name Subject . . >> DENT, JASON                               +

Does This Accomplishment Involve:
    Drugs (Y/N) . . . . . . . . . . . . . . . . . . . . . . . . >> N
    A Fugitive (Y/N). . . . . . . . . . . . . . . . . . . . . . >> N
    Bankruptcy Fraud (Y/N). . . . . . . . . . . . . . . . . . . >> N
    Computer Fraud/Abuse (Y/N). . . . . . . . . . . . . . . . . >> N
    Corruption Public Officials (Y/N) . . . . . . . . . . . . . >> N
    Money Laundering (Y/N). . . . . . . . . . . . . . . . . . . >> N
    Substantial Investigative Assistance By Other FO's (Y/N). . >> N +

                                                          Classified By:
                                SENSITIVE / UNCLASSIFIED   Declassify On:
F1=Help, F3=Exit, F4=Prompt, F11=NextPg, F12=Cancel
```

```
Scrolling performed
12/10/2003                    Conviction Information               FAAMAA02
08:33:01                    SENSITIVE / UNCLASSIFIED            Page 2. of 6
Case ID . . . . . . : 166E-NY-277771              (SN)
Field Office. . . . : NY                    Rpt Date. . : 12/10/2003
****************************************************************************

   Serial Number of FD-515. . >  ........                    b6 -1
   SOC Agent Claiming Stat. . >>                             b7C -1
   RA/Squad Claiming Stat . . >> D2.. / C30. +
   Task Force . . . . . . . . >  ..... +
   Assisting Agencies . . . . > LOC.. +  .....    .....   .....   .....
                                 .....    .....   .....   .....   .....
   Assisting Agent SOC. . . > 1
        (MAX 12)              2 ... - .. - ....
                             3 ... - .. - ....
                             4 ... - .. - ....
                             5 ... - .. - ....
                             6 ... - .. - ....

                                                      Classified By:
                          SENSITIVE / UNCLASSIFIED    Declassify On:
   F1=Help,F3=Exit,F4=Prompt,F7=Bkwd,F8=Fwd,F10=PreviousPg,F11=NextPg,F12=Cancel
```

```
Invalid State Code - Plea     nter
12/10/2003                  Conviction Information            FAAMAA16
08:34:35               SENSITIVE / UNCLASSIFIED           Page 3. of 6
    Field Office . . : NY        Case ID.. . . : 166E-NY-277771    (SN)
    RA/Squad Code. . : D2   / C30  Rpt Date . . : 12/10/2003
    SOC Stat Agnt. . :            Stat Agnt. . :              b6 -1
                                                              b7C -1
    Subject. . . . . : DENT, JASON                       (SN)
    ****************************************************************

    Federal,Local or International Conviction (F/L/I) . . . . . >> F
    Date of Conviction (MM/DD/YYYY) . . . . . . . . . . . . . >> 12 / 08 / 2003


    Subject Description Code. . . . . . . . . . . . . . . . . >> 8A +
    Agency Code . . . . . . . . . . . . . . . . . . . . . . . > ..... +
    Felony or Misdemeanor (F/M) . . . . . . . . . . . . . . . >> F
    Plea or Trial (P/T) . . . . . . . . . . . . . . . . . . . >> T
    Judicial State. . . . . . . . . . . . . . . . . . . . . . > NY +
    Judicial District . . . . . . . . . . . . . . . . . . . . > EDN +

                                                 Classified By:
                         SENSITIVE / UNCLASSIFIED    Declassify On:
    F1=Help,F3=Exit,F4=Prompt,F10=PreviousPg,F11=NextPg,F12=Cancel
```

```
Scrolling performed
12/10/2003                    Conviction Information            FAAMAA19
08:33:55                   SENSITIVE / UNCLASSIFIED          Page 4. of 6
Field Office . . : NY         Case ID. . . : 166E-NY-277771      (SN)
RA/Squad Code. . : D2   / C30  Rpt Date . . : 12/10/2003
SOC Stat Agnt. . :            Stat Agnt. . :                  b6 -1
                                                             b7C -1
Subject. . . . . : DENT, JASON                        (SN)
*****************************************************************************
```

                              U.S. Code Violation
                        Title     Section     Counts
                        > 21      841A1        1..
                          21      848E1        2..
                          18      924C.        1..
                          18      924J.        1..


                                              Classified By:
                      SENSITIVE / UNCLASSIFIED     Declassify On:
F1=Help, F3=Exit, F4=Prompt, F10=PreviousPg, F11=NextPg, F12=Cancel

```
Scrolling performed
12/10/2003                  Conviction Information           FAAMAA21
08:34:21                  SENSITIVE / UNCLASSIFIED          Page 5. of 6
Field Office . . : NY        Case ID. . . : 166E-NY-277771      (SN)
RA/Squad Code. . : D2   / C30  Rpt Date . . : 12/10/2003
SOC Stat Agnt. . :            Stat Agnt. . :                 b6 -1
Subject. . . . . : DENT, JASON                       (SN) b7C -1
*****************************************************************************
```

Accomplishment Narrative:              Clear Screen (X) . . > .

```
   RECEIVED/ENTERED BY SEC'Y 12/10/03.....................................
   ......................................................................
   ......................................................................
   ......................................................................
   ......................................................................
   ......................................................................
   ......................................................................
   ......................................................................
```

                                              Classified By:
                            SENSITIVE / UNCLASSIFIED   Declassify On:
F1=Help, F3=Exit, F10=PreviousPg, F11=NextPg, F12=Cancel

```
Scrolling performed
12/10/2003                        Conviction Information              FAAMAA22
08:34:31                        SENSITIVE / UNCLASSIFIED           Page 6. of 6
Field Office . . : NY           Case ID. . . : 166E-NY-277771          (SN)
RA/Squad Code. . : D2    / C30  Rpt Date . . : 12/10/2003
SOC Stat Agnt. . :              Stat Agnt. . :                     b6 -1
                                                                  b7C -1
Subject. . . . . : DENT, JASON                                (SN)
****************************************************************************
Rating: 1=No Help, 2=Minimal, 3=Substantial, 4=Essential    Clr Scr (X) . . > .
. FINAN ANALYST    . LAB DIV EXAMS    . UCO-GROUP I      . FT. MON-NRCSC
. AIRCRAFT ASST    . LAB FIELD SUP    . UCO-GROUP II     . FOR LANG ASST
. COMPUTER ASST    . PEN REGISTERS    . UCO-OTHER        . NON FBI LAB EX
. CONSEN MONITR    . PHOTO COVERGE    . NCAVC/VI-CAP     . VICT-WITN COOR
. ELSUR/FISC       . POLYGRAPH        . CRIM/NS INTEL    . IO WANTED FLYR
. ELSUR/III        . SRCH WAR EXEC    . CRIS NEG-FED     . SARS
. ENG FIELD SUP    . SHOW MONEY       . CRIS NEG-LOC     . CART
. ENG TAPE EXAM    . SOG ASST         . ERT ASST         . ASSET FORF PRO
. LEGATS ASST.     . SWAT TEAM        . BUTTE-ITC        . FORF SUPPORT P
. EVIDNCE PURCH    . TECH AG/EQUIP    . SAVANNAH-ITC     .
. INFORMANT/CW     . TEL TOLL RECS    . POC-WRCSC
                                                        Classified By:
                            SENSITIVE / UNCLASSIFIED    Declassify On:
F1=Help, F3=Exit, F10=PreviousPg, F12=Cancel
```

FD-245.1 (Rev. 1-9-91)

**U.S. Department of Justice**

Classification No. _____

# Federal Bureau
 of
# Investigation



File No. _____

Bureau File Number _____

# DO NOT DESTROY

**FOIPA#** 1092003

## Field Office Criminal Investigative and Administrative Files

Volume Number _____

Serials _____

| | | | |
|---|---|---|---|
| _____ | Armed and Dangerous | _____ | FOIPA |
| _____ | DO NOT DESTROY | _____ | NCIC |
| _____ | ELSUR | _____ | OCIS |
| _____ | Escape Risk | _____ | Suicidal |
| _____ | Financial Privacy Act | _____ | Other |

b6 -1
b7C -1

See also Nos. _____

_____

_____

_____

_____

FD-515 (Rev. 7-16-02)

**Accomplishment Report**
(Accomplishment must be reported and loaded into ISRAA within 30 days from date of accomplishment)

☑ Squad supervisor approval (please initial)

Date Prepared 10/19/05
Date Loaded 10/20/05
Data Loader's Initials ___

**Accomplishment involves:**
(check all that apply)

- Drugs ☐
- A Fugitive ☐
- Bankruptcy Fraud ☐
- Computer Fraud/Abuse ☐
- Corruption of Public Officials ☐
- Money Laundering ☐
- Sub Invest Asst by FO (s) ☐

Asst. FO(s) ___ ___ ___ ___
A, B, C, D

Task Force

Assisting Agencies x •
1.
2.

File Number: 166E-NY 277771

Stat Agent Soc. Sec. No.

Stat Agent Name

| RA | Squad |
|----|-------|
| D 2 | C 30 |

Assisting Agents Soc. Sec. No. x
1.
Name:
2.
Name:

**Investigative Assistance or Technique Used**

1-Used, but did not help   3 - Helped, substantially
2 -Helped, minimally   4 - Absolutely essential
For Sub. Invest. Assist. by other FO (s) indicate A,B,C,D for corresponding FO

| Rate | FO | IAT | Rate | FO | IAT | Rate | FO | IAT | Rate | FO | IAT |
|------|----|-----|------|----|-----|------|----|-----|------|----|-----|
| | | Fin. Analyst | | | Lab. Div. Exam | | | UCO - Group I | | | Ft. Mon.- ITC |
| | | Aircraft Asst. | | | Lab. Field Sup | | | UCO - Group II | | | For. Lang Asst. |
| | | Computer | | | Pen Registers | | | UCO - Nat. Back | | | Non FBI Lab Ex |
| | | Consen Mon. | | | Photo Cover. | | | NCAVC / VI - CAP | | | Vict-Witn Coor |
| | | Elsur / FISC | | | Polygraph | | | Crim/NS Intel Asst | | | IO Wanted Flyer |
| | | Elsur / T. III | | | Search Warrant | | | Crisis Neg. - Fed. | | | SARs |
| | | Eng. Field Spt. | | | Show Money | | | Crisis Neg. - Local | | | CART |
| | | Eng. Tape Ex | | | SOG Asst. | | | ERT Asst. | | | Asset Forf Prog |
| | | Legats Asst. | | | Swat Team | | | Butte - ITC | | | Forf Support Proj |
| | | Evid Purchase | | | Tech. Ag/Equip | | | Sav - ITC | | | |
| | | Inf/CW Info | | | Phone Toll Rec | | | Poc - ITC | | | |

**A. Complaint / Information / Indictment**
- ☐ Federal ☐ Local ☐ International
- Complaint Date: _____
- Check if Civil Rico Complaint ☐
- Information Date: _____
- Indictment Date: _____

**B. Locate/ Arrest**
- ☐ Federal ☐ Local ☐ International
- Subject Priority: ☐ A ☐ B ☐ C
- Locate Date: _____
- Arrest Date: _____
- ☐ Subject Resisted Arrest
- ☐ Subject Arrested was Armed

**C. Summons Date:** _____
- ☐ Federal ☐ Local

**D. Recovery/Restitution/PELP X**
- ☑ Federal ☐ Local ☐ International
- Recovery Date: _____
- Code • ___ ✓ Amount $_____
- Code • ___ ✓ Amount $_____
- Restitution Date: 9/30/05
- ☒ Court Ordered ☐ Pretrial Diversion
- Code • 30 ✓ Amount $ 45,000
- PELP Date: _____
- Code • ___ ✓ Amount $_____

**E. Hostage(s) Released Date:** _____
- Released by: ☐ Terrorist ☐ Other
- Number of Hostages _____

**F. Conviction**
- ☐ Federal ☐ Local ☐ International
- Conviction Date: _____
- Subject Description Code: ___ •( ___ ) •
- For 6F, G, H-Include Agency Code
- ☐ Felony or ☐ Misdemeanor
- ☐ Plea or ☐ Trial
- State: _____ Judicial District: _____

**G. U.S. Code Violation**
. Required for sections A,B,F,and J
(Federal Only)

| Title | Section | # Counts |
|-------|---------|----------|
| | | |
| | | |
| | | |
| | | |

**H. Sentence Date:** 9/30/05
- Sentence Type: JS PB •
- In Jail: Years 40 Months _____
- Suspended: Years _____ Months _____
- Probation: Years LIFE Months _____
- Fines: $_____

**I. Disruption/Dismantlement** ✓
- Disruption Date: _____
- Dismantlement Date: _____
- Completion of FD-515a Side 2 Mandatory

**J. Civil Rico Matters Date:** _____
- Also Complete "Section G"
- Other Civil Matters Date: _____
- Judgment ___ ___ ___ ___ •
- Judicial Outcome ___ ___ ___ ___ •x
- Amount $_____
- Suspension: Years _____ Months _____

**K. Administrative Sanction Date:** _____
- Subject Description Code ___ •
- Type: ☐ Suspension ☐ Permanent
- ☐ Debarment or
- ☐ Injunction Year _____ Months _____

**L. Asset Seizure Date:** _____
- Asset Forfeiture Date: _____
- CATS # Mandatory _____
- Circle below one of the three asset forfeiture:
  - Admin, Civil Judicial, or Criminal
- Do not indicate $ value in Section D

**M. Acquittal/Dismissal/Pretrial Diversion**
- (circle one) Date: _____

**N. Drug Seizures** ✓ Date: _____
- Drug Code • _____
- Weight _____ Code • _____
- FDIN _____
- Do not indicate $ value in Section D

**O. Child Victim Information**
- Child located/identified Date: _____
- ☐ Living ☐ Deceased

**P. Subject Information - Required for all blocks excluding block D (Recovery/PELP), blocks E, I, L, and N.**

| Name | Race • | Sex | Date of Birth | Social Security No. (if available) |
|------|--------|-----|---------------|-----------------------------------|
| JASON DENT | B | m | | |

FRCP 5.2/L.R. 5.4(f)(3)

For Indictments/Convictions only:
- ☐ Subject related to an LCN, Asian Organized Crime (AOC), Italian Organized Crime (IOC), Russian/Eastern European, Caribbean, or Nigerian Organized Crime Group - Complete FD-515a, Side 1 Blocks A-E mandatory, F-H as appropriate.
- ☐ Subject related to an OC/Drug Organization, a VCMO Program National Gang Strategy target group, or a VCMO Program National Priority Initiative target group - Complete FD-515a, Side 1 Blocks A-C only.

Serial No. of FD-515

**x** Additional information may be added by attaching another form or a plain sheet of paper for additional entries.
**•** See codes on reverse side.
**✓** Requires that an explanation be attached and loaded into ISRAA for recovery over $1m and PELP over $5, disruption, dismantlement. and drug seizures.

DENT-59

Page    1

10/20/05  09:09:47

10/20/2005                     ************** SENTENCING **************
                                   SENSITIVE / UNCLASSIFIED

                                                                              b6 -1
Case Number: 281D-NY-277771        Stat Agent Name: [                ]    Report Date: 10/20/2005    b7C -1
 Serial No.:                       Stat Agent SOC.: [            ]        Accom Date.: 09/30/2005

     Does Accomplishment Involve      Assisting Joint Agencies    Assisting Agents SOC        Subject Name
     -----------------------------    -----------------------     --------------------        ------------

Drugs . . . . . . . . . . . . : N          |                            |            DENT, JASON
A Fugitive. . . . . . . . . . : N          |                            |
Bankruptcy Fraud. . . . . . . : N          |                            |
Computer Fraud/Abuse. . . . . : N          |                            |            RA      Squad   Task Force
Corruption of Public Officials: N          |                            |            ----    -----   ----------
Money Laundering. . . . . . . : N          |                            |            D2      C30

Sub. Invest. Asst by Other FOs:                                  1 = Used, but did not help
                                                                 2 = Helped, Minimally
          Investigative Assistance or Technique Used             3 = Helped, Substantially
          ------------------------------------------             4 = Absolutely Essential

    FINAN ANALYST    LAB DIV EXAMS    UCO-GROUP 1      FT. MON-NRCSC
    AIRCRAFT ASST    LAB FIELD SUP    UCO-GROUP II     FOR LANG ASST
    COMPUTER ASST    PEN REGISTERS    UCO-OTHER        NON FBI LAB EX
    CONSEN MONITR    PHOTO COVERGE    NCAVC/VI-CAP     VICT-WITN COOR
    ELSUR/FISC       POLYGRAPH        CRIM/NS INTEL    IO WANTED FLYR
    ELSUR/III        SRCH WAR EXEC    CRIS NEG-FED     SARS
    ENG FIELD SUP    SHOW MONEY       CRIS NEG-LOC     CART
    ENG TAPE EXAM    SOG ASST         ERT ASST         ASSET FORF PRO
    LEGATS ASST.     SWAT TEAM        BUTTE-ITC        FORF SUPPORT P
    EVIDNCE PURCH    TECH AG/EQUIP    SAVANNAH-ITC     TFOS/CTD
    INFORMANT/CW     TEL TOLL RECS    POC-WRCSC        CXS/CTD
----------------------------------------------------------------------------------------------
Type of Sentence . . . : LS   JS
Date of Sentencing . ..: 09/30/2005
Federal, Local, or International (F/L/I):  F

                      Year   Month
                      ----   -----
Time in Jail. .:   40
Time Suspended.:
Probation Time.:
Total Fines. . :$
----------------------------------------------------------------------------------------------

                            Accomplishment Narrative
                            ------------------------

RECEIVED/ENTERED BY SST 10/20/05

                            SENSITIVE / UNCLASSIFIED

DENT-60

10/20/05  09:19:47

10/20/2005                          *********** RESTITUTION ***************
                                          SENSITIVE / UNCLASSIFIED

                                                                                                    b6 -1
Case Number: 281D-NY-277771          Stat Agent Name:                    Report Date: 10/20/2005    b7C -1
   Serial No.:                       Stat Agent SOC.:                    Accom Date.: 09/30/2005


   Does Accomplishment Involve      Assisting Joint Agencies      Assisting Agents SOC          Subject Name
   ----------------------------     ------------------------      --------------------          ------------

Drugs . . . . . . . . . . . . : N              |                           |          DENT, JASON
A Fugitive. . . . . . . . . : N                |                           |
Bankruptcy Fraud. . . . . . : N                |                           |
Computer Fraud/Abuse. . . . . : N              |                           |          RA     Squad    Task Force
Corruption of Public Officials: N              |                           |          ----   -----    ----------
Money Laundering. . . . . . : N                |                           |          D2     C30

Sub. Invest. Asst by Other FOs:                                    1 = Used, but did not help
                                                                   2 = Helped, Minimally
        Investigative Assistance or Technique Used                 3 = Helped, Substantially
        -------------------------------------------                4 = Absolutely Essential

   FINAN ANALYST    LAB DIV EXAMS    UCO-GROUP I      FT. MON-NRCSC
   AIRCRAFT ASST    LAB FIELD SUP    UCO-GROUP II     FOR LANG ASST
   COMPUTER ASST    PEN REGISTERS    UCO-OTHER        NON FBI LAB EX
   CONSEN MONITR    PHOTO COVERGE    NCAVC/VI-CAP     VICT-WITN COOR
   ELSUR/FISC       POLYGRAPH        CRIM/NS INTEL    IO WANTED FLYR
   ELSUR/III        SRCH WAR EXEC    CRIS NEG-FED     SARS
   ENG FIELD SUP    SHOW MONEY       CRIS NEG-LOC     CART
   ENG TAPE EXAM    SOG ASST         ERT ASST         ASSET FORF PRO
   LEGATS ASST.     SWAT TEAM        BUTTE-ITC        FORF SUPPORT P
   EVIDNCE PURCH    TECH AG/EQUIP    SAVANNAH-ITC     TFOS/CTO
   INFORMANT/CW     TEL TOLL RECS    POC-WRCSC        CXS/CTO
--------------------------------------------------------------------------------------------------
Restitution is for Federal, Local, or International (F/L/I)...: F
Restitution Court Ordered or by Pretrial Diversion (C/P)......: C            Restitution Property
                                                                            =====================
                                                CODE     AMOUNT        CODE          AMOUNT
                                                ----    ----------     ----          ----------
                                                01    $    45000                    $

--------------------------------------------------------------------------------------------------

                              Accomplishment Narrative
                              ------------------------

  RECEIVED/ENTERED BY SST 10/20/05




                              SENSITIVE / UNCLASSIFIED

DENT-61

**For Further Instructions See: MAOP, Part II, Sections 3-5 thru 3-5.3.**

## PROPERTY CODES

| | |
|---|---|
| 01 | Cash |
| 02 | Stocks, Bonds or Negot. Instruments |
| 03 | General Retail Merchandise |
| 04 | Vehicles |
| 05 | Heavy Machinery & Equipment |
| 06 | Aircraft |
| 07 | Jewelry |
| 08 | Vessels |
| 09 | Art, Antiques or Rare Collections |
| 11 | Real Property |
| 20 | All Other |

## SENTENCE TYPES

| | |
|---|---|
| CP | Capital Punishment |
| JS | Jail Sentence |
| LP | Life Parole |
| LS | Life Sentence |
| NS | No Sentence (Subject is a Fugitive, Insane, has Died, or is a Corporation) |
| PB | Probation |
| SJ | Suspension of Jail Sentence |
| YC | Youth Correction Act |

## PELP CODES

| | |
|---|---|
| 22 | Counterfeit Stocks/Bonds/Currency/ Negotiable Instruments |
| 23 | Counterfeit/Pirated Sound Recordings or Motion Pictures |
| 24 | Bank Theft Scheme Aborted |
| 25 | Ransom, Extortion or Bribe Demand Aborted |
| 26 | Theft From or Fraud Against Government Scheme Aborted |
| 27 | Commercial or Industrial Theft Scheme Aborted |
| 30 | All Other |

## RACE CODES

| | |
|---|---|
| A | Asian/Pacific Islander |
| B | Black |
| I | Indian/American |
| U | Unknown |
| W | White |
| X | Nonindividual |

## AGENCY CODES

| | |
|---|---|
| AFOIS | Air Force Office of Special Investigations |
| ACIS | Army Criminal Investigative Service |
| BATF | Bureau of Alcohol, Tobacco & Firearms |
| BIA | Bureau of Indian Affairs |
| DCAA | Defense Contract Audit Agency |
| DCIS | Defense Criminal Investigative Service |
| DEA | Drug Enforcement Administration |
| DOC | Department of Corrections |
| DOI | Dept. of Interior |
| EPA | Environmental Protection Agency |
| FAA | Federal Aviation Administration |
| FDA | Food and Drug Administration |
| HHS | Dept. of Health & Human Services |
| HUD | Dept. of Housing & Urban Development |
| INS | Immigration and Naturalization Service |
| IRS | Internal Revenue Service |
| NASA | Nat'l Aeronautics & Space Admin |
| NBIS | Nat'l NARC Border Interdiction |
| NCIS | Naval Criminal Investigative Service |
| RCMP | Royal Canadian Mounted Police |
| SBA | Small Business Administration |
| USBP | U.S. Border Patrol |
| USCG | U.S. Coast Guard |
| USCS | U.S. Customs Service |
| USDS | U.S. Department of State |
| USMS | U.S. Marshals Service |
| USPS | U.S. Postal Service |
| USSS | U.S. Secret Service |
| USTR | U.S. Treasury |
| LOC | Local |
| CITY | City |
| COUN | County |
| ST | State |
| OTHR | Other |

## JUDGMENT CODES

| | |
|---|---|
| CJ | Consent Judgment |
| CO | Court Ordered Settlement |
| DF | Default Judgment |
| DI | Dismissal |
| JN | Judgment Notwithstanding |
| MV | Mixed Verdict |
| SJ | Summary Judgment |
| VD | Verdict for Defendant |
| VP | Verdict for Plaintiff |

## JUDICIAL OUTCOME

| | |
|---|---|
| AG | Agreement |
| BR | Barred/Removed |
| CC | Civil Contempt |
| DC | Disciplinary Charges |
| FI | Fine |
| PI | Preliminary Injunction |
| TS | Temporary Restraining Order |
| PS | Pre-filing Settlement |
| RN | Restitution |
| SP | Suspension |
| VR | Voluntary Resignation |
| OT | Other |

## DRUG CODES

| | |
|---|---|
| COC | Cocaine |
| HER | Heroin |
| HSH | Hashish |
| KAT | Khat |
| LSD | LSD |
| MAR | Marijuana |
| MDM | Methylenedioxymethamphetamine |
| MET | Methamphetamine |
| MOR | Morphine |
| OPM | Opium |
| OTD | Other drugs |

## DRUG WEIGHT CODES

| | |
|---|---|
| GM | Gram(s) |
| KG | Kilogram(s) |
| L | Liter(s) |
| ML | Milliliter(s) |
| P | Plant(s) |
| DU | Dosage Unit(s) |

## SUBJECT DESCRIPTION CODES

## ORGANIZED CRIME SUBJECTS

| | |
|---|---|
| 1F | Boss |
| 1G | Underboss |
| 1H | Consigliere |
| 1J | Acting Boss |
| 1K | Capodecina |
| 1L | Soldier |

## KNOWN CRIMINALS

| | |
|---|---|
| 2A | Top Ten or I.O. Fugitive |
| 2B | Top Thief |
| 2C | Top Con Man |

## FOREIGN NATIONALS

| | |
|---|---|
| 3A | Legal Alien |
| 3B | Illegal Alien |
| 3C | Foreign Official W/out Diplomatic Immunity |
| 3D | U.N. Employee W/out Diplomatic Immunity |
| 3E | Foreign Student |
| 3F | All Others |

## TERRORISTS

| | |
|---|---|
| 4A | Active Member of a Terrorist Organization Possible Terrorist Member or Sympathizer |

## UNION MEMBERS

| | |
|---|---|
| 5D | President |
| 5E | Vice-President |
| 5F | Treasurer |
| 5G | Secretary/Treasurer |
| 5H | Executive Board Member |
| 5I | Business Agent |
| 5J | Representative |
| 5K | Organizer |
| 5L | Business Manager |
| 5M | Financial Secretary |
| 5N | Recording Secretary |
| 5P | Office Manager |
| 5Q | Clerk |
| 5R | Shop Steward |
| 5S | Member |
| 5T | Trustee |
| 5U | Other |

## GOVERNMENT SUBJECTS
(6F, 6G, 6H- Include Agency Code)

| | |
|---|---|
| 6A | Presidential Appointee |
| 6B | U.S. Senator/Staff |
| 6C | U.S. Representative/Staff |
| 6D | Federal Judge/Magistrate |
| 6E | Federal Prosecutor |
| 6F | Federal Law Enforcement Officer |
| 6G | Federal Employee - GS 13 & Above |
| 6H | Federal Employee - GS 12 & Below |
| 6J | Governor |
| 6K | Lt. Governor |
| 6L | State Legislator |
| 6M | State Judge/Magistrate |
| 6N | State Prosecutor |

## Continuation of GOVERNMENT SUBJECTS

| | |
|---|---|
| 6S | Local Legislator |
| 6T | Local Judge/Magistrate |
| 6U | Local Prosecutor |
| 6V | Local Law Enforcement Officer |
| 6W | 6P State Law Enforcement Officer |
| 6Q | State - All Others |
| 6R | Mayor Local - All Others |
| 6X | County Commissioner |
| 6Y | City Councilman |

## BANK EMPLOYEES

| | |
|---|---|
| 7A | Bank Officer |
| 7B | Bank Employee |

## OTHERS

| | |
|---|---|
| 8A | All Other Subjects |
| 8B | Company or Corporation |

## CHILD PREDATORS

| | |
|---|---|
| 9A | Child Care provider |
| 9B | Clergy |
| 9C | Athletic Coach |
| 9D | Teacher/Aide |
| 9E | Law Enforcement Personnel |
| 9F | Counselor |
| 9G | Relative |
| 9H | Stranger |
| 9I | Other |

SEARCHED _____ INDEXED _____
SERIALIZED _____ FILED _____
OCT 15 2005
FBI—NEW YORK

DENT-62

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE           **Date:** 08/23/2006

**To:** New York          **Attn:** FMU

**From:** New York
      C-30
      **Contact:** SA _____ Ext. _____

                                        b2
                                        b6 -1
                                        b7C -1

**Approved By:** _____

                              b6 -1
                              b7C -1

**Drafted By:** _____ mpl

**Case ID #:** 281D-NY-277771

**Title:** CREAM TEAM;
        JASON DENT;
        ET AL;
        ITAR - VC/SG

                                        b2
                                        b6 -2,3
**Synopsis:** Request authorization _____                  b7C -2,3
                                        b7D -1

**Details:** On 12/08/03, JASON DENT, _____
_____ were found guilty in Brooklyn Federal Court of Narcotics
Conspiracy, Firearms Violations and Murder. _____

these individuals who had called their gang the CREAM TEAM had
created an environment of fear and extreme violence in the
Marlboro Housing Project in the Coney Island section of Brooklyn,
New York. This federal trial brought to light the intimidation,
beatings, tortures, shootings and homicide that CREAM TEAM     b6 -2,3
members committed to protect their drug territory and enforce     b7C -2,3
their sadistic self-imposed criminal rule over a housing project.   b7D -1

2810-NY-277771

SEARCHED ____ INDEXED ____
SERIALIZED ____ FILED ____

AUG 2 8 2006

FBI — NEW YORK

**UPLOADED**
WITH TEXT _____
WITH/OUT TEXT _____
BY _____
DATE _____

                            b6 -2,3
                            b7C -2,3
                            b7D -1

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

## FEDERAL BUREAU OF INVESTIGATION
## FOIA/PA DELETED PAGE INFORMATION SHEET

__1__         Page(s) withheld entirely at this location in the file.  One or more of the following
              statements, where indicated, explain this deletion.

☒             Deletions were made pursuant to the exemptions indicated below with no segregable
              material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☐(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ _____ | ☒(b)(7)(C)- 2,3 | ☐(k)(1) |
| _____ | ☒(b)(7)(D)- 1 | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6)- 2,3 | | ☐(k)(7) |

## DESCRIPTION OF DOCUMENTS:

## Electronic Communication Referencing the "Cream Team"
(Dent 63)

Date of Document: August 23, 2006

This document contains information about payments made to one of the confidential
witnesseses.

DENT-64

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                    **Date:** 06/15/2007

**To:** New York

**From:** New York
      C-30
      **Contact:** [          ]  Ext [      ]

b2
b6 -1
b7C -1

**Approved By:** [          ]

**Drafted By:** [          ]:jmg

b6 -1
b7C -1

**Case ID #:** 281D-NY-277771    (Pending)

**Title:** CREAM TEAM;
      JASON DENT, aka JANU
      ITAR-GANGS
      OO: NY

### ARMED AND DANGEROUS

**Synopsis:** Closing of captioned matter.

**Details:** Captioned matter was a joint investigation involving
the Federal Bureau of Investigation (FBI), United States
Attorney's Office, Kings County District Attorney Office
(Brooklyn) and the New York City Police Department, Brooklyn
South Gang Unit. The investigation targeted a street gang that
had operated in the Marlboro Housing Projects in Brooklyn, New
York since the mid 1990's. The gang included approximately
twenty members, who have committed violent crimes including
murder, attempted murder, assault, robbery, kidnaping and the
sale of crack cocaine. The investigation centered on eleven gang
members who represented the core of the "Cream Team".

On December 8, 2003, JASON DENT, [                    ]
[          ] found guilty by a jury in the Eastern District of
New York. DENT was sentenced on 09/30/05 to forty (40) years
Custody of the Attorney General.

b6 -2
b7C -2

b6 -2,3
b7C -2,3
b7D -1

**UPLOADED**
WITH/TEXT _____
WITH/OUT TEXT _____
BY _____
DATE _____

281D-NY-277771
SEARCHED
SERIALIZED

JUN 19 2007

FBI - NEW YORK

*Creamteanclosing.wpd*

DENT-65

To:   New York   From:   New York
Re:   281D-NY-277771, 06/15/2007


        Inasmuch as no further investigation remains, there is
no outstanding charged out evidence and all subjects have been
sentenced in captioned matter, it is recommended that captioned
matter be closed.

                    **ARMED AND DANGEROUS**


◆◆

2

Case 1:12-cv-00420-EGS   Document 15   Filed 08/02/12   Page 125 of 315

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

# FEDERAL BUREAU OF INVESTIGATION
# FOIA/PA DELETED PAGE INFORMATION SHEET

___1___  Page was withheld entirely at this location in the file.  This page was not considered for release as it is duplicative of DENT- __3__

The following Bates number is to be used for reference regarding this page:

DENT- __66__

XXXXXXXXXXXXXXXXXX
X    Deleted Page(s)      X
X    No Duplication Fee   X
X        for this page        X
XXXXXXXXXXXXXXXXXX

XXXXXX
XXXXXX

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

# FEDERAL BUREAU OF INVESTIGATION
# FOIA/PA DELETED PAGE INFORMATION SHEET

____1____ Page was withheld entirely at this location in the file.  This page was not considered for release as it is duplicative of DENT-  __4__

The following Bates number is to be used for reference regarding this page:

DENT-  __67__

XXXXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X    No Duplication Fee    X
X    for this page    X
XXXXXXXXXXXXXXXXXX

XXXXXX
XXXXXX

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

# FEDERAL BUREAU OF INVESTIGATION
## FOIA/PA DELETED PAGE INFORMATION SHEET

___1___  Page was withheld entirely at this location in the file.  This page was not considered for release as it is duplicative of DENT- ___9___

The following Bates number is to be used for reference regarding this page:

DENT- ___68___

XXXXXXXXXXXXXXXXXX
X    Deleted Page(s)     X
X    No Duplication Fee   X
X        for this page     X
XXXXXXXXXXXXXXXXXX

XXXXXX
XXXXXX

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

## FEDERAL BUREAU OF INVESTIGATION
## FOIA/PA DELETED PAGE INFORMATION SHEET


___1___  Page was withheld entirely at this location in the file.  This page was not considered for release as it is duplicative of DENT- __3__

The following Bates number is to be used for reference regarding this page:

DENT- __69__


XXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)        X
X    No Duplication Fee   X
X       for this page         X
XXXXXXXXXXXXXXXXXXX

XXXXXX
XXXXXX

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

# FEDERAL BUREAU OF INVESTIGATION
## FOIA/PA DELETED PAGE INFORMATION SHEET


___1___  Page was withheld entirely at this location in the file.  This page was not considered for release as it is duplicative of DENT- __4__

The following Bates number is to be used for reference regarding this page:

DENT- __70__

XXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)      X
X    No Duplication Fee   X
X        for this page        X
XXXXXXXXXXXXXXXXXXX

XXXXXX
XXXXXX



## U.S. Department of Justice

DENT-71

# Federal Bureau
C of 30
# Investigation

Bureau File Number _____

# DO NOT DESTROY

FOIPA# 109 2003

### Field Office Criminal Investigative
### and Administrative Files

_____ Armed and Dangerous    _____ FOIPA

_____ DO NOT DESTROY    _____ NCIC

_____ ELSUR    _____ OCIS

_____ Escape Risk    _____ Suicidal

_____ Financial Privacy Act    _____ Other

See also Nos. _____

_____

_____

_____

Classification No. _____ 281 7 _____

File No. IN-A11111-302
FD 302

Volume Number

Serials

b6 -1
b7C -1

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

### FEDERAL BUREAU OF INVESTIGATION
### FOIA/PA DELETED PAGE INFORMATION SHEET

__4__          Page(s) withheld entirely at this location in the file.  One or more of the following
              statements, where indicated, explain this deletion.

     ☒        Deletions were made pursuant to the exemptions indicated below with no segregable
              material available for release to you.

| **Section 552** | | **Section 552a** |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☐(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C)- 2,3,4,5 | ☐(k)(1) |
| _____ | ☒(b)(7)(D)- 1 | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6)- 2,3,4,5 | | ☐(k)(7) |

## DESCRIPTION OF DOCUMENTS:

## **Handwritten Interview Notes**
(Dent 72-75)

Date of Document: July 31, 2002

This document contains the interview notes of one of the confidential witnesses
involved in the prosecution of the "Cream Team."

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

# FEDERAL BUREAU OF INVESTIGATION
# FOIA/PA DELETED PAGE INFORMATION SHEET

___1___   Page was withheld entirely at this location in the file.  This page was not considered for release as it is duplicative of DENT- __3__

The following Bates number is to be used for reference regarding this page:

DENT- __76__

XXXXXXXXXXXXXXXXXX
X     Deleted Page(s)      X
X     No Duplication Fee   X
X        for this page        X
XXXXXXXXXXXXXXXXXX

XXXXXX
XXXXXX

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

# FEDERAL BUREAU OF INVESTIGATION
# FOIA/PA DELETED PAGE INFORMATION SHEET

___1___  Page was withheld entirely at this location in the file.  This page was not considered for release as it is duplicative of DENT-  __4__

The following Bates number is to be used for reference regarding this page:

DENT-  __77__

XXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)       X
X    No Duplication Fee   X
X        for this page         X
XXXXXXXXXXXXXXXXXXX

XXXXXX
XXXXXX

UPLOADED
WITH TEXT
WITHOUT TEXT
BY
DATE 6-24-02

SEARCHED
SERIAL!?

JUN 24 2002

NEW YORK

b6 -2,3
b7C -2,3
b7D -1

DENT-78

FD-302 (Rev. 10-6-95)

DENT-79

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription

The purpose of the CREAM TEAM was to get money for the members.  CREAM TEAM members sold crack along Avenue W, in the area known as "The Lane".  Other CREAM TEAM sales areas where in front of building 7, in back of building 8, and building 1 of the Marlboro houses.

b6 -2,3
b7C -2,3
b7D -1

The CREAM TEAM was selling crack and a little cocaine in the summer of 1997.

SA

Investigation on _____ at _____

File # 166E-NY-277771 _____ Date dictated _____

by _____ and SA _____ rm

b6 -1,6
b7C -1,6

This document contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

OPCA-20 (12-3-96)

XXXXX
XXXXX
XXXXX

## FEDERAL BUREAU OF INVESTIGATION
## FOIA/PA DELETED PAGE INFORMATION SHEET

___2___     Page(s) withheld entirely at this location in the file.  One or more of the following
statements, where indicated, explain this deletion.

☒     Deletions were made pursuant to the exemptions indicated below with no segregable
material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☐(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C)- 2,3,5 | ☐(k)(1) |
| _____ | ☒(b)(7)(D)- 1 | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6)- 2,3,5 | | ☐(k)(7) |

## DESCRIPTION OF DOCUMENTS:

## Typed Interview Notes of a Confidential Witness
(Dent 80-81)

Date of Document: Date is protected to protect the Confidential Witness


This document contains the second and third page of interview notes of one of the
confidential witnesses involved in the prosecution of the "Cream Team."

FD-302a (Rev. 10-6-95)

DENT-82

b6 -2,3
b7C -2,3
b7D -1

166E-NY-277771

Continuation of FD-302 of _____ ; On _____ , Page ____

J-NU, JASON DENT: Sold crack, only in the morning. Sometimes told others that they could not sell while he was selling. J-NU sold an average of $1000-2000/day. He sold every day _____ sold with J-NU.

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

## FEDERAL BUREAU OF INVESTIGATION
## FOIA/PA DELETED PAGE INFORMATION SHEET

___1___        Page(s) withheld entirely at this location in the file.  One or more of the following
                   statements, where indicated, explain this deletion.

⊠        Deletions were made pursuant to the exemptions indicated below with no segregable
            material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☐(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ⊠(b)(7)(C)- 2,3 | ☐(k)(1) |
| _____ | ⊠(b)(7)(D)- 1 | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ⊠(b)(6)- 2,3 | | ☐(k)(7) |

## DESCRIPTION OF DOCUMENTS:

## Typed Interview Notes of a Confidential Witness
(Dent 83)

Date of Document: Date is protected to protect the Confidential Witness

This document contains the fifth page of interview notes of one of the confidential
witnesses involved in the prosecution of the "Cream Team."

UPLOADED

WITH TEXT

WITH/OUT TEXT

BY

DATE  6-24-02

FBI-NY-20771-302

SEARCHED _____ INDEXED _____
SERIALIZED _____ FILED _____

JUN 2 4 2002

-5

b6 -2,3
b7C -2,3
b7D -1

DENT-84

DENT-85

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription

b6 -2,3,4
b7C -2,3,4
b7D -1

J-NU and ☐ got drugs from MONEY MATT, who is now deceased.

Investigation on ☐ NY

File # 166B-NY-27771                      Date dictated

by ☐ and SA ☐ :rm

b6 -1,6
b7C -1,6

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

DENT-86

FD-302a (Rev. 10-6-95)

166E-NY-27771

Continuation of FD-302 of _____ , On _____ , Page ___2___

they were flashy and sold drugs to make money.
They managed the crack enterprise, and made sure that all the
street sellers never ran out.  The enforcers included _____

_____ and J-NU.  They would take care of
problems, and keep other dealers off the block.  These members
were more inclined to violence.

b6 -2,3
b7C -2,3
b7D -1

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

**FEDERAL BUREAU OF INVESTIGATION**
**FOIA/PA DELETED PAGE INFORMATION SHEET**

_1_ Page(s) withheld entirely at this location in the file.  One or more of the following
statements, where indicated, explain this deletion.

☒ Deletions were made pursuant to the exemptions indicated below with no segregable
material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☐(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C)- 2,3 | ☐(k)(1) |
| _____ | ☒(b)(7)(D)- 1 | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6)- 2,3 | | ☐(k)(7) |

## DESCRIPTION OF DOCUMENTS:

## <u>Typed Interview Notes of a Confidential Witness</u>
(Dent 87)

Date of Document: Date is protected to protect the Confidential Witness

This document contains the third page of interview notes of one of the confidential
witnesses involved in the prosecution of the "Cream Team."

DENT-88

FD-302a (Rev. 10-6-95)

b6 -2,3
b7C -2,3
b7D -1

166E-NY-27771

Continuation of FD-302 of _____  On _____  , Page ___ 4

        J-NU gave the orders to the CREAM TEAM.  If J-NU said
"stay of the streets", members would not go out to sell.  Each
CREAM TEAM member was expected to give a cut to J-NU.  This was
for team use, for bail and to buy guns.

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

## FEDERAL BUREAU OF INVESTIGATION
## FOIA/PA DELETED PAGE INFORMATION SHEET

__1__        Page(s) withheld entirely at this location in the file.  One or more of the following
             statements, where indicated, explain this deletion.

   ☒         Deletions were made pursuant to the exemptions indicated below with no segregable
             material available for release to you.

| Section 552 | Section 552 | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☐(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C)- 2,3 | ☐(k)(1) |
| _____ | ☒(b)(7)(D)- 1 | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6)- 2,3 | | ☐(k)(7) |

## DESCRIPTION OF DOCUMENTS:

## Typed Interview Notes of a Confidential Witness
(Dent 89)

Date of Document: Date is protected to protect the Confidential Witness

This document contains the fifth page of interview notes of one of the confidential
witnesses involved in the prosecution of the "Cream Team."

DENT-90

FD-302a (Rev. 10-6-95)

b6 -2,3
b7C -2,3
b7D -1

166E-NY-27771

Continuation of FD-302 of _____, On_____, Page ___6___

There was a shooting on the roof of building 1 , the
victim was a white male, who may have had organized crime
connections.

J-NU,       sold $300-2000 each, per day.

At on time, J-nu calculated that the CREAM TEAM sold $250,000
worth of crack in a 3 month period.  He was proud of the fact
that this made the CREAM TEAM a million dollar a year operation.

DENT-91

UPLOADED

WITH TEXT ✓

WITHOUT TEXT

BY  SN

DATE  10-24-02

b6 -2,3
b7C -2,3
b7D -1

JUN 2 4 2002

FBI — NEW YORK

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

## FEDERAL BUREAU OF INVESTIGATION
## FOIA/PA DELETED PAGE INFORMATION SHEET

__5__   Page(s) withheld entirely at this location in the file.  One or more of the following
statements, where indicated, explain this deletion.

☒   Deletions were made pursuant to the exemptions indicated below with no segregable
material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☐(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C)- 1,2,3,4,5,6 | ☐(k)(1) |
| _____ | ☒(b)(7)(D)- 1 | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6)- 1,2,3,4,5,6 | | ☐(k)(7) |

## DESCRIPTION OF DOCUMENTS:

## Typed Interview Notes of a Confidential Witness
(Dent 92-96)

Date of Document: Date is protected to protect the Confidential Witness


This document contains the interview notes of one of the confidential witnesses
involved in the prosecution of the "Cream Team."

UPLOADED

WITH TEXT

WITH/OUT TEXT

BY

DATE

166E-M-277171-302

SEARCHED                 INDEXED
SERIALIZED               FILED

MAY 3 0 2002

FBI — NEW YORK

DENT-98

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription

b6 -2,3
b7C -2,3
b7D -1

first met members of he
CREAM TEAM, through a person named

thought the whole crew acted
and talked like "tough guys"

Investigation on _____ at _____

File # 166B-NY-277771                    Date dictated _____

by _____ and SA _____ rm                    b6 -1,6
b7C -1,6

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

DENT-99

FD-302a (Rev. 10-6-95)

b6 −2,3,5
b7C −2,3,5
b7D −1

166E-NY-277771

Continuation of FD-302 of _____ , On _____ Page  2

CREAM TEAM hang out.
                    arrived later, as did J-NU
                                              gave money to J-NU

                              J-NU,                        all
hung out there.

                    once nearly shot J-NU, with a .25 pistol, by
accident.

                                          J-NU,
hanging around

                                   gave money
            to J-NU.

                              J-NU          had a big
fight,                                      J-NU and
            arrested.  While in court, J-NU said that he would

DENT-100

{ FD-302a (Rev. 10-6-95)

166E-NY-277771

b6 -2,3,5
b7C -2,3,5
b7D -1

Continuation of FD-302 of [                    ] On [          ] , Page   3

kill himself.  He was taken to Kings County Hospital for
psychiatric evaluation.  A week later he was released, as the
case was dismissed. [                              ] J-NU was
the leader of the CREAM TEAM.

[                                                    ] saw all of
the above CREAM TEAM members sell or handle crack
[                    ] talked about the CREAM TEAM organization [    ]
[          ] J-NU was in charge, [                    ]
[          ] took orders from J-NU [    ]
[          ] other members followed J-
NU's direction and sold drugs or committed robberies, and gave
part of the proceeds to J-NU.

[          ] was a small time drug dealer [    ]
[          ] He worked for [          ]
[                              ] was the enemy
of the CREAM TEAM.

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

### FEDERAL BUREAU OF INVESTIGATION
### FOIA/PA DELETED PAGE INFORMATION SHEET

__1__       Page(s) withheld entirely at this location in the file.  One or more of the following statements, where indicated, explain this deletion.

☑      Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☐(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C)- 2,3 | ☐(k)(1) |
| _____ | ☒(b)(7)(D)- 1 | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6)- 2,3 | | ☐(k)(7) |

## DESCRIPTION OF DOCUMENTS:

### Typed Interview Notes of a Confidential Witness
(Dent 101)

Date of Document: Date is protected to protect the Confidential Witness

This document contains the forth page of interview notes of one of the confidential witnesses involved in the prosecution of the "Cream Team."

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

**FEDERAL BUREAU OF INVESTIGATION**
**FOIA/PA DELETED PAGE INFORMATION SHEET**

1    Page(s) withheld entirely at this location in the file.  One or more of the following
statements, where indicated, explain this deletion.

☒    Deletions were made pursuant to the exemptions indicated below with no segregable
material available for release to you.

|  | Section 552 | | Section 552a |
|---|---|---|---|
| □(b)(1) | □(b)(7)(A) | □(d)(5) |
| □(b)(2) | □(b)(7)(B) | □(j)(2) |
| □(b)(3)_____ | ☒(b)(7)(C)- 1,2,3,5,6 | □(k)(1) |
| _____ | ☒(b)(7)(D)- 1 | □(k)(2) |
| _____ | □(b)(7)(E) | □(k)(3) |
| _____ | □(b)(7)(F) | □(k)(4) |
| □(b)(4) | □(b)(8) | □(k)(5) |
| □(b)(5) | □(b)(9) | □(k)(6) |
| ☒(b)(6)- 1,2,3,5,6 |  | □(k)(7) |

## DESCRIPTION OF DOCUMENTS:

## Typed Interview Notes of a Confidential Witness
(Dent 102)

Date of Document: Date is protected to protect the Confidential Witness

This document contains the interview notes of one of the confidential witnesses
involved in the prosecution of the "Cream Team."

166E - NY - 27771 - 302

-10

BOXED
FILED
AUG 2 9 2002
FBI - NEW YORK

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

### FEDERAL BUREAU OF INVESTIGATION
### FOIA/PA DELETED PAGE INFORMATION SHEET

__6__    Page(s) withheld entirely at this location in the file.  One or more of the following
statements, where indicated, explain this deletion.

☒    Deletions were made pursuant to the exemptions indicated below with no segregable
material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☐(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C)- 1,2,3,4,5,6 | ☐(k)(1) |
| _____ | ☒(b)(7)(D)- 1 | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6)- 1,2,3,4,5,6 | | ☐(k)(7) |

## DESCRIPTION OF DOCUMENTS:

## <u>Typed Interview Notes of a Confidential Witness</u>
(Dent 104-109)

Date of Document: Date is protected to protect the Confidential Witness

This document contains the interview notes of one of the confidential witnesses
involved in the prosecution of the "Cream Team."

166E - NY - 2

-302

OCT 0 7 2002

FBI — NEW YORK

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

## FEDERAL BUREAU OF INVESTIGATION
## FOIA/PA DELETED PAGE INFORMATION SHEET

__3__    Page(s) withheld entirely at this location in the file. One or more of the following
statements, where indicated, explain this deletion.

☒    Deletions were made pursuant to the exemptions indicated below with no segregable
material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☐(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C)- 1,2,3,6 | ☐(k)(1) |
| _____ | ☒(b)(7)(D)- 2 | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6)- 1,2,3,6 | | ☐(k)(7) |

## DESCRIPTION OF DOCUMENTS:

## Typed Interview Notes of a Confidential Witness
(Dent 111-113)

Date of Document: Date is protected to protect the Confidential Witness

This document contains the interview notes of one of the confidential witnesses
involved in the prosecution of the "Cream Team."

SEARCHED
SERIALIZED
NOV 2 6 2002
FBI – NEW YORK

b6 -2,3
b7C -2,3
b7D -1

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

**FEDERAL BUREAU OF INVESTIGATION**
**FOIA/PA DELETED PAGE INFORMATION SHEET**

2      Page(s) withheld entirely at this location in the file.  One or more of the following
statements, where indicated, explain this deletion.

☒      Deletions were made pursuant to the exemptions indicated below with no segregable
material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☐(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C)- 1,2,3,4,5 | ☐(k)(1) |
| | ☒(b)(7)(D)- 1 | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6)- 1,2,3,4,5 | | ☐(k)(7) |

## DESCRIPTION OF DOCUMENTS:

## <u>Typed Interview Notes of a Confidential Witness</u>
(Dent 115-116)

Date of Document: Date is protected to protect the Confidential Witness

This document contains the interview notes of one of the confidential witnesses
involved in the prosecution of the "Cream Team."

166E - NY - 277771

-302

SEARCHED ___ INDEXED ___
SERIALIZED ___ FILED ___
NOV 2  2002
FBI — NEW YORK

b6 -2,3
b7C -2,3
b7D -1

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

### FEDERAL BUREAU OF INVESTIGATION
### FOIA/PA DELETED PAGE INFORMATION SHEET

__5__      Page(s) withheld entirely at this location in the file.  One or more of the following statements, where indicated, explain this deletion.

☒      Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

| Section 552 | Section 552 | Section 552a |
|---|---|---|
| □(b)(1) | □(b)(7)(A) | □(d)(5) |
| □(b)(2) | □(b)(7)(B) | □(j)(2) |
| □(b)(3)_____ | ☒(b)(7)(C)- 1,2,3,4,5 | □(k)(1) |
| _____ | ☒(b)(7)(D)- 1 | □(k)(2) |
| _____ | □(b)(7)(E) | □(k)(3) |
| _____ | □(b)(7)(F) | □(k)(4) |
| □(b)(4) | □(b)(8) | □(k)(5) |
| □(b)(5) | □(b)(9) | □(k)(6) |
| ☒(b)(6)- 1,2,3,4,5 |  | □(k)(7) |

## DESCRIPTION OF DOCUMENTS:

## <u>Typed Interview Notes of a Confidential Witness</u>
(Dent 118-122)

Date of Document: Date is protected to protect the Confidential Witness

This document contains the interview notes of one of the confidential witnesses involved in the prosecution of the "Cream Team."



b6 -3
b7C -3
b7D -2

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

**FEDERAL BUREAU OF INVESTIGATION**
**FOIA/PA DELETED PAGE INFORMATION SHEET**

__2__        Page(s) withheld entirely at this location in the file.  One or more of the following
statements, where indicated, explain this deletion.

☒        Deletions were made pursuant to the exemptions indicated below with no segregable
material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☐(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C)- 1,2,3,4,5 | ☐(k)(1) |
| _____ | ☒(b)(7)(D)- 2 | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6)- 1,2,3,4,5 | | ☐(k)(7) |

## DESCRIPTION OF DOCUMENTS:

## <u>Typed Interview Notes of a Confidential Witness</u>
(Dent 124-125)

Date of Document: Date is protected to protect the Confidential Witness

This document contains the interview notes of one of the confidential witnesses
involved in the prosecution of the "Cream Team."



b6 -2,3
b7C -2,3
b7D -1

DENT-127

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription

b6 -2,3,4
b7C -2,3,4
b7D -1

JNU,                                    were
together and departing

Investigation on                    at

File # 166E-NY-277771                    Date dictated   none

SA                                                              b6 -1,6
by    SA                                                        b7C -1,6

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

DENT-128

FD-302a (Rev. 10-6-95)

b6 -2,3
b7C -2,3
b7D -1

166E-NY-277771

Continuation of FD-302 of _____, On _____, Page ___2___

Evidently, JNU was upset because

UPLOADED
WITH TEXT
WITHOUT
BY
DATE 3/1/03

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

## FEDERAL BUREAU OF INVESTIGATION
## FOIA/PA DELETED PAGE INFORMATION SHEET

<u>1</u>   Page(s) withheld entirely at this location in the file.  One or more of the following statements, where indicated, explain this deletion.

☒   Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☐(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C)- 2,3 | ☐(k)(1) |
| _____ | ☒(b)(7)(D)- 1 | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6)- 2,3 | | ☐(k)(7) |

## DESCRIPTION OF DOCUMENTS:

## <u>Typed Interview Notes of a Confidential Witness</u>
(Dent 129)

Date of Document: Date is protected to protect the Confidential Witness

This document contains the third page of interview notes of one of the confidential witnesses involved in the prosecution of the "Cream Team."

17

MAR 07 2003

FBI — NEW YORK

b6 -2,3
b7C -2,3
b7D -1

DENT-131

FD-302 (Rev. 10-6-95)

- 1 -

### FEDERAL BUREAU OF INVESTIGATION



Date of transcription

b6 -2,3,4
b7C -2,3,4
b7D -1

JNU,                                    had

was JNU's and

he(JNU) called

JNU

stayed at

Investigation on                    at

File # 166E-NY-277771                              Date dictated  none

SA                          :mpl/MPL                                    b6 -1,6

by  SA                                                                  b7C -1,6

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

**FEDERAL BUREAU OF INVESTIGATION**
**FOIA/PA DELETED PAGE INFORMATION SHEET**

___3___    Page(s) withheld entirely at this location in the file.  One or more of the following
statements, where indicated, explain this deletion.

⊠    Deletions were made pursuant to the exemptions indicated below with no segregable
material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☐(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ⊠(b)(7)(C)- 2,3,5 | ☐(k)(1) |
| _____ | ⊠(b)(7)(D)- 1 | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ⊠(b)(6)- 2,3,5 | | ☐(k)(7) |

## DESCRIPTION OF DOCUMENTS:

## <u>Typed Interview Notes of a Confidential Witness</u>
(Dent 132-134)

Date of Document: Date is protected to protect the Confidential Witness


This document contains the second, third and forth page of interview notes of one of
the confidential witnesses involved in the prosecution of the "Cream Team."

18
SEARCHED___
SERIALIZED___
MAR 0 7 2003
FBI — NEW YORK

b6 -2,3
b7C -2,3
b7D -2

DENT-136

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription

(Protect Identity)

b6 -2,3,4,5
b7C -2,3,4,5
b7D -2

JNU,                              stayed there.

JNU told

and JNU had gotten into an argument over

JNU

was very upset when

always sold his own drugs and did not sell
drugs for JNU.                    buy crack "ready to go" from
an uptown supplier.               and JNU were always
arguing.

Investigation on                 at

File # 166E-NY-277771                          Date dictated none

SA                                              b6 -1,6
by                                              b7C -1,6

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

b6 -2,3
b7C -2,3
b7D -1

166E-NY-277771

Continuation of FD-302 of _____ , On _____ , Page   2

JNU,                                                              and
        all wore headbands or bandanas with money pictured on
them.
explained that non-CREAM TEAM members could not sell drugs where
the CREAM TEAM sold or hung out.  People who violated this "got
hurt."

saw JNU,                    walking away

UPLOADED
WITH TEXT
WITH/OUT TEXT
BY
DATE   5/2/05

166E-NY-277771-302



MAR 0 7 2003

b6 -3
b7C -3
b7D -2

DENT-139

FD-302 (Rev. 10-6-95)

- 1 -

b6 -2,3,4,5
b7C -2,3,4,5
b7D -2

### FEDERAL BUREAU OF INVESTIGATION

Date of transcription

(Protect Identity)

had asked

if he had seen JNU following
him                                         "no."

Investigation on                    at

File # 166E-NY-277771                          Date dictated  none

SA                          mpl
by  SA

b6 -1,6
b7C -1,6

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

**FEDERAL BUREAU OF INVESTIGATION**
**FOIA/PA DELETED PAGE INFORMATION SHEET**

__2__   Page(s) withheld entirely at this location in the file.  One or more of the following
statements, where indicated, explain this deletion.

☒   Deletions were made pursuant to the exemptions indicated below with no segregable
material available for release to you.

|  | **Section 552** |  | **Section 552a** |
|---|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☐(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C)- 2,3,5 | ☐(k)(1) |
| _____ | ☒(b)(7)(D)- 2 | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6)- 2,3,5 | | ☐(k)(7) |

## DESCRIPTION OF DOCUMENTS:

## <u>Typed Interview Notes of a Confidential Witness</u>
(Dent 140-141)

Date of Document: Date is protected to protect the Confidential Witness


This document contains the second and third page of interview notes of one of the
confidential witnesses involved in the prosecution of the "Cream Team."

166E-NY-a77771-30-3

DENT-142

MAR 0 7 2003

FBI - NEW YORK

b6 -2,3
b7C -2,3
b7D -1

DENT-143

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

b6 -2,3,4
b7C -2,3,4
b7D -1

Date of transcription

JNU and [               ] did not get along with one another.

[               ] and learned that JNU and [               ] had gotten into a fight [               ]

Later, JNU told [               ]

Investigation on [               ] at [               ]

File # 166E-NY-277771                                    Date dictated  none

SA [               ] mpl [               ]

by  SA [               ]

b6 -1
b7C -1

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

**FEDERAL BUREAU OF INVESTIGATION**
**FOIA/PA DELETED PAGE INFORMATION SHEET**

__1__        Page(s) withheld entirely at this location in the file. One or more of the following
             statements, where indicated, explain this deletion.

     ☒       Deletions were made pursuant to the exemptions indicated below with no segregable
             material available for release to you.

| **Section 552** | | **Section 552a** |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☐(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C)- 2,3 | ☐(k)(1) |
| _____ | ☒(b)(7)(D)- 1 | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6)- 2,3 | | ☐(k)(7) |

## DESCRIPTION OF DOCUMENTS:

## Typed Interview Notes of a Confidential Witness
(Dent 144)

Date of Document: Date is protected to protect the Confidential Witness

This document contains the second page of interview notes of one of the confidential
witnesses involved in the prosecution of the "Cream Team."

高



166E-NY-277711-305

-22

SEARCHED_____INDEXED_____
SERIALIZED_____FILED_____

MAR 07 2003

FBI — NEW YORK

b6 -3
b7C -3
b7D -2

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

### FEDERAL BUREAU OF INVESTIGATION
### FOIA/PA DELETED PAGE INFORMATION SHEET

__2__ Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

☒ Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

|  Section 552 |  |  Section 552a |
| --- | --- | --- |
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☐(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C)- 1,2,3,4,5 | ☐(k)(1) |
| _____ | ☒(b)(7)(D)- 2 | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6)- 1,2,3,4,5 |  | ☐(k)(7) |

## DESCRIPTION OF DOCUMENTS:

## Typed Interview Notes of a Confidential Witness
(Dent 146-147)

Date of Document: Date is protected to protect the Confidential Witness

This document contains the interview notes of one of the confidential witnesses involved in the prosecution of the "Cream Team."

166E-NY-279771-302

DENT-148

MAR 0 7 2003

23

b6 -2,3
b7C -2,3
b7D -1

DENT-149

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

b6 -2,3,5
b7C -2,3,5
b7D -1

Date of transcription

began arguing with JNU over an issue
and JNU started to fight.

Investigation on

File # 166E-NY-277771

Date dictated none

SA

by   SA

b6 -1
b7C -1

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

DENT-150

FD-302a (Rev. 10-6-95)

b6 -2,3,5
b7C -2,3,5
b7D -1

166E-NY-277771

Continuation of FD-302 of _____, On _____, Page ___2___

heard that it was

JNU and

recalled that the word
"CREAM TEAM" was written on the walls of Building 8.

UPLOADED
WITH TEXT ___
WITHOUT TEXT ___
BY ___
DATE ___

OPCA-20 (12-3-96)                                                    XXXXXX
                                                                    XXXXXX
                                                                    XXXXXX

**FEDERAL BUREAU OF INVESTIGATION**
**FOIA/PA DELETED PAGE INFORMATION SHEET**

__1__          Page(s) withheld entirely at this location in the file.  One or more of the following
               statements, where indicated, explain this deletion.

       ☒       Deletions were made pursuant to the exemptions indicated below with no segregable
               material available for release to you.

|  **Section 552**       |  |  **Section 552a**  |
| --- | --- | --- |
| ☐(b)(1)                | ☐(b)(7)(A)          | ☐(d)(5)  |
| ☐(b)(2)                | ☐(b)(7)(B)          | ☐(j)(2)  |
| ☐(b)(3)_____   | ☒(b)(7)(C)- 2,3,5   | ☐(k)(1)  |
| _____  | ☒(b)(7)(D)- 1       | ☐(k)(2)  |
| _____  | ☐(b)(7)(E)          | ☐(k)(3)  |
| _____  | ☐(b)(7)(F)          | ☐(k)(4)  |
| ☐(b)(4)                | ☐(b)(8)             | ☐(k)(5)  |
| ☐(b)(5)                | ☐(b)(9)             | ☐(k)(6)  |
| ☒(b)(6)- 2,3,5         |                     | ☐(k)(7)  |

## DESCRIPTION OF DOCUMENTS:

## <u>Typed Interview Notes of a Confidential Witness</u>
(Dent 151)

Date of Document: Date is protected to protect the Confidential Witness

This document contains the third page of interview notes of one of the confidential
witnesses involved in the prosecution of the "Cream Team."

DENT-152

166E-NY-277771-324

MAR 07 2003

FBI — NEW YORK

b6 -2,3
b7C -2,3
b7D -1

DENT-153

FD-302 [Rev. 10-6-95]

- 1 -

b6 -1,2,3,4
, b7C -1,2,3,4
b7D -1

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription

saw JNU,
sell crack cocaine.
and they sold "all day, every day." People would drive
up in cars and also walk over to these individuals to buy crack.

saw JNU.   JNU became angry

Investigation on _____ at _____

File # 166E-NY-277771                          Date dictated  none

SA _____ mpl/#v
by  SA _____                              ン⁻        b6 -1,6
                                                            b7C -1,6

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

DENT-154

FD-302a (Rev. 10-6-95)

b6 -2,3
b7C -2,3
b7D -1

166E-NY-277771

Continuation of FD-302 of _____ , On _____ , Page ___2___

and an argument ensued.

JNU started yelling at him

believed that JNU had hit

UPLOADED

WITH TEXT _____
WITHOUT TEXT _____
BY _____
DATE _____

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

### FEDERAL BUREAU OF INVESTIGATION
### FOIA/PA DELETED PAGE INFORMATION SHEET

___1___      Page(s) withheld entirely at this location in the file.  One or more of the following statements, where indicated, explain this deletion.

    ☒    Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☐(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C)- 2,3 | ☐(k)(1) |
| _____ | ☒(b)(7)(D)- 1 | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6)- 2,3 | | ☐(k)(7) |

## DESCRIPTION OF DOCUMENTS:

### Typed Interview Notes of a Confidential Witness
(Dent 155)

Date of Document: Date is protected to protect the Confidential Witness

This document contains the third page of interview notes of one of the confidential witnesses involved in the prosecution of the "Cream Team."

166E - NY - 277771 - 302

SEARCHED
SERIALIZED
MAR 1 8 2003
FBI — NEW YORK

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

### FEDERAL BUREAU OF INVESTIGATION
### FOIA/PA DELETED PAGE INFORMATION SHEET

___1___    Page(s) withheld entirely at this location in the file. One or more of the following
statements, where indicated, explain this deletion.

☒    Deletions were made pursuant to the exemptions indicated below with no segregable
material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☐(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C)- 1,2,3,5 | ☐(k)(1) |
| _____ | ☒(b)(7)(D)- 1 | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6)- 1,2,3,5 | | ☐(k)(7) |

## DESCRIPTION OF DOCUMENTS:

## Typed Interview Notes of a Confidential Witness
(Dent 157)

Date of Document: Date is protected to protect the Confidential Witness

This document contains the third page of interview notes of one of the confidential
witnesses involved in the prosecution of the "Cream Team."

166E - NY - 272777

SEARCHED
SERIALIZED
INDEXED
FILED
APR 0 2 2003
FBI — NEW YORK

DENT-159

FD-302 (Rev. 10-6-95)

- 1 -

b6 -2,3,5
b7C -2,3,5
b7D -2

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription

(protect identity)

heard that JNU killed that white boy on the roof of Building 1.

UPLOADED

WITH TEXT

WITHOUT TEXT

Investigation on _____ at _____

File # 166E-NY-277771

Date dictated  none

SA _____

by SA _____

b6 -1
b7C -1

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

-31

SEARCHED _____    INDEXED _____
SERIALIZED _____    FILED _____

MAR 2 9 2003

-FBI — NEW YORK-

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

**FEDERAL BUREAU OF INVESTIGATION**
**FOIA/PA DELETED PAGE INFORMATION SHEET**

1       Page(s) withheld entirely at this location in the file.  One or more of the following
         statements, where indicated, explain this deletion.

☒       Deletions were made pursuant to the exemptions indicated below with no segregable
         material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☐(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C)- 1,2,3,4,5 | ☐(k)(1) |
| | ☒(b)(7)(D)- 1 | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6)- 1,2,3,4,5 | | ☐(k)(7) |

## DESCRIPTION OF DOCUMENTS:

## Typed Interview Notes of a Confidential Witness
(Dent 161)

Date of Document: Date is protected to protect the Confidential Witness

This document contains the first page of interview notes of one of the confidential
witnesses involved in the prosecution of the "Cream Team."

DENT-162

(Rev. 10-6-95)

b6 -2,3
b7C -2,3
b7D -1

166E-NY-277771

Continuation of FD-302 of _____ , On _____ Page ___2

After hearing this, JNU got up,

JNU came over and informed

and met up with JNU

JNU had told

JNU said
that _____                          The plan was for

could see that JNU and
were acting in an excited manner and were
making a lot of noise.

UPLOADED
ITH TEXT
ITH/OUT TEXT

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

## FEDERAL BUREAU OF INVESTIGATION
## FOIA/PA DELETED PAGE INFORMATION SHEET

___1___     Page(s) withheld entirely at this location in the file.  One or more of the following statements, where indicated, explain this deletion.

    ☒     Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☐(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C)- 2,3 | ☐(k)(1) |
| _____ | ☒(b)(7)(D)- 1 | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6)- 2,3 | | ☐(k)(7) |

## DESCRIPTION OF DOCUMENTS:

## Typed Interview Notes of a Confidential Witness
(Dent 163)

Date of Document: Date is protected to protect the Confidential Witness

This document contains the third page of interview notes of one of the confidential witnesses involved in the prosecution of the "Cream Team."

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

**FEDERAL BUREAU OF INVESTIGATION**
**FOIA/PA DELETED PAGE INFORMATION SHEET**

__1___     Page(s) withheld entirely at this location in the file.  One or more of the following
statements, where indicated, explain this deletion.

☒     Deletions were made pursuant to the exemptions indicated below with no segregable
material available for release to you.

| **Section 552** | | **Section 552a** |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☐(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C)- 1,2,3,4,5 | ☐(k)(1) |
| _____ | ☒(b)(7)(D)- 1 | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6)- 1,2,3,4,5 | | ☐(k)(7) |

## DESCRIPTION OF DOCUMENTS:

## <u>Typed Interview Notes of a Confidential Witness</u>
(Dent 164)

Date of Document: Date is protected to protect the Confidential Witness

This document contains the first page of interview notes of one of the confidential
witnesses involved in the prosecution of the "Cream Team."

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

**FEDERAL BUREAU OF INVESTIGATION**
**FOIA/PA DELETED PAGE INFORMATION SHEET**

__1__   Page(s) withheld entirely at this location in the file.  One or more of the following
statements, where indicated, explain this deletion.

☒   Deletions were made pursuant to the exemptions indicated below with no segregable
material available for release to you.

|  Section 552 | Section 552 | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☐(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C)- 2,3 | ☐(k)(1) |
| _____ | ☒(b)(7)(D)- 2 | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6)- 2,3 | | ☐(k)(7) |

## DESCRIPTION OF DOCUMENTS:

**<u>Typed Interview Notes of a Confidential Witness</u>**
(Dent 165)

Date of Document: Date is protected to protect the Confidential Witness


This document contains the second page of interview notes of one of the confidential
witnesses involved in the prosecution of the "Cream Team."

DENT-166

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

b6 -2,3
b7C -2,3
b7D -2

Date of transcription

(protect identity)

saw JNU

JNU yelled

JNU                                    arrived

saw JNU,

coming out

Investigation on _____ at _____

File # 166E-NY-277771 _____     Date dictated   none

SA _____                          b6 -1,6
by   SA _____                      b7C -1,6

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

**FEDERAL BUREAU OF INVESTIGATION**
**FOIA/PA DELETED PAGE INFORMATION SHEET**

___1___   Page(s) withheld entirely at this location in the file.  One or more of the following
statements, where indicated, explain this deletion.

☑   Deletions were made pursuant to the exemptions indicated below with no segregable
material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☐(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C)- 2,3 | ☐(k)(1) |
| _____ | ☒(b)(7)(D)- 1 | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6)- 2,3 | | ☐(k)(7) |

## DESCRIPTION OF DOCUMENTS:

## <u>Typed Interview Notes of a Confidential Witness</u>
(Dent 167)

Date of Document: Date is protected to protect the Confidential Witness

This document contains the second page of interview notes of one of the confidential
witnesses involved in the prosecution of the "Cream Team."

DENT-168

FD-302 (Rev. 10-6-95)

- 1 -

b6 -2,3,4
b7C -2,3,4
b7D -1

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription

JNU, who were

hanging out in

Investigation on _____ at _____

File # 166E-NY-277771

Date dictated   none

SA _____

b6 -1,6
b7C -1,6

by   SA _____

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

**FEDERAL BUREAU OF INVESTIGATION**
**FOIA/PA DELETED PAGE INFORMATION SHEET**

___1___     Page(s) withheld entirely at this location in the file.  One or more of the following
             statements, where indicated, explain this deletion.

   ☒        Deletions were made pursuant to the exemptions indicated below with no segregable
             material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☐(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C)- 2,3,5 | ☐(k)(1) |
| | ☒(b)(7)(D)- 2 | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6)- 2,3.5 | | ☐(k)(7) |

## DESCRIPTION OF DOCUMENTS:

## <u>Typed Interview Notes of a Confidential Witness</u>
(Dent 169)

Date of Document: Date is protected to protect the Confidential Witness

This document contains the second page of interview notes of one of the confidential
witnesses involved in the prosecution of the "Cream Team."

DENT-170

FD-302 (Rev. 10-6-95)

- 1 -

FEDERAL BUREAU OF INVESTIGATION

b6 -2,3,4
b7C -2,3,4
b7D -2

Date of transcription

(protect identity)

the CREAM TEAM including JNU,
sell drugs

when JNU approached
Then, JNU said,

followed by JNU

told
JNU                                              JNU replied

saw JNU

Investigation on _____ at _____

File # 166E-NY-277771 _____         Date dictated  none

SA _____ mpl/mp2
by  SA _____

b6 -1
b7C -1

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

### FEDERAL BUREAU OF INVESTIGATION
### FOIA/PA DELETED PAGE INFORMATION SHEET

__3__     Page(s) withheld entirely at this location in the file.  One or more of the following
statements, where indicated, explain this deletion.

☒     Deletions were made pursuant to the exemptions indicated below with no segregable
material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☐(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C)- 1,2,3,4 | ☐(k)(1) |
| _____ | ☒(b)(7)(D)- 2 | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6)- 1,2,3,4 | | ☐(k)(7) |

## DESCRIPTION OF DOCUMENTS:

## Typed Interview Notes of a Confidential Witness
(Dent 171-173)

Date of Document: Date is protected to protect the Confidential Witness


This document contains interview notes of one of the confidential witnesses involved in
the prosecution of the "Cream Team."

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

### FEDERAL BUREAU OF INVESTIGATION
### FOIA/PA DELETED PAGE INFORMATION SHEET

____1____      Page(s) withheld entirely at this location in the file.  One or more of the following
statements, where indicated, explain this deletion.

     🗵     Deletions were made pursuant to the exemptions indicated below with no segregable
material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☐(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | 🗵(b)(7)(C)- 2,3 | ☐(k)(1) |
| _____ | 🗵(b)(7)(D)- 2 | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| 🗵(b)(6)- 2,3 | | ☐(k)(7) |

## DESCRIPTION OF DOCUMENTS:

## Typed Interview Notes of a Confidential Witness
(Dent 174)

Date of Document: Date is protected to protect the Confidential Witness

This document contains the second page of interview notes of one of the confidential
witnesses involved in the prosecution of the "Cream Team."

DENT-175

FD-302 (Rev. 10-6-95)

- 1 -

b6 -2,3,4
b7C -2,3,4
b7D -2

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription

Protect)

believed that one of these individuals was

JNU.

Investigation on                    at

File # 166E-NY-277771 -3R   - 3N                    Date dictated  none

SA                    :mpl MPL                    b6 -1
by  SA                                            b7C -1

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

### FEDERAL BUREAU OF INVESTIGATION
### FOIA/PA DELETED PAGE INFORMATION SHEET

<u>1</u>       Page(s) withheld entirely at this location in the file.  One or more of the following
statements, where indicated, explain this deletion.

    ☒       Deletions were made pursuant to the exemptions indicated below with no segregable
material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☐(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C)- 1,2,3,4,5 | ☐(k)(1) |
| _____ | ☒(b)(7)(D)- 1 | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6)- 1,2,3,4,5 | | ☐(k)(7) |

## DESCRIPTION OF DOCUMENTS:

## <u>Typed Interview Notes of a Confidential Witness</u>
(Dent 176)

Date of Document: Date is protected to protect the Confidential Witness

This document contains the interview notes of one of the confidential witnesses
involved in the prosecution of the "Cream Team."

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

## FEDERAL BUREAU OF INVESTIGATION
## FOIA/PA DELETED PAGE INFORMATION SHEET

__2__     Page(s) withheld entirely at this location in the file.  One or more of the following statements, where indicated, explain this deletion.

☒     Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

| Section 552 | Section 552 | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☐(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C)- 1,2,3,4,5 | ☐(k)(1) |
| _____ | ☒(b)(7)(D)- 1 | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6)- 1,2,3,4,5 | | ☐(k)(7) |

## DESCRIPTION OF DOCUMENTS:

## Typed Interview Notes of a Confidential Witness
(Dent 177-178)

Date of Document: Date is protected to protect the Confidential Witness


This document contains the interview notes of one of the confidential witnesses involved in the prosecution of the "Cream Team."

a (Rev. 10-6-95)

**DENT-179**

b6 -2,3
b7C -2,3
b7D -1

166E-NY-277771

Continuation of FD-302 of [          ], On [          ] Page ___ 3

During this time, JNU and [          ] living in Building 21
and JNU got involved with [          ]

JNU used to be over in Marcus Garvey when [          ]

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

## FEDERAL BUREAU OF INVESTIGATION
## FOIA/PA DELETED PAGE INFORMATION SHEET

__1__    Page(s) withheld entirely at this location in the file.  One or more of the following
statements, where indicated, explain this deletion.

☒    Deletions were made pursuant to the exemptions indicated below with no segregable
material available for release to you.

| Section 552 | Section 552 | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☐(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C)- 1,2,3,4 | ☐(k)(1) |
| _____ | ☒(b)(7)(D)- 1 | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6)- 1,2,3,4 | | ☐(k)(7) |

## DESCRIPTION OF DOCUMENTS:

## <u>Typed Interview Notes of a Confidential Witness</u>
(Dent 180)

Date of Document: Date is protected to protect the Confidential Witness


This document contains the interview notes of one of the confidential witnesses
involved in the prosecution of the "Cream Team."

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

## FEDERAL BUREAU OF INVESTIGATION
## FOIA/PA DELETED PAGE INFORMATION SHEET

___2___    Page(s) withheld entirely at this location in the file.  One or more of the following statements, where indicated, explain this deletion.

☒    Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☐(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C)- 2,3,5 | ☐(k)(1) |
| _____ | ☒(b)(7)(D)- 1 | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6)- 2,3,5 | | ☐(k)(7) |

## DESCRIPTION OF DOCUMENTS:

## Typed Interview Notes of a Confidential Witness
(Dent 181-182)

Date of Document: Date is protected to protect the Confidential Witness

This document contains the second and third page of interview notes of one of the confidential witnesses involved in the prosecution of the "Cream Team."

DENT-183

(Rev. 10-6-95)

b6 -2,3
b7C -2,3
b7D -1

166E-NY-277771

Continuation of FD-302 of _____, On _____, Page ___4___

_____ They

did anything that J-NU told them to do.

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

## FEDERAL BUREAU OF INVESTIGATION
## FOIA/PA DELETED PAGE INFORMATION SHEET

__1__     Page(s) withheld entirely at this location in the file.  One or more of the following
          statements, where indicated, explain this deletion.

☒     Deletions were made pursuant to the exemptions indicated below with no segregable
      material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☐(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C)- 1,2,3,4,6 | ☐(k)(1) |
| _____ | ☒(b)(7)(D)- 1 | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6)- 1,2,3,4,6 | | ☐(k)(7) |

## DESCRIPTION OF DOCUMENTS:

## Typed Interview Notes of a Confidential Witness
(Dent 184)

Date of Document: Date is protected to protect the Confidential Witness

This document contains the interview notes of one of the confidential witnesses
involved in the prosecution of the "Cream Team."

FD-302a (Rev. 10-6-95)

b6 -2,3
b7C -2,3
b7D -2

166E-NY-277771                    DENT-185

Continuation of FD-302 of [                    ] On [            ] , Page   2

JNU had a tight hold on such CREAM TEAM members as

UPLOADED
WITH TEXT
WITH/OUT TEXT
BY
DATE

(Rev. 10-6-95)

DENT-186

166E-NY-277771

b6 -2,3,5
b7C -2,3,5
b7D -2,4

Continuation of FD-302 of _____ , On _____ , Page 3

heard that JNU| and others were there.

JNU ordered

DENT-187

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

b6 -2,3,4
b7C -2,3,4
b7D -2

Date of transcription

(Protect Identity)

JNU was selling crack cocaine

Investigation on _____ at _____

File # 166E-NY-277771 -3R -42                    Date dictated  none

SA _____ mpl/mp2.

by  SA _____

b6 -1,6
b7C -1,6

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

**DENT-188**

b6 -2,3,5
b7C -2,3,5
b7D -1

166E-NY-277771

Continuation of FD-302 of [                    ] , On [            ] , Page   2

[                                                    ] knew
JNU [                    ] to hang out together,
identify additional individuals who associated with JNU,
[                    ] did not know JNU or his associates to deal drugs
or carry firearms. [                    ] animosity grew
between [                    ] and JNU and his crew.

[            ] and would avoid [                    ] because
JNU and his guys would hang out there

there was too much tension between JNU and

UPLOADED
WITH TEXT
WITH/OUT TEXT
BY
DATE

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

## FEDERAL BUREAU OF INVESTIGATION
## FOIA/PA DELETED PAGE INFORMATION SHEET

__1__        Page(s) withheld entirely at this location in the file.  One or more of the following
             statements, where indicated, explain this deletion.

☒            Deletions were made pursuant to the exemptions indicated below with no segregable
             material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☐(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C)- 2,3,5 | ☐(k)(1) |
| _____ | ☒(b)(7)(D)- 1 | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6)- 2,3,5 | | ☐(k)(7) |

## DESCRIPTION OF DOCUMENTS:

## Typed Interview Notes of a Confidential Witness
(Dent 189)

Date of Document: Date is protected to protect the Confidential Witness

This document contains the third page of interview notes of one of the confidential
witnesses involved in the prosecution of the "Cream Team."

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

### FEDERAL BUREAU OF INVESTIGATION
### FOIA/PA DELETED PAGE INFORMATION SHEET

__1__      Page(s) withheld entirely at this location in the file.  One or more of the following
statements, where indicated, explain this deletion.

☒      Deletions were made pursuant to the exemptions indicated below with no segregable
material available for release to you.

| Section 552 | Section 552a | |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☐(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C)- 1,2,3,5 | ☐(k)(1) |
| _____ | ☒(b)(7)(D)- 1 | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6)- 1,2,3,5 | | ☐(k)(7) |

## DESCRIPTION OF DOCUMENTS:

## Typed Interview Notes of a Confidential Witness
(Dent 190)

Date of Document: Date is protected to protect the Confidential Witness

This document contains the first page of interview notes of one of the confidential
witnesses involved in the prosecution of the "Cream Team."

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

### FEDERAL BUREAU OF INVESTIGATION
### FOIA/PA DELETED PAGE INFORMATION SHEET

__1__  Page(s) withheld entirely at this location in the file.  One or more of the following statements, where indicated, explain this deletion.

☒  Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☐(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C)- 2,3 | ☐(k)(1) |
| _____ | ☒(b)(7)(D)- 1 | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6)- 2,3 | | ☐(k)(7) |

## DESCRIPTION OF DOCUMENTS:

## Typed Interview Notes of a Confidential Witness
(Dent 191)

Date of Document: Date is protected to protect the Confidential Witness


This document contains the second page of interview notes of one of the confidential witnesses involved in the prosecution of the "Cream Team."

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

## FEDERAL BUREAU OF INVESTIGATION
## FOIA/PA DELETED PAGE INFORMATION SHEET

__4__       Page(s) withheld entirely at this location in the file.  One or more of the following statements, where indicated, explain this deletion.

☒      Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☐(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C)- 1,2,3,4,5 | ☐(k)(1) |
| _____ | ☒(b)(7)(D)- 1 | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6)- 1,2,3,4,5 | | ☐(k)(7) |

## DESCRIPTION OF DOCUMENTS:

## <u>Typed Interview Notes of a Confidential Witness</u>
(Dent 192-195)

Date of Document: Date is protected to protect the Confidential Witness


This document contains the interview notes of one of the confidential witnesses involved in the prosecution of the "Cream Team."

DENT-196

FD-340 (Rev. 8-7-97)

1A1

Universal Case File Number _____ 2665- NY- 277771_____

Field Office Acquiring Evidence _____ NEW YORK_____

Serial # of Originating Document _____

Date Received _____ 12/3/00_____

From _____
_____
(Name of Contributor)

_____
(Address of Contributor)

_____
(City and State)

_____
(Name of Special Agent)

To Be Returned ☐ Yes ☑ No

Receipt Given ☐ Yes ☑ No

Grand Jury Material - Disseminate Only Pursuant to Rule 6 (e)
Federal Rules of Criminal Procedure

☐ Yes ☑ No

b6 -1,2,3
b7C -1,2,3

Title: CReam TEam;
ITAR- vcuno;
OU:m

Reference: _____
(Communication Enclosing Material)

Description: ☑ Original notes re interview of
_____

DEN-197

b7C -2,3
b7D -1

12/3/00

11/9

DISCUSSION wito TITOY GUMO NAUME w/,

With TITOY HOS HOS PROBLEMS w/:



WAS TOGOOJAN W/ SOME GMUP-

CRissm TOAM /

b7C -2,3
b7D -1

CRoom Turn

Northern ELSE

CRoom

Wo CRoams

J. Now

DENT 159

b7C -2,3
b7D -1

J. row

J. row

J - row

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

**FEDERAL BUREAU OF INVESTIGATION**
**FOIA/PA DELETED PAGE INFORMATION SHEET**

___1___     Page(s) withheld entirely at this location in the file.  One or more of the following
statements, where indicated, explain this deletion.

☒     Deletions were made pursuant to the exemptions indicated below with no segregable
material available for release to you.

|  | **Section 552** |  | **Section 552a** |
|---|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☐(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C)- 2,3 | ☐(k)(1) |
| _____ | ☒(b)(7)(D)- 1 | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6)- 2,3 |  | ☐(k)(7) |

# DESCRIPTION OF DOCUMENTS:

## Typed Interview Notes of a Confidential Witness
(Dent 200)

Date of Document: December 3, 2000

This document contains the forth page of hand written interview notes of one of the
confidential witnesses involved in the prosecution of the "Cream Team."

b6 -2,3
b7C -2,3
b7D -1

b6 -2,3
b7C -2,3
b7D -1

J-row

T - row

b6 -2,3
b7C -2,3
b7D -1



b6 -2,3
b7C -2,3
b7D -1

J · ~~~

J · ~~~

b6 -2,3
b7C -2,3
b7D -1

DENT-205



OPCA-20 (12-3-96)                                                                          XXXXXX
                                                                                          XXXXXX
                                                                                          XXXXXX

## FEDERAL BUREAU OF INVESTIGATION
## FOIA/PA DELETED PAGE INFORMATION SHEET

___10___     Page(s) withheld entirely at this location in the file. One or more of the following
             statements, where indicated, explain this deletion.

   ☒         Deletions were made pursuant to the exemptions indicated below with no segregable
             material available for release to you.

|            Section 552 |                | Section 552a |
|------------------------|----------------|--------------|
| □(b)(1)                | □(b)(7)(A)     | □(d)(5)      |
| □(b)(2)                | □(b)(7)(B)     | □(j)(2)      |
| □(b)(3)_____ | □(b)(7)(C)     | □(k)(1)      |
| _____  | □(b)(7)(D)     | □(k)(2)      |
| _____  | □(b)(7)(E)     | □(k)(3)      |
| _____  | □(b)(7)(F)     | □(k)(4)      |
| □(b)(4)                | □(b)(8)        | □(k)(5)      |
| ☒(b)(5)-1              | □(b)(9)        | □(k)(6)      |
| □(b)(6)                |                | □(k)(7)      |

## DESCRIPTION OF DOCUMENTS:

## Unsigned Complaint from the United States District Court Eastern District of New York
(Dent 206-215)

Date of Document: September 5, 2001

This document is a unsigned Federal Complaint on a third party individual which Jason Dent is mentioned in.



MAR 19 2002

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

## FEDERAL BUREAU OF INVESTIGATION
## FOIA/PA DELETED PAGE INFORMATION SHEET

__5__   Page(s) withheld entirely at this location in the file.  One or more of the following statements, where indicated, explain this deletion.

☐      Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☐(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☐(b)(7)(C) | ☐(k)(1) |
| _____ | ☐(b)(7)(D) | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☒(b)(5)-1 | ☐(b)(9) | ☐(k)(6) |
| ☐(b)(6) | | ☐(k)(7) |

# DESCRIPTION OF DOCUMENTS:

## Unsigned Superseding Indictment from the United States District Court Eastern District of New York
(Dent 217-221)

Date of Document: This document is not dated.


This document is a unsigned Superseding Indictment of Jason Dent and other third party individuals.

DENT-222

(Rev. 08-28-2000)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:**  ROUTINE                                  **Date:**  06/24/2002

**To:**  New York

**From:**  New York
                     C-30
                     **Contact:**  SA _____

**Approved By:**  _____                          b6 -1
                                                                           b7C -1
**Drafted By:**  _____ rm

**Case ID #:**  166E-NY-277771   (Pending)

**Title:**  CREAM TEAM
              ITAR GANGS
              OO:NY

**Synopsis:**  Submission of late FD-515

**Details:**  The attached FD-515 is submitted late due to
administrative error on the part of the case agent.

UPLOADED
WITH TEXT
WITHOUT TEXT
BY
DATE  6/27/02

166E-NY-277771
SEARCHED        INDEXED
SERIALIZED      FILED
JUN 2 4 2002
FBI — NEW YORK

b6 -1
b7C -1

DENT-223

(Rev. 08-28-2000)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:**  ROUTINE                                    **Date:**  07/12/2002

**To:**  New York                        **Attn:**  C-30 Rotor

**From:**  New York
          C-30
          **Contact:**  SSA _____

**Approved By:** _____                        b6 -1
                                                             b7C -1
**Drafted By:** _____ acj

**Case ID #:**  166E-NY-277771  (Pending)

**Title:**  CREAM TEAM
            ITAR-VC/SG

**Synopsis:**  Designate a co-case agent.

**Details:**  SA _____ is assigned as co-case agent for
captioned investigation.

                                                             b6 -1
                                                             b7C -1

◆◆

UPLOADED
WITH TEXT
WITHOUT TEXT
BY ____
DATE 7/15/02

166E-NY-277771

SEARCHED _____ INDEXED _____
SERIALIZED _____ FILED _____

JUL 1 2 2002

FBI — NEW YORK

                                                             b6 -1
                                                             b7C -1

DENT-224

166E-NY-277771
MPL:mpl

b6 -1,4
b7C -1,4

On 11/13/02, SA [           ] and SA [                    ]
met with AUSA [                         ] re witness/trial
preparation for above captioned matter. Next, SA [        ] and SA
[        ] traveled to the following possible witness locations:

1) [                    ] date of birth [                    ]

   b6 -3,5
   b7C -3,5

answered the door, did not know [        ] location, but would
forward a business card provided by the interviewing agents to
[        ] An NCIC check revealed that [                    ]

2) [                    ] was willing to provide information regarding the Cream
Team and related issues to the FBI.

   b6 -2,3,5
   b7C -2,3,5
   b7D -1

3) [                    ] According to [        ]
[        ] belongs to [                    ] possible true name

4) [                    ] was willing to talk with the
FBI.

On 11/15/02, SA [       ] and SA [       ] traveled to the
residence of [                    ]
[                    ] is [                    ] and was willing to provide
information regarding the Cream Team and related issues to the
FBI.

   b6 -1,2,3
   b7C -1,2,3
   b7D -1

UPLOADED
WITH/TY
WITH/IO
BY
DATE 11/21/02

/28

166E-NY-277771



SEARCHED
SERIALIZED
INDEXED
FILED

NOV 2 0 2002
FBI — NEW YORK

166E-NY-277771
MPL:mpl

b6 -1,4
b7C -1,4

On 12/16/02, SA [_____] and SA [_____]
met with AUSA [_____] (EDNY) re witness/trial
preparation for above captioned matter. Next, SA [_____] and SA
[_____] traveled to the following possible witness locations:

b6 -3
b7C -3
b7D -1

1) [_____] black female, [_____] New
York, cellular telephone number [_____] alternate cellular
[_____] was willing to speak with the FBI and EDNY
about the Cream Team.

2) [_____] (LNU), [_____] New York. No
answer at this address.

3) [_____] cellular telephone number [_____] SA
[_____] and SA [_____] spoke with [_____] at [____]
[_____] New York who thought that [_____] was
staying at [_____] address [_____]

b6 -1,3,5
b7C -1,3,5
b7D -1

4) [_____]
[_____] New York, home telephone number [_____]
[_____] was willing to
speak with the FBI and EDNY about the Cream Team.

b6 -3
b7C -3
b7D -1

UPLOADED
WITH TEXT ✓
WITH/O ✗
BY SR
DATE 12/17/02

/29

166E-NY-277771



SEARCHED _____ INDEXED _____
SERIALIZED _____ FILED _____
DEC 1 6 2002
FBI — NEW YORK

Ⓧ
MPL

(Rev. 08-28-2000)

DENT-226

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                                **Date:** 11/07/2003

**To:** New York                    **Attn:** SSA [          ]

**From:** New York
      C-30
      **Contact:** SA [              ]    Ext. [    ]

                                                b6 -1
**Approved By:** [          ]                            b7C -1

**Drafted By:** [              ]:mpl

**Case ID #:** 166E-NY-277771

**Title:** CREAM TEAM;
      ITAR - SG/VC

**Synopsis:** Request Holiday Pay for assigned shift on 11/11/2003.

**Details:** SA [        ] requests Holiday Pay for 11/11/2003 for himself and SA [          ] as trial for the above-captioned investigative matter is being held at U.S. Federal Court, EDNY.

                                                  b6 -1
                                                  b7C -1





# DISRUPTION OR DISMANTLEMENT OF AN ORGANIZATION
## Supplemental Page to the Accomplishment Report (FD-515)

*This supplemental page is ONLY required with the FD-515 when a field office is claiming either a disruption or dismantlement of an organization.*

A. Definitions:

An *organization* **is a group of individuals** with an identified hierarchy engaged in significant criminal activity. These organizations often engage in multiple criminal enterprises and have extensive supporting networks.

A *disruption* occurs when the usual operation of an identified organization is significantly impacted so that it is temporarily unable to conduct criminal operations **for a significant period of time.** This disruption must be the result of an affirmative law enforcement action, including, but not limited to, an arrest, indictment, or conviction of the organization's leadership, or a substantial seizure of the organization's assets.

A *dismantlement* occurs when an identified organization is incapacitated to the point that it is no longer capable of operating as a coordinated criminal enterprise. The dismantlement must be the result of an affirmative law enforcement action, including, but not limited to, the arrest, indictment and conviction of all or most of its principal leadership, the elimination of its criminal enterprises and supporting networks, and the seizure of its assets. **The organization must be impacted to the extent that it is incapable of re-forming with its original ability to conduct criminal activity.**

B. Reporting limitations:

More than one organization may be investigated under the same file number; however, each organization must be individually identified. **An organization can only be dismantled once.** A dismantled organization cannot subsequently be disrupted. An organization cannot be disrupted more than once on the same day. An affirmative law enforcement action resulting in multiple arrests, seizures, indictments, or convictions of an organization's members should be reported as one disruption or one dismantlement of that organization, depending on the impact on the organization.

C. Identity of organization: _The Cream Team_

    ☐ Disrupted    ☑ Dismantled

The organization must be identified by a specific name, which may be the proper name of the organization's leader or the organization's identifying title. The organization's name must not describe a specific geographic region. After the organization has been named, the same name must be used each time a disruption or dismantlement is claimed.

        b6 -1,2,3
D. Identify the scope of the organization disrupted or dismantled:    b7C -1,2,3
        b7D -1

    ☐ International (I)    ☐ National (N)    ☐ Regional (R)    ☑ Local (L)

E. Describe the event(s) and how they disrupted or dismantled the targeted organization. For a claim of disruption or dismantlement, an affirmative law enforcement action must impact the organization, not just an individual. Simply listing individuals arrested, indicted or convicted, property seized, assets forfeited, etc., is not sufficient. **A concise narrative describing the relevant affirmative law enforcement action AND the resulting impact on the organization must accompany each disruption and each dismantlement.**

NYO SAs [ ] worked with NYPD Detectives and officers to dismantle The Cream Team. Known as a violent crew whose members committed numerous robberies, assaults, tortures, shootings, the Cream Team was a narcotics enterprise which guarded its territory by beating and shooting at their drug-dealing competition. In the end, members of the Cream Team murdered a member of a rival crew. On side 3/08/03, 3 Cream Team members were convicted of narcotics conspiracy, murder, conspiracy to commit murder and various weapons violations. With [ ] this organization was effectively dismantled.

```
Scrolling performed
 12/10/2003                Dismantlement Information            FAAMAA44
 08:42:11                  SENSITIVE / UNCLASSIFIED          Page 3. of 5
 Field Office . . : NY          Case ID. . . : 166E-NY-277771     (SN)
 RA/Squad Code. . : D2    / C30  Rpt Date . . : 12/10/2003
 SOC Stat Agnt. . :[          ]  Stat Agnt. . :
 Subject. . . . . :[          ]
**********************************************************************
                                                      b6 -1,2
                                                      b7C -1,2


  Date Dismantled (MM/DD/YYYY). . . >> 12 / 08 / 2003

  Organization Dismantled . . . . . >> CREAM TEAM...........

  Scope:-
        International, National, Regional, Local (I, N, R, L). . >> L



                                                 Classified By:
                          SENSITIVE / UNCLASSIFIED    Declassify On:
 F1=Help,F3=Exit,F4=Prompt,F10=PreviousPg,F11=NextPg,F12=Cancel
```

Scrolling performed
12/10/2003                    Dismantlement Information              FAAMAA21
08:42:25                        SENSITIVE / UNCLASSIFIED              Page 4. of 5
Field Office . . : NY          Case ID. . . : 166E-NY-277771         (SN)
RA/Squad Code. . : D2  / C30   Rpt Date . . : 12/10/2003
SOC Stat Agnt. . : [_____] Stat Agnt. . :                 b6 -1,2
Subject. . . . . :                                                   b7C -1,2
**********************************************************************************

Accomplishment Narrative:          Clear Screen (X) . . > .

    RECEIVED/ENTERED BY SEC'Y 12/10/03-SA's [_____]WORKED W/NYPD TO...
    DISMANTLE THE CREAM TEAM. KNOWN AS A VIOLENT CREW WHOSE MEMBERS COMMITTED NU
    MEROUS ROBBERIES, ASSAULTS, TORTURES, SHOOTINGS, THE CREAM TEAM WAS A NARCOT
    ICS ENTERPRISE WHICH GUARDED ITS TERRITORY BY BEATING/SHOOTING AT THEIR DRUG
    DEALING COMPETITION.IN THE END, MEMBERS OF THE CREAM TEAM MURDERED A MEMBER
    OF A RIVAL CREW. ON 12/8/03 3 CREAM TEAM MEMBERS WERE CONVICTED OF NARCOTICS
    CONSPIRACY,MURDER,CONSPIRACY TO COMMIT MURDER AND VARIOUS WEAPONS VIOLATIONS
    [_____]EFFECTIVE DISMANTLEMENT...

                                                    Classified By:
                     SENSITIVE / UNCLASSIFIED       Declassify On:
F1=Help, F3=Exit, F10=PreviousPg, F11=NextPg, F12=Cancel

                                               b6 -1,2,3
                                               b7C -1,2,3
                                               b7D -1

SEARCHED _____ INDEXED _____
SERIALIZED _____ FILED _____

FEB 03 2005

FBI -NEW YORK

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

Precedence:  ROUTINE                          Date:   02/02/2005

To:  New York

From:  New York
       C-30
       Contact:  SA [_____]

Approved By:  [_____]

Drafted By:  [_____] rm

b6 -1
b7C -1

Case ID #: 166E-NY-277771   (Pending)

Title:   CREAM TEAM
         ITAR-GANGS
         OO:NY

Synopsis:  Placing case in Pending Inactive status.

Details:  In that the three remaining defendants, who where
convicted at trial, are awaiting sentencing it is requested that
this case be placed in Pending Inactive status.

♦♦

UPLOADED
WITH/TEXT ✓
WITH/OUT TEXT
BY
DATE  2/16/05

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                    **Date:** 10/19/2005

**To:** New York

**From:** New York
          C-30
          **Contact:** SA [               ]rm

b6 -1
b7C -1

**Approved By:** [               ]

**Drafted By:** [               ]rm

**Case ID #:** 281D-NY-277771   (Pending Inactive)

**Title:** CREAM TEAM
          ITAR GANGS
          OO:NY

**Synopsis:** Late submission of FD 515

**Details:** The attached FD 515 are submitted late due to the
AUSA's failure to advise the case Agent of the subject [        ]
[                    ]

b6 -2
b7C -2

♦♦



(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                         **Date:** 10/19/2005

**To:** New York

**From:** New York
        C-30
        **Contact:** SA [          ]:rm

**Approved By:** [              ]

                                                    b6 -1
**Drafted By:** [          ]:rm                      b7C -1

**Case ID #:** 281D-NY-277771   (Pending Inactive)

**Title:** CREAM TEAM
        ITAR GANGS
        OO:NY

**Synopsis:** Late submission of FD 515

**Details:** The attached FD 515 are submitted late due to the
AUSA's failure to advise the case Agent of the subject [        ]
[                                    ]

                                                    b6 -2
◆◆                                                  b7C -2

UPLOADED
WITH/TEXT ✓
WITH/OUT TEXT
BY
DATE 10/21/05

                                        281d-M-277771-72
DENT-233

                                        SEARCHED        INDEXED
                                        SERIALIZED      FILED
                                        OCT 2 0 2005
                                        FBI –NEW YORK

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                          **Date:** 09/29/2006

**To:** New York

**From:** New York
         C-30
         **Contact:** SA [_____] · **Ext.** [_____]

**Approved By:** [_____]                    b6 -1
                                                        b7C -1

**Drafted By:** [_____] mpl

**Case ID #:** 281D-NY-277771

**Title:** CREAM TEAM;
           JASON DENT;              b6 -1,2,3,5
           ET AL;                   b7C -1,2,3,5
           VIOLENT GANGS            b7D -1

**Synopsis:** Provide information re [_____] telephone call
received by [_____]

**Details:** On [_____] SA [_____] received a telephone call from
[_____] cellular telephone number [_____] was
[_____
_____
_____]

[_____] stated that [_____] herein
referred to as [_____] received a telephone call last night from
a person who told [_____
_____] SA
[_____] recommended to [_____] that he leave [_____]
as soon as possible.
[_____] agreed and said that [_____] to
[_____] also said that he
was not concerned about [_____] He stated
that [_____
_____] dismissed these
rumors saying that [_____] felt that neither he [_____
_____] At this time,
[_____] thought it best to [_____]

Next, SA [_____] telephoned [_____] cellular
telephone number [_____] said that last night at
around [_____] received a telephone call from [_____]

DENT-235

To: New York  From:  New York          b6 -1,2,3,5,6
Re: 281D-NY-277771, 09/29/2006          b7C -1,2,3,5,6
                                        b7D -1

_____(LNU)_____
_____knew_____ had lived in _____
_____but was not sure where he
lived now. _____had not been back to _____since__
Apparently,_____told____that_____in the
_____said that_____
_____was very upset by this
call and had not realized that_____
_____
_____had been allowing___
_____

_____SA____telephoned_____
_____said that____
_____
_____
_____
_____stated that_____
_____
_____was in a_____
_____Since February,
_____claimed that_____
_____mentioned that____
_____was enrolled in__
_____
_____
_____

_____On_____  _____telephoned SA___
_____who said that_____
did not want____
_____SA_____
said that he would speak with_____to gain further information
about_____
_____SA_____telephoned_____would
seek to stay with a family member this weekend.

♦♦

2

DENT-236

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                           **Date:** 11/20/2006

**To:** New York                    **Attn:** SSA [          ]

**From:** New York
       C-30
       **Contact:** SA [                ]:mpl        b6 -1
                                           b7C -1

**Approved By:** [                ]

**Drafted By:** [                ]:mpl

**Case ID #:** 281D-NY-277771

**Title:**   CREAM TEAM;
        JASON DENT;
        ET AL;
        VIOLENT GANGS                     b6 -1,4
                                     b7C -1,4

**Synopsis:**   Reassignment of Case.

**Details:**   Due to SA [        ] assignment to the Special Support
Branch(SSB) effective 12/10/2006, it is requested that the above
captioned case and all related subfiles be reassigned.  As of
this writing, only one defendant remains to be sentenced.  AUSA
[              ](EDNY) and Squad C-30 SA [            ] maintain contact
with this defendant, who is incarcerated.

There is no evidence charged out to SA [        ] regarding
this matter.

♦♦

*Re- assign to* [                ]

       *11/27/2006*                      b6 -1
                                    b7C -1

*281D-ny- 277771*

| SEARCHED | INDEXED |
|----------|---------|
| SERIALIZED | FILED |

NOV 2 8 2006

FBI-NEW YORK

78

UPLOADED
WITH/TEXT ____
WITH/OUT TEXT ____
BY ____
DATE ____ 11/8/06

*Reassign EC for Cream Team case. wpd*

(Rev. 08-28-2000)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                                    **Date:** 12/06/2000

**To:** New York                        **Attn:** C-30 ROTOR

**From:** NEW YORK
      C-30
      **Contact:** [                    ] EXT [      ]

**Approved By:** [                    ]

**Drafted By:** [                    ]

                                                      b6 -1
                                                      b7C -1

**Case ID #:** 166E-NY-NEW     (Pending)

**Title:**  CREAM TEAM;
      JASON DENT aka JANU;
      ITAR-VC;
      OO:NY

**Synopsis:**  NYPD DD-5 REPORTS

**Details:**  Attached to this EC are 114 pages of NYPD DD-5 reports
pertaining to the captioned investigation.

♦♦





| COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-081B (Rev. 2-86)-31 | Crime GANG ACTIVITY | DENT-238 | Pct. 060 | Complaint No. | Date of This Report 11/01/00 |
|---|---|---|---|---|---|

| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting B.S.G.I.U. | Follow-Up No. | Page of Pages |
|---|---|---|---|---|---|

**DO NOT USE THIS FORM TO REPORT:** CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.

INVESTIGATION : GANG ACTIVITY
SUBJECT        : PROFFER OF DEFENDANT
                 JASON DENT

b6 -6
b7C -6

1)    On 11/01/00, the undersigned along with Det [          ] did pick up Jason Dent at GRVC on Rikers Island for the purpose of a Proffer session at the Kings County DA'S Office.  ADA [      ] as well as Dent's attorney were also present.

2)    In regards to the "Cream Team", Dent identified the following members.

b6 -2
b7C -2

[          ] and himself, "Jaynu".  He further stated that [          ] are [          ] He added that [          ] was not a member of the Cream Team [          ] Dent said that [    ] is [    ] and that [          ] and that [          ] were allready members.

3)    In regards to criminal activity, Dent stated that there was a Homicide about 4 - 5 years ago in Marlboro, sometime during the winter.  There was a shootout between [          ] and some other kid that was standing on the stoop f/o Bldg 11, 2220 West 11th street. [      ] was in the r/o Bldg 3, 2250 West 11th street, and [          ] was in the r/o Bldg 2, 30 Ave V. [          ] had an AK47 but Dent did not know what [      ] had. [      ] got arrested for [          ] never got arrested.

b6 -2
b7C -2

4)    Dent was then asked about his role in the Ramel Flowers Homicide at which time he denied any involvement stating that he got arrested that day and was not in Marlboro.  At this time, based upon previos information, it was deemed that Jason Dent did not want to cooperate with this interview and it was concluded.  Dent was then transported back to Rikers.

5)    The undersigned did confer with Det [      ] of the 60PDS in regards to the Homicide information that Dent did provide.  Det [      ] informed that this incident had occurred and that [          ] was arrested and charged with the shooting, however, the case was not prosecuted by the Kings County DA's Office but rather DP'd on the basis of self-defense.

b6 -2,6
b7C -2,6

6)    For your information.

| Reporting Invest... Officer's ... Rank | Sign'n. Com'd. | Name Printed | Tax Registry No. | Supervisor's Signature | C.O.'s Initials |
|---|---|---|---|---|---|
| DET | BSGIU | | | b6 -6 b7C -6 | |

| COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-081B (Rev. 2-86)-31 | Crime | DENT-239 | Pct. | Complaint No. | Date of This Report |
|---|---|---|---|---|---|
| | GANG ACTIVITY | | 060 | | 10/12/00 |

| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting | Follow-Up No. | Page of Pages |
|---|---|---|---|---|---|
| | | | B.S.G.I.U. | | 1    3 |

**DO NOT USE THIS FORM TO REPORT:** CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.

INVESTIGATION : GANG ACTIVITY MARLBORO HOUSES

SUBJECT
              b6 -2,3
              b7C -2,3
              b7D -1

AT KINGS COUNTY DA'S OFFICE

1. On this date, the undersigned was present at the Kings County DA'S Office
           b6 -2,3,5,6
Also present were         ADA   b7C -2,3,5,6
ADA      This interview was conducted at 1445hrs.   b7D -1

2. In regards to the "Cream Team"   did identify the following members, "Jaynu", Jason Dent,

              b6 -2,3
              b7C -2,3
              b7D -1

3. In regards to      stated that he heard about   b6 -2,3
                      b7C -2,3
                      b7D -1
          told   that Jaynu       didn't
tell    when this happened.

4. In regards to   that occurred sometime in      stated
that it happened at      It was    Jaynu.   b6 -2,3,5
                      b7C -2,3,5
   Jaynu             b7D -1

This incident happened because        Jaynu

5. In regards to        stated that it
was supposed to be       so he thinks that either
          This happened because of
              b6 -2,3
              b7C -2,3
              b7D -1

CONTINUED ON PAGE 2

| | k, Sign., Com'd. | Name Printed | Tax Registry No. | Supervisor's Signature | C.O.'s Initials |
|---|---|---|---|---|---|
| | BSGIU | | | | b6 -6   b7C -6 |

| COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-081B (Rev. 2-86)-31 | Crime | DENT-240 | | Pct. | Complaint No. | Date of This Report |
|---|---|---|---|---|---|---|
| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting | | Follow-Up No. | Page of Pages |
| | | | | | | 2    3 |

**DO NOT USE THIS FORM TO REPORT:** CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.

6.  In          stated that

b6 -2,3,5
b7C -2,3,5
b7D -1

7.  In regards to          that          thinks was in          he stated that
he did not know          but it happened in
It started when          told
said.

This happened in

b6 -2,3,5
b7C -2,3,5
b7D -1

Jaynu.

then went
to          Jaynu,
went into
then
went into          Jaynu

8.  In regards to          sometime
This happened due to the fact that
Jaynu.          went
into

b6 -2,3,5
b7C -2,3,5
b7D -1

and Jaynu then          Later that night,

from Jaynu and

9.  In regards to an incident that          was sometime around the end of

b6 -2,3
b7C -2,3
b7D -1

CONTINUED ON PAGE 3

| Reporting Investigating Officer's Rank, Sign., Com'd. | Name Printed | Tax Registry No. | Supervisor's Signature | C.O.'s Initials |
|---|---|---|---|---|
| BSGIU | | | | |

b6 -6
b7C -6

| COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-081B (Rev. 2-86)-31 | Crime | DENT-241 | | Pct. | Complaint No. | Date of This Report |
|---|---|---|---|---|---|---|
| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting | | Follow-Up No. | Page of Pages  3  3 |

**DO NOT USE THIS FORM TO REPORT:** CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.

10.  In regards to _____ stated that he,
_____ were inside _____
_____ Jaynu was _____
_____ Jaynu started _____  b6 -2,3,5
                                          b7C -2,3,5
                                          b7D -1
_____ and Jaynu _____
_____ Jaynu also had a
Jaynu, _____
_____ They didn't see
_____ Jaynu
_____ Jaynu then _____
_____ Jaynu was supposed to _____
_____ Jaynu _____
_____ and if Jaynu _____

_____ Jaynu, _____ Jaynu asked _____

11.  For your information.

| Reporting | er's Rank, Sign., Com'd. | Name Printed | Tax Registry No. | Supervisor's | | C.O.'s Initials |
|---|---|---|---|---|---|---|
| DET | BSGIU | | | | | b6 -6 b7C -6 |

| COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-081B (Rev. 2-86)-31 | DENT-242 GANG ACTIVITY | | Complaint No. | Date of This Report 10/10/00 |
|---|---|---|---|---|

| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting B.S.G.I.U. | | Follow-Up No. | Page of Pages 1 | 3 |
|---|---|---|---|---|---|---|---|

**DO NOT USE THIS FORM TO REPORT:** CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.

INVESTIGATION : GANG ACTIVITY MARLBORO HOUSES    b6 -2,3
SUBJECT       : [ ]    b7C -2,3
                 AT KINGS COUNTY DA OFFICE    b7D -1

1. On this date, the undersigned was present at the K b6 -2,3,5,6
County DA Office [ ]    b7C -2,3,5,6
                             Also present w b7D -1
[ ] ADA [ ] and ADA [ ] This interview
was conducted at 1130 hrs.

2. In regards to his knowledge of the "Cream Team" [ ]
identified the following members : "Jaynu", Jason Bend,

                                      b6 -2,3
                                      b7C -2,3
                                      b7D -1

                       He added that basically,
[ ] Jaynu and that [ ] meaning [ ]

3. In regards to [ ]
[ ] stated that he was [ ]

                      which is located on [ ]

                                           b6 -2,3,5
                                           b7C -2,3,5
                                           b7D -1

| Reporting Investigating Officer's Rank, Sign. Com'd. | Name Printed | Tax Registry No. | Supervisor's Signature | C.O.'s Initials |
|---|---|---|---|---|
| | | | | b6 -6 b7C -6 |

DENT-243

| COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-081B (Rev. 2-86)-31 | Crime GANG ACTIVITY | | Pct. 060 | Complaint No. | Date of This Report 10/10/00 |
|---|---|---|---|---|---|
| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting B.S.G.I.U. | Follow-Up No. | Page of Pages  2   3 |

**DO NOT USE THIS FORM TO REPORT:** CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.

b6 -2,3
b7C -2,3
b7D -1

4.  In regards to ▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮ stated that he only knows ▮▮▮▮
are because ▮▮▮▮▮ had told him that it was
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮ told ▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮ asked if ▮▮▮
▮▮▮▮▮▮▮ stated ▮▮▮▮▮▮▮▮▮
▮▮▮▮▮ added that this happened as ▮▮
the fact that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮ who is unidentified at this time, as well
as ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮ describes
▮▮▮▮▮ as ▮▮▮▮▮▮▮▮▮ and that he ▮▮
▮▮▮▮▮▮▮▮

5.  In regards to ▮▮▮▮▮▮▮▮▮ stated
that ▮▮▮▮▮▮▮▮▮▮▮▮▮ He stated that
▮▮▮▮▮▮▮▮▮ and that ▮▮▮▮▮▮▮▮
He did add that Jaynu was ▮▮▮▮▮▮▮

6.  In regards to ▮▮▮▮▮▮▮▮▮▮▮
stated that he was asleep ▮▮▮▮▮ when he woke
up and ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
and Jaynu ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮ Jaynu had also ▮▮▮▮▮
▮▮▮▮▮

7.  In regards to ▮▮▮▮▮▮▮▮▮ said he had
no information.

| Reporting Investigating Officer's Rank, Sign., Com'd. | Name Printed | Tax Registry No. | Supervisor's | | C.O.'s Initials |
|---|---|---|---|---|---|
| Der | | | | | b6 -6  b7C -6 |

| COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-081B (Rev. 2-86)-31 | Crime | DENT-244 | Pct. | Complaint No. | Date of This Report |
|---|---|---|---|---|---|
| | GANG ACTIVITY | | 060 | | 10/10/00 |

| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting | | Follow-Up No. | Page of Pages | |
|---|---|---|---|---|---|---|---|
| | | | B.S.G.I.U. | | | 3 | 3 |

**DO NOT USE THIS FORM TO REPORT:** CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.

8. In regards to _____ stated that the only information he had was that Jaynu_____

b6 -2,3
b7C -2,3
b7D -1

9. In regards to _____
stated that _____
_____ told this to
____ has been staying on _____ with ____
_____ didn't know the address but stated that it is
_____

10. In regards to _____
____ it was _____ who is
_____

11. In regards to _____ that happened awhile ago,
stated that _____
_____ doesn't know if ____
ever been arrested for it.

12. The undersigne will confer with the 60PDS to verify the information that has been provided as well as attempt to identify _____

13. For your information.

| Reporting Investigating Officer's Rank, Sign, Com'd | Name Printed | Tax Register No. | Supervisor | C.O.'s Initials |
|---|---|---|---|---|
| Des | | | | |

b6 -6
b7C -6

| COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-081B (Rev. 2-86)-31 | Crime | DENT-245 | Pct. | Complaint No. | Date of This Report |
|---|---|---|---|---|---|
| | | BURGLARY / ROBBERY | 060 | 7333 | 8/23/00 |

| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting | | Follow-Up No. | Page of Pages |
|---|---|---|---|---|---|---|
| | | | B.S.G.I.U. | | | 1 | 1 |

**DO NOT USE THIS FORM TO REPORT:** CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.

INVESTIGATION : GANG ACTVITY MARLBORO HOUSES
SUBJECT      : PHOTO IDENTIFICATIONS IN REGARDS
             : TO [                    ]

b6 -3
b7C -3
b7D -2

1.  On this date the undersigned was present [          ]
[                              ] of the 60Pct [          ]
for the purpose of photo identification of the subjects who had been
[                              ]

b6 -3
b7C -3
b7D -2

2.  At 1300hrs, [          ] did view the Marlboro subject photo book
and did positively identify the following, "Jaynu", Jason Dent,
[                              ] added that [     ] was also present
but did not identify him from the book, [     ] also informed me
that [                              ]
[                              ] It was also ascertained from
[          ] had been informed by [          ]
[                              ]

b6 -2,3
b7C -2,3
b7D -2

3. [                    ]
[                              ]

4.  For your information.

b6 -2,3
b7C -2,3
b7D -2

| Reporting Investigating Officer's Rank, Sign., Com'd. | Name Printed | Tax Registry No. | Supervisor's Signature | C.O.'s Initials |
|---|---|---|---|---|
| DET | | | | |

b6 -6
b7C -6

| COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-081B (Rev. 2-86)-31 | Crime | DENT-246 | Pct. | Complaint No. | Date of This Report |
|---|---|---|---|---|---|
| | BURGLARY / ROBBERY | | 060 | 7333 | 8/23/00 |

| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting | | Follow-Up No. | Page of Pages |
|---|---|---|---|---|---|---|
| | | | B.S.G.I.U. | | | |

**DO NOT USE THIS FORM TO REPORT:** CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.

```
                                                              b6 -3
                                                              b7C -3
       INVESTIGATION : GANG ACTVITY MARLBORO HOUSES           b7D -2
       SUBJECT       : PHOTO IDENTIFICATIONS IN REGARDS
                       TO
```

```
                                                              b6 -3
    1.  On this date the undersigned was present at the       b7C -3
                                      of  the 60Pct            b7D -2
            for the purpose of photo identification of the subjects who
```

```
    2.  At 1310hrs          did view the Marlboro subject photo book
and  did  positively  identify  the  following,  "Jaynu",  Jason Dent,
                                                    also added
that
```

```
    3.  For your information.                      b6 -2,3
                                                   b7C -2,3
                                                   b7D -2
```

C.O.'s Initials

```
                                                   b6 -6
                                                   b7C -6
```

| COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-081B (Rev. 2-86)-31 | Crime | DENT-247 | Pct. | Complaint No. | Date of This Report |
|---|---|---|---|---|---|
| | | BURGLARY / ROBBERY | 060 | 7333 | 8/23/00 |

| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting | | Follow-Up No. | Page of Pages |
|---|---|---|---|---|---|---|
| | | | B.S.G.I.U. | | | 1 | 1 |

**DO NOT USE THIS FORM TO REPORT:** CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.

INVESTIGATION : GANG ACTVITY MARLBORO HOUSES     b6 -3
SUBJECT        : PHOTO IDENTIFICATIONS IN REGARDS   b7C -3
             TO [          ]     b7D -2

   1.   On this date the undersigned was present at the [        ]    b6 -3
[        ] of the 60Pct [        ]    b7C -3
for the purpose of photo identification of the subjects [        ]    b7D -2
[        ]

   2.    At 1320hrs, [      ] did view the Marlboro subject photo book
and did positively identify the following. "Jaynu", Jason Dent   b6 -2,3
[        ] b7C -2,3
[        ] also state b7D -2
that [
]

   3.    [        ]
[        ]

     4.   For your information.       b6 -2,3
                            b7C -2,3
                            b7D -2

| Reporting Investigating Officer's Rank  Sign  Com'd | Name Printed | Tax Reg'ns. No. | Supervisor | C.O.'s Initials |
|---|---|---|---|---|
| DET | | | | |

b6 -6
b7C -6

| COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-081B (Rev. 2-86)-31 | Crime | DENT-248 | Pct. | Complaint No. | Date of This Report |
|---|---|---|---|---|---|
| | GANG ACTIVITY | | 060 | | 8/15/00 |

| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting | Follow-Up No. | Page of Pages | |
|---|---|---|---|---|---|---|
| | | | B.S.G.I.U. | | 1 | 1 |

**DO NOT USE THIS FORM TO REPORT:** CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.

INVESTIGATION : GANG ACTIVITY MARLBORO HOUSES     b6 -2,3
SUBJECT       : INTERVIEW OF               b7C -2,3
                                              b7D -1

    1.   On 8/14/00, the undersigned along with Lt [ ] Sgt [ ]
of   PSA1, and Det [ ] of the 60PDS, did visit [ ]
                                                       b6 -2,3,6
                                                       b7C -2,3,6
                                                       b7D -1

    2.    It  had  been  previously  ascertained  that [ ] m[ ] b6 -2,3
statement [ ]                                             b7C -2,3
                                                       b7D -1

    3.   In regards to [ ] the only information that [ ]
did offer was that [ ]                            b6 -2,3
                                                  b7C -2,3
        In  sum  and  substance, [ ]          b7D -1
                                                              that
[ ] that "Jaynu", Jason Dent, had
unable to offer any specific information.

    4.   [ ] did agree to contact either myself or Det [ ]
if  he heard anything further in regards to [ ]         b6 -2,3,6
                                                       b7C -2,3,6
                                                       b7D -1

    5.   For your information.

| Reporting Investigating Officer's Rank  Sign  Com'd | Name Printed | Tax Register No. | Supervisor's Signature | C.O.'s Initials |
|---|---|---|---|---|
| DET | | | | b6 -6 b7C -6 |

| COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-081B (Rev. 2-86)-31 | Crime GANG ACTIVITY | DENT-249 | Pct. 060 | Complaint No. | Date of This Report 8/8/00 |
|---|---|---|---|---|---|

| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting B.S.G.I.U. | Follow-Up No. | Page 1 | of Pages 1 |
|---|---|---|---|---|---|---|

**DO NOT USE THIS FORM TO REPORT:** CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.

```
                                                        b6 -2,3
                                                        b7C -2,3
                                                        b7D -1
```

INVESTIGATION : GANG ACTIVITY MARLBORO HOUSES
SUBJECT      : DEBRIEFING OF
                                    DOB

   1.  On this date,
```
                                                    b6 -2,3
                                                    b7C -2,3
                                                    b7D -1
```

   2.        stated that things have been quiet since the "Cream Team" have been in jail. He heard that
        offered
no further information.

```
                                                    b6 -2,3,5
                                                    b7C -2,3,5
                                                    b7D -1
```

   3.  For your information.

| Reporting Investigating Officer's Rank  Sign  Com'd | Name Printed | Tax Registry No. | Supervisor's Signature | C.O.'s Initials |
|---|---|---|---|---|
| DET | | | | b6 -6 b7C -6 |

| COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-081B (Rev. 2-86)-31 | Crime | DENT-250 | Pct. | Complaint No. | Date of This Report |
|---|---|---|---|---|---|
| | GANG ACTIVITY | | 060 | | 8/8/00 |

| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting | | Follow-Up No. | Page of Pages |
|---|---|---|---|---|---|---|
| | | | B.S.G.I.U. | | | 1 / 1 |

**DO NOT USE THIS FORM TO REPORT:** CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.

```
INVESTIGATION : GANG ACTIVITY MARLBORO HOUSES      b6 -2,3
SUBJECT       : DEBRIEFING OF [          ]          b7C -2,3
                                       [ DOB ]      b7D -1
```

```
 1.   On this date.  [                                 b6 -2,3
 [                                                      b7C -2,3
                                                        b7D -1
```

```
 2.  [         ]  stated that [

                               [ He also heard that |

                                      b6 -2,3,5
                                      b7C -2,3,5
                                      b7D -1
```

3.  For your information.

| DET | | Supervisor's Signature | C.O.'s Initials |
|---|---|---|---|
| | | *[signature]* | |
| | | b6 -6 | |
| | | b7C -6 | |

Reporting Investigating Officer's Rank, Sias, Cont'd, Name Printed

| COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-081B (Rev. 2-86)-31 | Crime | DENT-251 | Pct. | Complaint No. | Date of This Report |
|---|---|---|---|---|---|
| | GANG ACTIVITY | | 060 | | 8/8/00 |

| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting | | Follow-Up No. | Page of Pages |
|---|---|---|---|---|---|---|
| | | | B.S.G.I.U. | | | 1 | 1 |

**DO NOT USE THIS FORM TO REPORT:** CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.

INVESTIGATION : GANG ACTIVITY MARLBORO HOUSES
b6 -2,3
b7C -2,3
b7D -1
SUBJECT : DEBRIEFING OF

DOB

1. On this date, was
b6 -2,3
b7C -2,3
b7D -1

2.
the "Cream Team" and everybody else

the "Cream Team". was out there when
b6 -2,3,5
b7C -2,3,5
b7D -1

3. For your information.

| Reporting Investigating Officer's Rank, Sign., Com'd. | Name Printed | Tax/Registry No. | Supervisor's Signature | C.O.'s Initials |
|---|---|---|---|---|
| DET | | | | b6 -6 b7C -6 |

DENT-252

| COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-081B (Rev. 2-86)-31 | Crime GANG ACTIVITY | | Pct. 060 | Complaint No. | Date of This Report 8/8/00 |
|---|---|---|---|---|---|
| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting B.S.G.I.U. | | Follow-Up No. | Page of Pages 1 1 |

**DO NOT USE THIS FORM TO REPORT:** CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.

INVESTIGATION : GANG ACTIVITY MARLBORO HOUSES   b6 -2,3
SUBJECT       : DEBRIEFING OF                    b7C -2,3
                          DOB                    b7D -1

1.    On this date,                              b6 -2,3
                                                 b7C -2,3
                                                 b7D -1

2.            did recant his story in regards to
                        to me and Det            of the 60PDS.
After viewing the Marlboro subject photo book, he positively
identified                                       b6 -2,3,5,6   He
further stated that the "Cream Team" is          b7C -2,3,5,6
                                                 b7D -1
                        the "Cream Team".   They also have

                                    The "Cream Team" also uses

3.   For your information.

| Reporting Investigating Officer's Rank  Sign  Com'd | Name Printed | Tax Registry No. | Supervisor's Signature | C.O.'s Initials |
|---|---|---|---|---|
| DET | | | | b6 -6 b7C -6 |

| COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-081B (Rev. 2-86)-31 | Crime C.P.W. | Pct. 060 | Complaint No. 6807 | Date of This Report 8/6/00 |
|---|---|---|---|---|
| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting B.S.G.I.U. | Follow-Up No. | Page of Pages |

**DO NOT USE THIS FORM TO REPORT:** CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.

INVESTIGATION : <u>GANG ACTIVITY MARLBORO HOUSING</u>   b6 -2,3
SUBJECT      :       <u>DEBRIEFING OF</u>                  b7C -2,3
                DOB                                   b7D -1

1. On this date, the undersigned was present at
                    DOB
                                           b6 -2,3,5
                                           b7C -2,3,5
                                           b7D -1

2.
                                           b6 -2,3
                                           b7C -2,3
                                           b7D -1

3. In regards to Marlboro, he stated that he is
                                       the Cream
Team.  He added  that recently,
He also states that he knows        who he positively
identifies  as        known to this department under Nysid #
                                       b6 -2,3
                                       b7C -2,3
                                       b7D -1    When
asked  if he knew the whereabouts of      he stated that

4.       further stated that
                                       b6 -2,3
                                       b7C -2,3
                                       b7D -1

from the Cream Team.

5. Based on the information recieved in regards to the location
of           it was discovered that the location of
                phone #          The undersigned
along  with  Sgt        Sgt        and other members of the Gang Unit,
did  proceed  to  the location in an attempt to interview
                the Cream Team.  b6 -2,3,5,6   informed us
                                b7C -2,3,5,6
                                b7D
approximately  0100hrs          contacted Sgt
and informed him that he would          on 8/7/00)

| Reporting Investigating Officer's Rank, Sign., Com'd. | Name Printed | Tax Registry No. | Supervisor's Signature | C.O.'s Initials |
|---|---|---|---|---|

6. For your information.                 b6 -6
                                         b7C -6
    DET

| COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-081B (Rev. 2-86)-31 | Crime | DENT-254 GANG ACTIVITY | Pct. 060 | Complaint No. | Date of This Report 8/3/00 |
|---|---|---|---|---|---|
| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting B.S.G.I.U. | | Follow-Up No. | Page of Pages 1 | 1 |

**DO NOT USE THIS FORM TO REPORT:** CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.

INVESTIGATION : GANG ACTIVITY <u>MARLBORO HOUSING</u>                    b6 -2,3
SUBJECT      : <u>INTERVIEW OF</u> [                    ]          b7C -2,3

1.      On this date, the undersigned was present at [                ]   b6 -2,3
[                              ] for the purpose of interviewing   b7C -2,3
victim of Gang Violence by members of the Cream Team.             b7D -1

2.      [              ] did confirm to me that sometime during the month of
[                                          ] by members of the
[Cream Team.                                                        ]

3.   The undersigned will prepare a UF61 in regards to this incident.

4.   For your information.                    b6 -2,3
                                              b7C -2,3
                                              b7D -1

Reporting Investigation Officer                              Supervisor's Signature     C.O.'s Initials
DET [                                                    ]                              b6 -6
                                                                                        b7C -6

| COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-081B (Rev. 2-86)-31 | Crime GANG ACTIVITY | | | Pct. 060 | Complaint No. | Date of This Report 8/3/00 |
|---|---|---|---|---|---|---|
| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting B.S.G.I.U. | | Follow-Up No. | Page of Pages  1    1 |

**DENT-255**

**DO NOT USE THIS FORM TO REPORT:** CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.

INVESTIGATION : GANG ACTIVITY MARLBORO HOUSING     b6 -2,3  b7C -2,3  b7D -1
SUBJECT      : INTERVIEW OF

b6 -2,3  b7C -2,3  b7D -1

1. On this date, the undersigned was present at                    for the purpose of interviewing                    by members of the Cream Team.

2.            did confirm to me that            he was            by members of the Cream Team.                    b6 -2,3  b7C -2,3  b7D -1

3. The undersigned will prepare a UF61 in regards to this incident.

4. For your information.

| Reporting Investigating Officer's Bank  Sign  Com'd | Name Printed | Tax Registry No. | Supervisor's Signature | C.O.'s Initials |
|---|---|---|---|---|
| DET | | | | |

b6 -6  b7C -6

| COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-081B (Rev. 2-86)-31 | Crime GANG ACTIVITY | | DENT-256 | Pct. 060 | Complaint No. | Date of This Report 8/2/00 |
|---|---|---|---|---|---|---|
| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting B.S.G.I.U. | | Follow-Up No. | Page of Pages |

**DO NOT USE THIS FORM TO REPORT:** CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.

b6 -2,3
b7C -2,3
b7D -1

INVESTIGATION : GANG ACTIVITY MARLBORO HOUSES
SUBJECT : INTERVIEW OF

1. On this date, the undersigned was present at          for the purpose of interviewing          by members of the Cream Team.

b6 -2,3
b7C -2,3
b7D -1

2.          did confirm to me that on          he was          members of the Cream Team while present

3. The undersigned will prepare a UF61 in regards to this incident.

b6 -2,3
b7C -2,3
b7D -1

4. For your information.

| Reporting Investigating Officer's Rank Sign Com'd | Name Printed | Tax Register No. | Supervisor | 's Initials |
|---|---|---|---|---|
| DET | | | | |

b6 -6
b7C -6

| COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-081B (Rev. 2-86)-31 | Crime | DENT-257 | Pct. | Complaint No. | Date of This Report |
|---|---|---|---|---|---|
| | ASSAULT 1 | | 060 | 6252, 53 | 7/22/00 |

| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting | Follow-Up No. | Page of Pages |
|---|---|---|---|---|---|
| 7/21/00 | | | B.S.G.I.U. | | |

**DO NOT USE THIS FORM TO REPORT:** CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.

```
                                                          b6 -3
                                                          b7C -3
±            INVESTIGATION : ASSAULT 1                    b7D -1
             SUBJECT      : INTERVIEW WITH
                                              DOB         b6 -3,6
                   NYSID #                                b7C -3,6
                                                          b7D -1
```

1. On this date, the undersigned along with Det⬚ were present at⬚ ⬚ for the purpose of interviewing⬚ in regards to this incident as well as Gang Activity within the Marlboro Houses.

2. ⬚ informed me that he had been

```
                                    b6 -2,3,5
                                    b7C -2,3,5
                                    b7D -1
```

3. ⬚ stated that⬚

```
                                    b6 -2,3
                                    b7C -2,3
                                    b7D -1
```

4. Sgt⬚ of the 60PDS was advised of the results of this interview.

```
                                    b6 -6
                                    b7C -6
```

5. For your information.

6. Additional data⬚ advised the undersigned that he was assaulted by members of the Cream Team. A followup interview will be conducted and police reports will be prepared.

```
                                    b6 -3
                                    b7C -3
```

| Reporting Investigating Officer's Rank, Sign, Com'd. | Name Printed | Tax Registry No. | Supervisor | C.O.'s Initials |
|---|---|---|---|---|
| dDET | | | | b6 -6 b7C -6 |

DENT-258

| COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-081B (Rev. 2-86)-31 | Crime Assault 1 | | Pct. 060 | Complaint No. 6252/6253 | Date of This Report 7/22/00 |
|---|---|---|---|---|---|
| Date of Orig. Report 7/21/00 | Date Assigned | Case No. | Unit Reporting BSGIS | Follow-Up No. | Page of Pages 1  1 |

**DO NOT USE THIS FORM TO REPORT:** CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.

Investigation: Assault1
Subject:  Interview of [          ]

b6 -2,3
b7C -2,3
b7D -1

b6 -2,3,6
b7C -2,3,6
b7D -1

1.  On this date the undersigned along with Det [     ] did respond to [          ] to interview [          ] in regards shooting in the Marlboro Houses and met with the following results.

2. [        ] states he was [          ]

b6 -2,3
b7C -2,3
b7D -1

3.  He also states that [          ] was [        ] by Jaynu.

b6 -2,3
b7C -2,3
b7D -1

4.
he states that he has not been going because the Cream Team crew [          ]

5.  Investigation continuing......

b6 -2,3
b7C -2,3
b7D -1

| Reporting Investigating Officer's Rank   Sign. Com'd | Name Printed | Tax Register No. | Supervisor's Signature | C.O.'s Initials |
|---|---|---|---|---|

b6 -6
b7C -6

| COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-081B (Rev. 2-86)-31 | Crime | DENT-259 | Pct. | Complaint No. | Date of This Report |
|---|---|---|---|---|---|
| | CPW ( GANG ACTIVITY) | | 060 | 5954 | 7/13/00 |

| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting | Follow-Up No. | Page of Pages |
|---|---|---|---|---|---|
| 7/12/00 | | | B.S.G.I.U. | | 1    2 |

**DO NOT USE THIS FORM TO REPORT: CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.**

INVESTIGATION : GANG ACTIVITY MARLBORO HOUSES
SUBJECT : PRISONER DEBRIEFING OF [          ]

b6 -2,3
b7C -2,3
b7D -1

NYSID # [          ] AKA [          ]
DOB [          ] [ NO PHONE ]

b6 -2,3,6
b7C -2,3,6
b7D -1

1. On this date, the undersigned along with Det [          ] were present at [          ] in regards to the arrest of [          ] by PO [          ] of PSA 1 on 7/12/00 under arrest # [          ] For the purpose of this interview, [          ] was transported to the 84Pct Detective interview room.

2. [          ] admitted to me that he was [          ] the "Cream Team". He added that [          ] "Jaynu"

b6 -2,3
b7C -2,3
b7D -1

[          ] Members of the Cream Team [          ]

He then stated that [          ] Jaynu, possibly [          ] and Jaynu and

b6 -2,3
b7C -2,3
b7D -1

Jaynu was [          ] Before going up there, Jaynu and [          ] Jaynu [          ]

The next day, Jaynu. [          ] Jaynu [          ]

[          ] Jaynu [          ] and Jaynu [          ] Jaynu [          ]

b6 -2,3
b7C -2,3
b7D -1

Jaynu [          ] Then they went back to [          ] Last [          ]

b6 -2,3
b7C -2,3
b7D -1

CONT ON PAGE 2

| Reporting Investigating Officer's Rank, Sign., Com'd. | Name Printed | Tax Registry No. | Supervisor's | C.O.'s Initials |
|---|---|---|---|---|
| DET | | | | b6 -6  b7C -6 |

| COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-081B (Rev. 2-86)-31 | Crime CPW ( GANG ACTIVITY ) | Pct. 060 | Complaint No. 5954 | Date of This Report 7/13/00 |
|---|---|---|---|---|

**DENT-260**

| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting B.S.G.I.U. | Follow-Up No. | Page 2 | of Pages 2 |
|---|---|---|---|---|---|---|

**DO NOT USE THIS FORM TO REPORT:** CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.



b6 −2,3
b7C −2,3
b7D −1

b6 −2,3
b7C −2,3
b7D −1

3.  For your information.

b6 −2,3
b7C −2,3
b7D −1

| Reporting Investigating Officer's Rank  Sign  Com'd | Name Printed | Tax Registry No. | Supervisor's Signature | C.O.'s Initials |
|---|---|---|---|---|
| DET | | | | |

b6 −6
b7C −6

| COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-081B (Rev. 2-86)-31 | Crime Y C.P.W. | DENT-261 | Pct. 060 | Complaint No. 4586 | Date of This Report 7/8/00 |
|---|---|---|---|---|---|
| Date of Orig. Report 6/5/00 | Date Assigned | Case No. | Unit Reporting B.S.G.I.U. | Follow-Up No. | Page of Pages 1 | 1 |

**DO NOT USE THIS FORM TO REPORT:** CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.

INVESTIGATION : GANG ACTIVITY MARLBORO HOUSES    b6 -2,3
SUBJECT      : PRISONER DEBRIEFING               b7C -2,3
                          NYSID #                b7D -1

1.  On this date, the undersigned along with members of BSGIU, did effect the arrest of
was released from
b6 -2,3,5,6
b7C -2,3,5,6
b7D -1
was placed under arrest by Det           transported to the 60Pct where he was placed in a lineup and subsequently identified by            as the unapprehended person in this case.

2.          did verify to me that his nickname is        but did deny any involvement with the "Cream Team".
gave the following information in regards to "Javnu".
     Recently Jaynu
                                              regards
to the                                        b6 -2,3,5
        Javnu said that if                    b7C -2,3,5
                   also stated that Jaynu and the Cream Team had   b7D -1
                              which is something the Cream
Team
        added that it seems that everytime the Cream Team
                                 He believes that they
are
                                              b6 -2,3
                                              b7C -2,3
3.                                            b7D -1
                                              b7E -1

4.  I will contact          in an effort to verify the above  b6 -5
information and will attempt to identify                      b7C -5
                                                              b7D -1

5.        did also express an interest to cooperate with this investigation and stated that he would contact me after his arraignment.    b6 -2,3
                    b7C -2,3
                    b7D -1
6.  For your information.

| Reporting Investigating Officer's Rank, Sign. Com'd Name Printed DET | Tax Registry No. | Supervisor's | C.O.'s Initials b6 -6 b7C -6 |

| | | Crime | | Pct. | Complaint No. | Date of This Report |
|---|---|---|---|---|---|---|
| **COMPLAINT FOLLOW-UP INFORMATIONAL** PD 313-081B (Rev. 2-86)-31 | | Assault 1° | DENT-262 | 060 | 5495 | 7/6/00 |

| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting | | Follow-Up No. | Page of Pages |
|---|---|---|---|---|---|---|
| 6/30/00 | 6/30/00 | | BSGIS | | | 1    1 |

**DO NOT USE THIS FORM TO REPORT:** CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.

Investigation:   Shooting Marlboro Houses
Subject:         Interview of Person Known to the Department

b6 -6
b7C -6
b7D -3

1.  On_____the undersigned along with Det_____did speak with person known to the department while producing said individual to District Attorney's Office for appearance to Grand Jury.  This person states the following:

2. 

b6 -2
b7C -2
b7D -3

3. 

b6 -2
b7C -2
b7D -3

4.  This person known to the department will contact Det_____with any further information he comes across.

b6 -6
b7C -6

5.  Conferred with squad supervisor.

6.  The following notifications were made:

| Lt_____ | BN Gang | Lt_____ | PSA1 | Sgt_____ | SCU |
|---|---|---|---|---|---|
| PO_____ | PBBS | Sgt_____ | 60 Pct | Sgt_____ | Intell Div. |
| DET_____ | 60 Squad | PO_____ | Operations | | |

b6 -6
b7C -6

| Reporting Investigating Officer's Rank, Sign., Com'd. | Name Printed | Tax Registry No. | Supervisor's Signature | C.O.'s Initials |
|---|---|---|---|---|
| Det | | | b6 -6 b7C -6 | |

| COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-081B (Rev. 2-86)-31 | Crime ASSAULT 1   DENT-263 | | Pct. 060 | Complaint No. 5495 | Date of This Report 7/3/00 |
|---|---|---|---|---|---|
| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting B.S.G.I.U. | Follow-Up No. | Page of Pages 1   3 |

**DO NOT USE THIS FORM TO REPORT:** CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.

b6 -2,3
b7C -2,3
b7D -1

INVESTIGATION : ASSAULT 1, VICTIM
SUBJECT      : APPREHENSION AND DEBRIEFING OF
                                              NYSID

1.   On this date, the undersigned along with Sgt           Det
          and   Det           were present at              in
regards to this investigation.  Upon arrival at          a woman
later identified by the nickname of           real name
                                                    After a brief
interview,        did inform me that the subjects wanted in connection
with this case were in fact

b6 -2,3,5,6
did state that b7C -2,3,5,6
b7D -1
b7E -1

          Sgt          coordinated a joint effort between
members of this unit along with ESU, Housing, and the 60PCT which led
to the apprehension of the following :
                                    NYSID #
                                    NYSID #
                                    NYSID #
                                    NO NYSID #
                                    NO NYSID #
                                                        b6 -3
                                                        b7C -3
                                                        b7D -1

2.                              were recovered pursuant to a consent
search by

3.          did provide a Mirandized written statement to Det
     of the BSHS in regards to           and then agreed to
be debriefed by me in regards to his knowledge of criminal activity
within the confines of the Marlboro Houses.  b6 -2,3,6
                                             b7C -2,3,6
4.          informed me of the following b7D -1

                              to Jaynu (Jason Dent) which he

                                                        b6 -2,3
                                                        b7C -2,3
                                                        b7D -1

Jaynu.
                                                  Jaynu then
started to                          Jaynu

                                    CONT ON PAGE 2

| Reporting Investigating Officer's Rank. Sign. Com'd | Name Printed | Tax Registry No. | Supervisor | | P.O.'s Initials |
|---|---|---|---|---|---|
| DET | | | | b6 -6 b7C -6 | |

| COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-081B (Rev. 2-86)-31 | Crime | DENT-264 | Pct. | Complaint No. | Date of This Report |
|---|---|---|---|---|---|
| | | ASSAULT 1 | 060 | 5495 | 7/3/00 |

| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting | | Follow-Up No. | Page of Pages |
|---|---|---|---|---|---|---|
| | | | B.S.G.I.U. | | 2 | 3 |

**DO NOT USE THIS FORM TO REPORT:** CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.

b6 -2,3
b7C -2,3
b7D -1        ]from Jaynu).

The next day,        was walking to
Jaynu,
and Jaynu

b6 -2,3
b7C -2,3
b7D -1

from Jaynu. Jaynu was

and Jaynu

b6 -2,3
b7C -2,3
b7D -1

and Jaynu

]heard that yesterday that Jaynu.

When they saw

b6 -2,3,6
b7C -2,3,6
b7D -1

Jaynu and his

(Sgt        60 Pct and Sgt
PSA1, were both advised in regards to special attention in Marlboro's
on 7/3).

b6 -2,3,5
b7C -2,3,5
b7D -1

Jaynu, and]

b6 -2,3,5
b7C -2,3,5
b7D -1

The night of

b6 -2,3
b7C -2,3
b7D -1

CONT ON PAGE 3

| Reporting Investigation Officer's Rank  Sign  Com'd | Name Printed | Tax Register No. | Supervisor's Signature | C.O.'s Initials |
|---|---|---|---|---|
| DET | | | | AB |

b6 -6
b7C -6

| COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-081B (Rev. 2-86)-31 | Crime ASSAULT 1 | DENT-265 | Pct. 060 | Complaint No. 5495 | Date of This Report 7/3/00 |
|---|---|---|---|---|---|
| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting B.S.G.I.U. | Follow-Up No. | Page of Pages 3 \| 3 |

**DO NOT USE THIS FORM TO REPORT:** CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.

5. This information will be relayed to the 60 PDS.

6. For your information.

b6 -2,3
b7C -2,3
b7D -1

b6 -6
b7C -6

| Reporting Investigating Officer's Rank  Sign  Com'd | Name Printed | Tax Registry No: | Supervisor's Signature | C.O.'s Initials |
|---|---|---|---|---|
| DET | | | | |

| COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-081B (Rev. 2-86)-31 | Crime ASSAULT 1 | DENT-266 | | Pct. 060 | Complaint No. 1827 | Date of This Report 7/2/00 |
|---|---|---|---|---|---|---|
| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting  B.S.G.I.U. | | Follow-Up No. | Page 1  of Pages 2 |

**DO NOT USE THIS FORM TO REPORT:** CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.

INVESTIGATION : ASSAULT 1 _____ b6 -2,3
SUBJECT      : INTERVIEW WITH _____ b7C -2,3
               NYSID # _____ DOB _____ b7D -1

AKA _____

1. On this date, the undersigned along with Det_____ did interview _____ who admitted to us _____ b6 -2,3,6 / b7C -2,3,6 / b7D -1

2. _____ stated that on _____

b6 -2,3
b7C -2,3
b7D -1

by Jason Dent and that he _____

_____ when Jaynu _____ it might have had something to do with _____

3. The undersigned did have _____ view phots of M/B's on the Force Field computer due to the fact that he said _____ viewed photos of M/B's, _____ with negative results. He then viewed photos of M/B's _____ b6 -2,3 / b7C -2,3 / b7D -1

CONT ON PAGE 2

| Reporting Investigating Officer's Rank, Sign. Com'd | Name Printed | Tax Register No. | Supervisor's Signature | C.O.'s Initials |
|---|---|---|---|---|
| DET | | | | b6 -6 / b7C -6 |

| COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-081B (Rev. 2-86)-31 | Crime | DENT-267 | Pct. | Complaint No. | Date of This Report |
|---|---|---|---|---|---|
| | ASSAULT 1 | | 060 | 1827 | 7/2/00 |

| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting | Follow-Up No. | Page of Pages |
|---|---|---|---|---|---|
| | | | B.S.G.I.U. | | 2   2 |

**DO NOT USE THIS FORM TO REPORT:** CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.

b6 -2,3
b7C -2,3
b7D -1

[            ] also with negative results.  He then viewed
M/B's, [            ] and was able to positvely
identify [        ] on page 85 out of 107 at 1730hrs.

    4.   I  then  prepared a photo array of [        ] identified as
[            ] known to this Department under Nysid # [        ]   b6 -2,3
This  array  consisted of the subject, as well as 5 other fillers   b7C -2,3
of  similar  charecteristics. The subject was randomely placed in   b7D -1
position  #  2  by  the  computer. [        ] viewed the array, again
positively  identified  the subject in position # 2 as [        ] He
then signed and initialed the array at 1900 hours.

    5. [            ] did also express a desire to cooperate   b6 -2,3
with  this  investigation and the undersigned and stated he would   b7C -2,3
call me on [        ]   b7D -1

    6.  Sgt [      ] and Det [      ] of the 60PCT were both advised of
the identification which is continuing.    b6 -6
       b7C -6

    7.  For your information.

| Reporting Investigating Officer's Rank, Sign. Com'd | Name Printed | Tax Registry No. | Supervisor's Signature | C.O.'s Initials |
|---|---|---|---|---|
| DET | | | | |

b6 -6
b7C -6

| COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-081B (Rev. 2-86)-31 | Crime | DENT-268 ASSAULT 1 | Pct. 060 | Complaint No. 1827 | Date of This Report 7/2/00 |
|---|---|---|---|---|---|
| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting B.S.G.I.U. | Follow-Up No. | Page of Pages 1    2 |

**DO NOT USE THIS FORM TO REPORT:** CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.

b6 -2
b7C -2

INVESTIGATION : ASSAULT 1 ☐
SUBJECT      : INTERVIEW WITH JASON DENT

1.    On  this date, the undersigned along with Det ☐ had recieved anonymous information that Jason Dent had been present b6 -2,6 the  scene for ☐ AKA b7C -2,6 ☐ Jason voluntarily came to the 60PCT in regards  to this  incident  and  did  speak with the undersigned and provided  the following  statement.

2. On Friday, at about 5:30 PM, Jason, along with ☐ b6 -2 ☐ b7C -2 ☐ were  in ☐ getting in ☐ face, there  was a beef over ☐ trying to act  tough and Jaynu and ☐ calmed  down ☐ Later  that  night, ☐ came running over to Jaynu ☐ and said ☐ b6 -2 ☐ When Jaynu came  back from  the Hospital, he saw ☐ b7C -2 (who  is ☐ said that ☐ ☐ were in the parking  lot. ☐ was arguing with ☐ about the spot. ☐ was  there and ☐ was behind a garbage can. ☐ whispered into ☐ ear and ☐ pulled out a gun (small black with silver top  where the bullets come out). ☐ said ☐ ☐ said "I got this, anybody can get it", ☐ said ☐ shot 3 times, ☐ fell, started  to walk away, turned and came back and shot several times at ☐ while ☐ was on the ground. b6 -2,5 b7C -2,5

3. ☐ is a M/B about ☐ and he stays in ☐ crib at ☐ ☐ possibly. ☐ He also stays in ☐ ☐ in ☐ ☐ lives at ☐ ☐ lives there, ☐ he is a M/B, ☐ 5'8", slim, with long braids. b6 -2,5 ☐ lives  at ☐ b7C -2,5 with ☐

4.    At  this time, the interview was concluded and I along with Det ☐ drove Jason back to Marlboro. He exited the vehicle at 86th  street  and  W ☐ b6 -6 b7C -6

CONT ON PAGE 2

| Reporting Investigating Officer's Rank, Sign., Com'd. DET | Name Printed | Tax Registry No. | Supervisor's Signature | C.O.'s Initials |
|---|---|---|---|---|
| | | | b6 -6 b7C -6 | |

DENT-269

| COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-081B (Rev. 2-86)-31 | Crime ASSAULT 1 | Pct. 060 | Complaint No. 1827 | Date of This Report 7/2/00 |
|---|---|---|---|---|

| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting B.S.G.I.U. | Follow-Up No. | Page 2 of Pages 2 |
|---|---|---|---|---|---|

**DO NOT USE THIS FORM TO REPORT:** CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.

b6 -2
b7C -2

86th street and West 8th street and as he was walking, Jason did observe [        ] crossing 86th street walking into Marlboro and stated hat he was wearing purple pants and a grey tank top.

5. [        ] was approached by us and identified himself as [        ] [        ] AKA [        ] and did voluntarily accompany us to the 60PCT to be interviewed in regards to this shooting.

b6 -2
b7C -2

6. For your information.

| Reporting Investigating Officer's Rank, Sign, Com'd. DET | Name Printed | Tax Registry No. | Supervisor's Signature | C.O.'s Initials |
|---|---|---|---|---|

b6 -6
b7C -6

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

## FEDERAL BUREAU OF INVESTIGATION
## FOIA/PA DELETED PAGE INFORMATION SHEET

__2__   Page(s) withheld entirely at this location in the file.  One or more of the following statements,
where indicated, explain this deletion.

☒   Deletions were made pursuant to the exemptions indicated below with no segregable
material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☐(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C)- 2,3,5,6 | ☐(k)(1) |
| _____ | ☒(b)(7)(D)- 1 | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6)- 2,3,5,6 | | ☐(k)(7) |

## DESCRIPTION OF DOCUMENTS:

## Handwritten Statement from a third party individual
(Dent 270-271)

Date of Document: The date is protected to protect the individual that made the hand
written statement


This document contains a hand written statement of a individual who helped in the
prosecution of the "Cream Team."

**DENT-272**

| COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-081B (Rev. 2-86)-31 | Crime | | Pct. | Complaint No. | Date of This Report |
|---|---|---|---|---|---|
| | GANG ACTIVITY | | 060 | | 6/28/00 |

| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting | Follow-Up No. | Page of Pages |
|---|---|---|---|---|---|
| | | | B.S.G.I.U. | | 1     1 |

**DO NOT USE THIS FORM TO REPORT:** CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.

```
                                                           b6 -2,3
INVESTIGATION : GANG ACTIVITY MARLBORO HOUSES  b7C -2,3
SUBJECT       : PRISONER DEBRIEFING [        ]    b7D -1
                NYSID # [        ] ARR # [        ]
```

```
                                                      b6 -2,3,6
    1.  On this date, the undersigned along with Det [   ]  b7C -2,3,6
were present at the 60PDS in regards to the arrest of,  b7D -1
[                    ] apprehended at [            ] by Det
[          ] and Det [        ] of the BSGIU while assisting
60PDS. [            ] was wanted in connection with 5 open cases that
were currently being investigated by the 60 and is a subject in
the Marlboro Case which is being conducted by this office. At
0945hrs, [        ] was read his Miranda Warnings, acknowledged that
he understood them, signed them, and then gave the following
statements.
```

```
    2. [      ] did admit to the undersigned that [            ]
[       ] the "Cream Team" [        ] Javnu (Jason Dent).
                                                        b6 -2,3
                                                        b7C -2,3
                                                        b7D -1
```

```
                                   [ He added that Javnu basically
```

```
    3. [       ] also known as [       ] did inform me of [
[ ]                He provided a written statement that said:
```

```
[                          Javnu.                      It was
```

```
                             Javnu
```

```
                                         Javnu
```

```
                                   b6 -2,3,5
                                   b7C -2,3,5      Javnu
                                   b7D -1
```

```
                                   this to Javnu. The
                                                    Javnu
also [ ]
```

```
                                   Javnu that [
                                                Javnu
```

| Reporting Investigating Officer's Rank, Sign., Com'd. | Name Printed | Tax Registry No. | Supervisor's Signature | C.O.'s Initials |
|---|---|---|---|---|
| DET | | | | b6 -6 b7C -6 |

DENT-273

| COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-081B (Rev. 2-86)-31 | Crime GANG ACTIVITY | | Pct. 060 | Complaint No. | Date of This Report 6/28/00 |
|---|---|---|---|---|---|
| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting B.S.G.I.U. | Follow-Up No. | Page of Pages |
| | | | | 2 | 2 |

**DO NOT USE THIS FORM TO REPORT:** CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.

b6 -2,3
b7C -2,3
b7D -1

_____ Laynu also _____

b6 -2,3
b7C -2,3
b7D -1

_____ then signed this statement.

4. ____ also provided information in regards to ___ in Marlboro which resulted in ___

b6 -2,3
b7C -2,3
b7D -1

b6 -2,3
b7C -2,3
b7D -1

Myself, Det _____ Det _____ Det _____ along with Sgt _____ were present at the scene at 1745hrs where a consent search was conducted and b6 -2,3,6 _____ b7C -2,3,6 ____ (Seperate DD5 prepared for the Homicide folder) b7D -1

5. ADA _____ of the Kings County DA's Office was notified of this debriefing as well as the recovery of the weapon.

6. For your information.

b6 -6
b7C -6

| Reporting In | | o. | Supervis | | C.O.'s Initials |
|---|---|---|---|---|---|
| DET | | | | | |

b6 -6
b7C -6

VANGUARD
90 West Street NYC, NY 10006
(212)587-0770 Fax(212)587-0007   VG# 58921   3/97   W-627213

DENT-274

| COMPLAINT FOLLOW-UP INFORMATIONAL  PD 313-081A SECOND SHEET (Rev. 8-90)-H-1 | Page __2__ of __2__ Pages | | |
|---|---|---|---|
| | Pct. 060 | Complaint No. 2380 | Date of This Report 06-28-00 |

DETAILS:

5.  _____  b6 -2,6
                                              b7C -2,6
                                              b7D -1

6.  _____  b6 -2,6
                                              b7C -2,6
                                              b7D -1

7.  _____  b6 -2,6
                                              b7C -2,6
                                              b7D -1

8.  _____  b6 -2,6
                                              b7C -2,6
                                              b7D -1

9.  _____ was interviewed as to how he got the guns and he stated that _____ further states that _____ that "iavnu" Jason Dent _____

10.  060 Squad Supervisor conferred with/Case Active.      b6 -2,3
                                                           b7C -2,3
                                                           b7D -1



b6 -2
b7C -2

b6 -2,3
b7C -2,3
b7D -1

b6 -2,3
b7C -2,3
b7D -1

b6 -2,3
b7C -2,3
b7D -1

b6 -2,3
b7C -2,3
b7D -1

b6 -2,3,5
b7C -2,3,5
b7D -1

continued on page 2

DENT-276

**COMPLAINT FOLLOW-UP INFORMATIONAL**
PD 313-081A SECOND SHEET (1-86)-24

| | Page | of | Pages |
|---|---|---|---|
| Pct. 060 | Complaint No. 2380 | Date of This Report 6/28/00 | |

b6 −2,3
b7C −2,3
b7D −1

DETAILS:

2. [        ] stated to me that he would take me to [        ] and point out [        ] lived.

b6 −2,3
b7C −2,3
b7D −1

3. Case Active

**DENT-277**

| COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-081B (Rev. 2-86)-31 | Crime | Pct. | Complaint No. | Date of This Report |
|---|---|---|---|---|
| | Crim Poss. Weapon | 081 | | 6/15/00 |

| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting | Follow-Up No. | Page of Pages |
|---|---|---|---|---|---|
| | | | BS Gang Investigation Unit | | 1 |

**DO NOT USE THIS FORM TO REPORT:** CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.

Investigation: Gang Activity Marlboro Houses
Subject: Interview of Jason Dent

1. On 6/15/00 the undersigned was present in the 81 Pct in regards to interview of Jason Dent a subject identified in the Marlboro Houses case and met with the following results.

b6 -2
b7C -2

2. Subject views Marlboro photo book and states the following:
_____ is living on _____

b6 -2
b7C -2

_____ and everybody else.

_____ with _____ didn't _____

b6 -2
b7C -2

b6 -2
b7C -2

_____ Ain't doing nothing.

b6 -2
b7C -2

_____ staying at _____

b6 -2
b7C -2

_____ robs everybody, he knows how to get down. I'm crazy just like him, I be beating up people too, but not like he be doing, he's a extortioner. Did the robbery he got locked up for. Pumps once in awhile. In regards to Court Warrant (Jaynu) wanted to be out for his birthday. Since _____ got locked up the dealing is freelance.

b6 -2
b7C -2

_____ won't be up there, just my peoples — _____ don't ask my peoples their real names. Everybody thats not from projects we be over here, live over here. I just be meeting people along the way. _____ is _____ He's supplying my people, me

b6 -2
b7C -2

People go to him.

_____ staying at _____ (draws map) staying with _____ describing a house with a white door. Private house.

b6 -2
b7C -2

_____ shot a black kid in the hallway, got locked up with _____ you got to get _____ real mad.

_____ just went up north. _____ he shot the kid that shot _____ Agrees to write who's with him, who is with _____ and who is with _____

b6 -2
b7C -2

| Reporting Investigating Officer's Rank Sign Com'd | Name Printed | Tax Registry No. | Supervisor's Signature | C.O.'s Initials |
|---|---|---|---|---|
| *Des* | | | *Sy* | |

b6 -6
b7C -6

| COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-081B (Rev. 2-86)-31 | Crime Crim Poss. Weapon | | Pct. 81 | Complaint No. | Date of This Report 6/15/00 |
|---|---|---|---|---|---|
| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting BS Gang Investigation Unit | Follow-Up No. | Page of Pages 2 |

**DO NOT USE THIS FORM TO REPORT:** CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.

Investigation:  Gang Activity Marlboro HOuses     b6 -2
Subject:  Interview of Jason Dent                 b7C -2

[_____]something happened a long time ago, locked me for gang assault the first
time I got locked up for gang assault.     b6 -2
                                           b7C -2

[_____] still with[____] With regards to[____] it was just a misunder-
standing, everybody beat it.

[_____] is with[_____]deals[_____]     b6 -2
[_____]                                                b7C -2

[_____] is with[_____]     b6 -2
                                          b7C -2

[____ has couple of Bloods dealing for him.____]     b6 -2
[_____]                                        b7C -2

[_____]works at[_____] Didn't know you had
his picture in here, didn't even know his name.  Never bought a gun from him.  Lots
of trips in the summer - only sels to certain people - don't know who he goes with.
[____] bought a .45 from him.     b6 -2
                                  b7C -2

[____]-[_____]
[_____] might do something to[____]     b6 -2
                                                        b7C -2

[____]- one of my friends     b6 -2
[____]- lives in the same building, lives on[_____]     b7C -2

[_____] Local crack head.     b6 -2
                                     b7C -2

                                     b6 -2
                                     b7C -2

| Reporting Investigating Officer's Rank, Sign., Com'd. | Name Printed | Tax Registry No. | Supervisor's Signature | C.O.'s Initials |
|---|---|---|---|---|
| | | | | b6 -6 b7C -6 |

DENT-278

| COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-081B (Rev. 2-86)-31 | Crime | DENT-279 | Pct. | Complaint No. | Date of This Report |
|---|---|---|---|---|---|
| | CPW | | 081 | 3771 | 6/15/00 |

| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting | Follow-Up No. | Page of Pages |
|---|---|---|---|---|---|
| | | | B.S.G.I.U. | | 1  1 |

**DO NOT USE THIS FORM TO REPORT:** CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.

```
INVESTIGATION : GANG ACTIVITY MARLBORO HOUSES
SUBJECT       : PRISONER DEBRIEFING OF                    b6 -2,3
                 DOB        NYSID #                        b7C -2,3
                                              AKA          b7D -1
```

1.   On this date, the undersigned was present at the 81PCT in regards to the arrest of _____ b6 -2,3 was arrested by the BNGIU _____ b7C -2,3 _____ and was processed under arrest # _____ b7D -1

2.   _____ did inform me that his tag name is _____ but did refuse to be interviewed at this time due to the fact that _____ Javnu (Jason Dent) who had _____ added that he is _____ and that Javnu had been _____ b6 -2,3
_____ b7C -2,3
_____ b7D -1
_____ Javnu if necessary. _____ did provide a written statement to Detectives in regards to the property recovered.

3.   _____ did also add that if things change during the course of this case, he would consider contacting the undersigned. b6 -2,3
b7C -2,3
b7D -1

4.   For your information.

Additional : _____
_____

b6 -2,3
b7C -2,3
b7D -1

2878

| Reporting Investigation Officer's Rank, Sign, Com'd | Name Printed | Tax Register No. | Supervisor | C.O.'s Initials |
|---|---|---|---|---|
| DET | | | | |

b6 -6
b7C -6

| COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-081B (Rev. 2-86)-31 | Crime | DENT-280 | | Pct. | Complaint No. | Date of This Report |
|---|---|---|---|---|---|---|
| | CPW | | | 081 | 3771 | 6/15/00 |

| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting | | Follow-Up No. | Page of Pages |
|---|---|---|---|---|---|---|
| | | | B.S.G.I.U. | | | 1    1 |

**DO NOT USE THIS FORM TO REPORT:** CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.

INVESTIGATION : GANG ACTIVITY MARLBORO HOUSES         b6 -2,3
                                                      b7C -2,3
SUBJECT        : PRISONER DEBRIEFING OF               b7D -1
               DOB         NYSID      #
                                    AKA

    1.   On this date, the undersigned was present at the 81PCT in regards to the arrest of _____ was arrested by the BNGIU pursuant to a Search Warrant located at _____     b6 -2,3   and was processed under arrest # _____                  b7C -2,3
                                                                  b7D -1

    2. _____ did inform me that his tag name is _____ is _____ He further stated that he is _____ In regards to Marlboro ____ did not want to give any particulars about any events _____ did state however in regards to _____ the name of _____ did also add that ____ _____ when "Jaynu"  b6 -2,3
                                          b7C -2,3
                                          b7D -1

    3. _____ then asked me for a contact number in regards to calling me in the future.   I will also attempt to identify _____

    4.  For your information.            b6 -2,3
                                   b7C -2,3
                                   b7D -1

Reporting Investigating Officer's...                   No.     Supervisor's S         C.O.'s initials

DET                                                                         b6 -6
                                                                            b7C -6

| COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-081B (Rev. 2-86)-31 | Crime | DENT-281 | | Pct. 060 | Complaint No. | Date of This Report 06/10/00 |
|---|---|---|---|---|---|---|

| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting Bklyn South Investigations | | Follow-Up No. | Page of Pages |
|---|---|---|---|---|---|---|
| | | | | | | 1 | 1 |

**DO NOT USE THIS FORM TO REPORT:** CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.

INVESTIGATION:   MARLBORO HOUSES INVESTIGATION
SUBJECT     :   NOTIFICATION / RESPONSE TO TRANSIT ROBBERY SQD.

On Thursday June 8, 2000 the Brooklyn South Gang Investigation Office was notified of an arrest of [ ] in the Marlboro Houses Investigation.

b6 -2,3
b7C -2,3
b7D -1

On this date at about 2050 hrs. Sgt.[ ] Det.[ ] and I responded to the Transit Robbery Squad at District 32. D/Sgt.[ ] of the Transit Robbery squad informed us that [ ] was arrested and was placed in several lineups for robberies on the subway, pattern # 58. Sgt.[ ] further reported that the subject was only identified in one lineup. I interviewed [ ] and requested that he view Det.[ ] Marlboro photo book. The subject agreed and provided the following information.

b6 -2,3,6
b7C -2,3,6
b7D -1

PHOTO                    INFORMATION
Jason Dent          AKA "J"[ ]

|  | AKA | deals drugs (crack) |
|---|---|---|
|  | AKA | |
|  | AKA | |

b6 -2,3
b7C -2,3
b7D -1

| AKA | |
|---|---|
| AKA | |
| AKA | |
| AKA | |
| AKA | |
| AKA | |

| AKA | |
|---|---|

The subject added that [ ] The subject agreed to provide additional information when it becomes available and said he would consider working for Det.[ ] The subject will be contacted by Ret.[ ] in court.

b6 -2,3,6
b7C -2,3,6
b7D -1

CASE ACTIVE

| Reporting Investigator's/Officer's Rank, Sign. Com'd | Name Printed | Tax Regist. No. | Supervisor's Signature | C.O.'s Initials |
|---|---|---|---|---|
| Det. | | | | |

b6 -2,3
b7C -2,3

b6 -6
b7C -6

b6 -2
b7C -2
b7D -1

| Date of Orig Report | Date Assigned | Case No | | Follow Up No |
|---|---|---|---|---|
| 06-08-00 | 06-8-00 | | 60 De...ive Squad | U1 |

Complainant's Name - Last, First, M I | ...'s Name - If Different

PSNY

Last Name, First, M I | Address, Include City, State, Zip | Apt. No | PERP 1

Home Telephone | Business Telephone | Position / Relationship | Sex | Race | Date of Birth | Age | PERP 2

Total No of Perpetrators | Wanted | Arrested | Weapon ☐ Used ☐ Possessed | Describe Weapon (If firearm, give color, make, caliber, type, model, etc )

Wanted ☐ | Arrested ☐ | Last Name, First, M I | Address, Include City, State, Zip | Apt. No | Res Pct | 16

Sex | Race | Date of Birth | Age | Height | Weight | Eye Color | Hair Color | Hair Length | Facial Hair | NYSID No | CHOICE 1

☐ Eyeglasses ☐ Sunglasses | Clothing Description. | CHOICE 2
Nickname, First Name, Alias | Scars, Marks, M O , Etc
(Continue to "Details")

Wanted ☐ | Arrested ☐ | Last Name, First, M I | Address, Include City, State, Zip | Apt. No | Res Pct | 17

Sex | Race | Date of Birth | Age | Height | Weight | Eye Color | Hair Color | Hair Length | Facial Hair | NYSID No | CHOICE 1

☐ Eyeglasses ☐ Sunglasses | Clothing Description. | CHOICE 2
Nickname, First Name, Alias | Scars, Marks, M O , Etc
(Continue to "Details")

AREA WITHIN BOX FOR DETECTIVE / LATENT FINGERPRINT OFFICER ONLY. THIS BOX WILL BE UTILIZED BY INVESTIGATOR WHENEVER POSSIBLE AND MUST BE FULLY COMPLETED WHEN USING THIS FORM TO CLOSE A CASE "NO RESULTS."

Comp. Interviewed ☐ Yes ☐ No | In Person ☐ | By Phone ☐ | Date | Time | Results: Same as Comp. Report - Different (Explain in Details) ☐ | CHOICE 2

Witness Interviewed ☐ Yes ☐ No | In Person ☐ | By Phone ☐ | Date | Time | Results: Same as Comp. Report - Different (Explain in Details) ☐

Canvass Conducted ☐ Yes ☐ No | If Yes - Make Entry in Body No. Time, Date, Names, Addresses, Results | Crime Scene Visited ☐ Yes ☐ No | If Yes - Make Entry in Details No Time, Date, Evidence Obtained | 19 CHOICE 1

Complainant Viewed Photos ☐ Yes ☐ Refused ☐ Future | Results. | CHOICE 1

Witness Viewed Photos ☐ Yes ☐ Refused ☐ Future | Results. | 20 CHOICE 2

Crime Scene Dusted ☐ Yes ☐ No | By (Enter Results in Details) | Crime Scene Photos ☐ Yes ☐ No | By (Enter Results in Details)

If Closing Case "No Results," Check Appropriate Box and State Justification in Details:
☐C-1 Improper Referral ☐C-2 Inaccurate Facts ☐C-3 No Evidence / Can't ID ☐C-4 Uncooperative Complainant ☐C-5 "Leads" Exhausted | 21

DETAILS.

Investigation:  Search Warrant Conducted by BSNA at ▮▮▮▮
SUBJECT:  DEBRIEFING OF ARRESTEE ▮▮▮▮ ▮AKA▮
▮▮▮▮ M/B/ DOB: ▮
6'0" 190 LBS.

1. On 6-8-00 at 2330 hours I debriefed ▮▮▮▮ who was arrested for a ▮▮▮▮ after a search warrant was conducted on his residence by members of Brooklyn South narcotics.

2. ▮▮▮▮ states that he is familiar with ▮▮▮▮

3. ▮▮▮▮ lattes that the word on the street is that ▮▮▮▮ Jason Dent for ▮▮▮▮ ▮▮▮▮ states that he does not know when ▮▮▮▮ He further states that ▮▮▮▮

4. ▮▮▮▮ states that while not in ▮▮▮▮

5. A records check on ▮▮▮▮ M/B/ DOB: ▮ met with negative results.

6. Case Active.

b6 -2,3
b7C -2,3
b7D -1

| COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-081B (Rev. 2-86)-31 | Crime | DENT-283 | | Pct. 060 | Complaint No. | Date of This Report 6/8/00 |
|---|---|---|---|---|---|---|
| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting | | Follow-Up No. | Page of Pages 1 / 3 |

**DO NOT USE THIS FORM TO REPORT:** CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.

Investigation: Gang activity Marlboro Houses
Subject: Proffer of Confidential Informant

1. On this date the undesigned did proffer person known to this department at the Brooklyn DA's Office in regards to activity at the Marlboro Houses and met with the following results.

2. This informant stated the following in regards to criminal activity in which he was involved in:

b6 -2,3
b7C -2,3
b7D -2

3. In regards to subjects in this case the informant states that on
Jaynu and
Jaynu as going
Jaynu
Jaynu's
Jaynu then got
Jaynu got
Jaynu and
Jaynu and
Jaynu

b6 -2,3,5
b7C -2,3,5
b7D -2

Jaynu gave
Jaynu,

Jaynu

Jaynu

| Reporting Investigating Officer's Rank, Sign, Com'd. | Name Printed | Tax Registry No. | Supervisor's | C.O.'s Initials |
|---|---|---|---|---|
| DET | | | | b6 -6 b7C -6 |

| COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-081B (Rev. 2-86)-31 | Crime | DENT-284 | | Pct. 060 | Complaint No. | Date of This Report 6/8/00 |
|---|---|---|---|---|---|---|

| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting | | Follow-Up No. | Page of Pages |
|---|---|---|---|---|---|---|
| | | | B.S.G.I.U. | | | 2 3 |

**DO NOT USE THIS FORM TO REPORT:** CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.

Jaynu

Jaynu

b6 -2,3
b7C -2,3
b7D -2

4.   In regards to ⬚ the CI states that on the day of ⬚ Jaynu,

Jaynu

Jaynu and

b6 -2,3,5
b7C -2,3,5
b7D -2

to Jaynu in ⬚ Jaynu

Jaynu

Next day,

b6 -2,3
b7C -2,3
b7D -2

The same day, the CI

b6 -2,3
b7C -2,3
b7D -2

with Jaynu.

| Reporting Investigating Officer's Rank, Sign., Com'd. | Name Printed | Tax Registry No. | Supervis | C.O.'s Initials |
|---|---|---|---|---|
| DET | | | | |

b6 -6
b7C -6

| COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-081B (Rev. 2-86)-31 | Crime | DENT-285 | | Pct. | Complaint No. | Date of This Report 6/8/00 |
|---|---|---|---|---|---|---|

| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting | | Follow-Up No. | Page of Pages |
|---|---|---|---|---|---|---|
| | | | B.S.G.I.U. | | | 2    3 |

**DO NOT USE THIS FORM TO REPORT:** CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.

b6 -2,3
b7C -2,3
b7D -2

NOTE : AT 1545 HRS ON THIS DATE,

b6 -2,3,6
b7C -2,3,6
b7D -2

5.   In regards to subjects at Marlboro, the CI identified the following: Jason Dent

b6 -2,3
b7C -2,3
b7D -2

6.   In regards to Wanted Persons in Marlboro, the CI tated he following:

b6 -2,3
b7C -2,3
b7D -2

7.                                                                the CI was provided with the undersigned's contact numbers and was instructed to contact me on

b6 -3
b7C -3
b7D -2

8.   For your information.

| Reporting Investigating Officer's Rank, Sign., Com'd. | Name Printed | Tax Registry No. | Supervisor | C.O.'s Initials |
|---|---|---|---|---|
| DET | | | | b6 -6 b7C -6 |

| COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-081B (Rev. 2-86)-31 | Crime | DENT-286 | Pct. | Complaint No. | Date of This Report |
|---|---|---|---|---|---|
| | C.P.W. | | 060 | 4586 | 6/5/00 |

| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting | | Follow-Up No. | Page of Pages |
|---|---|---|---|---|---|---|
| | | | B.S.G.I.U. | | | 1    3 |

**DO NOT USE THIS FORM TO REPORT:** CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.

b6 -2,3
b7C -2,3
b7D -1

```
INVESTIGATION : GANG ACTIVITY MARLBORO HOUSING COMPLEX
SUBJECT      : PRISONER DEBRIEFING OF [         ]

               DOB [        ]      NYSID # [        ]    b6 -2,3,6
                                                         b7C -2,3,6
                                                         b7D -1
```

1. On this date at approximately 2245 hours, [        ] was arrested by Det [        ] of the BSGIU for CPW at Members of this unit, while under the supervision of Sgt [        ] were conducting surveillance of the Marlboro Houses. [        ] did observe [        ] to an unapprehended individual who was later identified by the UC after viewing the Marlboro subject photo book.

b6 -2,3
b7C -2,3
b7D -1

2. The undersigned did conduct an interview of [        ] in regards to subjects and criminal activity at Marlboro with the following results after viewing the Marlboro photo book.

b6 -2,3
b7C -2,3
b7D -1

3. [        ]  Nysid # [        ]

[        ]  Nysid # [        ]

b6 -2,3
b7C -2,3
b7D -1

[        ]  Nysid # [        ]

b6 -2,3
b7C -2,3
b7D -1

[        ]  Nysid # [        ]

b6 -2,3
b7C -2,3
b7D -1

[        ]  Nysid # [        ]

b6 -2,3
b7C -2,3
b7D -1

[        ]  Nysid # [        ]

[        ]  Nysid # [        ]

with Jason Dent.

b6 -2,3
b7C -2,3
b7D -1

b6 -2,3
b7C -2,3
b7D -1

| Reporting Investigating Officer's Rank, Sign., Com'd. | Name Printed | Tax Registry No. | Supervisor | C.O.'s Initials |
|---|---|---|---|---|
| DET | | | | |

b6 -6
b7C -6

| COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-081B (Rev. 2-86)-31 | Crime DENT-287 C.P.W. | | Pct. 060 | Complaint No. 4586 | Date of This Report 6/5/00 |
|---|---|---|---|---|---|
| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting B.S.G.I.U. | Follow-Up No. | Page of Pages 2    3 |

**DO NOT USE THIS FORM TO REPORT:** CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.

b6 -2,3
b7C -2,3
b7D -1

from Jason Dent and

Nysid #     b6 -2,3
b7C -2,3
b7D -1

b6 -2,3
b7C -2,3
b7D -1

Nysid #     b6 -2,3
b7C -2,3

Nysid #     b6 -2,3
b7C -2,3
b7D -1

Nysid #     b6 -2,3
b7C -2,3
b7D -1

Nysid #     b6 -2,3
b7C -2,3

Nysid #     Saw him on this date     b6 -2,3    ised
to     b7C -2,3
b7D -1

Nysid #     b6 -2,3
Nysid #     b7C -2,3
b6 -2,3    b7D -1

Nysid #     b7C -2,3    b6 -2,3
b7D -1    b7C -2,3
b7D -1

Nysid #

b6 -2,3
b7C -2,3
b7D -1    b6 -2,3
b7C -2,3
b7D -1

Nysid #     b6 -2,3
b7C -2,3
b7D -1    b6 -2,3
b7C -2,3

Nysid #     b7D -1

Nysid #     b6 -2,3
b7C -2,3
b7D -1

| Reporting Investigation Officer's Rank   Sign   Com'd | Name Printed | Tax Register No. | Supervisor's Signature | C.O.'s Initials |
|---|---|---|---|---|
| DET | | | | b6 -6 b7C -6 |

| COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-081B (Rev. 2-86)-31 | Crime | DENT-288 | Pct. | Complaint No. | Date of This Report |
|---|---|---|---|---|---|
| | C.P.W. | | 060 | 4586 | 6/5/00 |

| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting | Follow-Up No. | Page of Pages |
|---|---|---|---|---|---|
| | | | B.S.G.I.U. | 3 | 3 |

**DO NOT USE THIS FORM TO REPORT:** CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.

b6 -2,3
b7C -2,3
b7D -1

b6 -2,3
b7C -2,3
b7D -1

Nysid #
Nysid #

b6 -2,3
b7C -2,3
b7D -1

b6 -2,3
b7C -2,3
b7D -1

Nysid #

b6 -2,3
b7C -2,3
b7D -1

"Jaynu" and

b6 -2,3
b7C -2,3
b7D -1

Nysid #

b6 -2,3
b7C -2,3
b7D -1

Nysid #

b6 -2,3
b7C -2,3
b7D -1

Nysid #

b6 -2,3
b7C -2,3
b7D -1

b6 -2,3
b7C -2,3
b7D -1

Nysid #
Nysid #

b6 -2,3
b7C -2,3
b7D -1

b6 -2,3
b7C -2,3
b7D -1  b6 -2,3

Nysid #          Doesn't know him.  b7C -2,3
Nysid #          Doesn't know him.  b7D -1
Nysid #***NONE***

b6 -2,3
b7C -2,3
b7D -1

4.          further stated that during          "Jaynu".

b6 -2,3
b7C -2,3
b7D -1

This was because "Jaynu" got

5.          "Jaynu".

b6 -2,3
b7C -2,3
b7D -1

6.  For your information.

| Reporting Investigating Officer's Bank, Sign, Com'd | Name Printed | Tax Registry No. | Supervi | C.O.'s Initials |
|---|---|---|---|---|
| DET | | | | b6 -6 b7C -6 |

| COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-081B (Rev. 2-86)-31 | Crime | DENT-289 | | Pct. | Complaint No. | Date of This Report |
|---|---|---|---|---|---|---|
| | ASSAULT 3 | | | 060 | 4537 | 6/4/00 |

| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting | Follow-Up No. | Page | of Pages |
|---|---|---|---|---|---|---|
| 6/4/00 | | | BSGIU | | 1 | 3 |

**DO NOT USE THIS FORM TO REPORT:** CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.

INVESTIGATION : GANG ACTIVITY MARLBORO HOUSING COMPLEX
SUBJECT : PRISONER DEBRIEFING [        ] b6 -2,3
                                          b7C -2,3
        NYSID # [        ] DOB [        ] b7D -1

1. On this date, the undersigned debriefed [        ] [        ] arrested by Det [        ] of the BSGIU for Assault 3 in front of [        ] while members of this unit were doing a surveillance at the Marlboro Houses [        ] AKA [        ]    b6 -2,3,6
                                                                          b7C -2,3,6
                                                                          b7D -1

2. In regards to the subjects in this case, [        ] did view the photo book and provided the following information.    b6 -2,3
                                                                          b7C -2,3
3. [        ]    Nysid # [        ]    b7D -1

        Jason Dent    Nysid # 8142204L    Same information as with [        ]
                      Nysid # [        ]
                      Nysid # [        ]
                      Nysid # [        ]
                      Nysid # [        ]    b6 -2,3
                      Nysid # [        ]    b7C -2,3
                                            b7D -1
                      Nysid # [        ]

                      Nysid # [        ]

                      Nysid # [        ]
                      Nysid # [        ]

| Reporting Investigating Officer's Rank   Sign. Com'd   Name Printed | Tax Register No. | Supervisor | I.O.'s Initials |
|---|---|---|---|
| DET | | *[signature]* | b6 -6 b7C -6 |

**DENT-290**

| COMPLAINT FOLLOW-UP INFORMATIONAL<br>PD 313-081B (Rev. 2-86)-31 | Crime<br>C.P.S.P. | Pct.<br>060 | Complaint No. | Date of This Report<br>5/25/00 |
|---|---|---|---|---|

| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting | Follow-Up No. | Page of Pages |
|---|---|---|---|---|---|
| 5/25/00 | | | B.S.G.I.U. | | 1 | 1 |

**DO NOT USE THIS FORM TO REPORT:** CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.

b6 -2,3
b7C -2,3
b7D -1

INVESTIGATION : GANG ACTIVITY MARLBORO HOUSING COMPLEX
SUBJECT      : PRISONER DEBRIEFING OF
               NYSID #          DOB

b6 -2,3,6
b7C -2,3,6
b7D -1

1.  On this date, the undersigned, while present at the 60PCT, did interview _____ arrested by PO _____ of the 60PCT for CPSP under arrest # _____ in regards to his knowledge of the Marlboro Houses.

2.  _____ did inform me that _____
_____ He was unable to provide any specific information about any crimes, but, did state _____
_____ did view the Marlboro Photo Book and was able to identify the following subjects that he sees there :

b6 -2,3
b7C -2,3
b7D -1

Jason Dent        Nysid #
                  Nysid # 8142204L
                  Nysid #
                  Nysid #
                  Nysid #
                  Nysid #
                  Nysid #
                  Nysid #
                  Nysid #
                  Nysid #
                  Nysid #
                  Nysid #
                  Nysid #
                  Nysid #

b6 -2,3
b7C -2,3
b7D -1

3.  _____ added that _____
_____ He hasn't seen _____ since _____
_____ He knows _____ to
_____

b6 -2,3
b7C -2,3
b7D -1

4.  _____ informed me that he would contact me after his Court Arraignment.

b6 -2,3
b7C -2,3
b7D -1

5.  For your information.

2010_2

| Reporting Investigating Officer's Bank, Sign, Com'd | Name Printed | Tax Registry No. | Supervisor's Signature | C.O.'s Initials |
|---|---|---|---|---|
| DET | | | | b6 -6<br>b7C -6 |

| COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-081B (Rev. 2-86)-31 | Crime | DENT-291 C.P.W. | | Pct. 077 | Complaint No. 5393 | Date of This Report 5/23/00 |
|---|---|---|---|---|---|---|

| Date of Orig. Report 5/22/00 | Date Assigned | Case No. 2/00 | Unit Reporting B.S.G.I.U. | | Follow-Up No. | Page of Pages 1  2 |
|---|---|---|---|---|---|---|

**DO NOT USE THIS FORM TO REPORT:** CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.

INVESTIGATION : GANG ACTIVITY, MARLBORO HOUSING COMPLEX    b6 -2,3
                                                                               b7C -2,3
SUBJECT      : PRISONER DEBRIEFING OF                                   b7D -1
              NYSID :             DOB

b6 -6
b7C -6

   1.  On this date, at approximately 2230hrs, the undersigned was notified by the Wanted Desk that the above listed subject had been arrested at the 77Pct for CPW. Det [        ] and myself did respond to the 77Pct for the purpose of debriefing this subject in regards to incidents at Marlboro.

   2. [                    ] was arrested by PO [        ] Sh# [                ] for

b6 -2,3,6
b7C -2,3,6
b7D -1

DOB [        ] and [        ] DOB [        ]

[        ] Arrest # for [        ] is [        ]

   3. [    ] made no statements in regards to his arrest but did discuss Marlboro with the undersigned. He informed me that he is [                ] Jason Dent "Jaynu" [                ] He added that [        ]

[                                        ] refused to make any specific state-ments in regards to [        ] but did state that they

b6 -2,3
b7C -2,3
b7D -1

such as [        ]

[        ] did also make a statement about [        ]

[        ] When asked about

[        ] did state that there is [        ]

Continued on Page 2.

| Reporting Investigating Officer's Rank, Sign., Com'd. | Name Printed | Tax Registry No. | Supervisor's Signature | C.O.'s Initials |
|---|---|---|---|---|
| DET | | | | b6 -6  b7C -6 |

DENT-292

| COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-081B (Rev. 2-86)-31 | Crime , C.P.W. | Pct. 077 | Complaint No. 5393 | Date of This Report 5/23/00 |
|---|---|---|---|---|
| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting B.S.G.I.U. | Follow-Up No. | Page of Pages 2 | 2 |

**DO NOT USE THIS FORM TO REPORT:** CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.

b6 -2,3
b7C -2,3
b7D -1

In regards to _____ did inform the undersigned that _____

According to _____

subjects are _____ Jason Dent, _____

did also mention that _____

4.   Det _____ was contacted in regards to _____ and ADA _____ of the Kings County DA'S Office was notified of the arrest.
5.   Investigation continuing.

b6 -2,6
b7C -2,6

| Reporting Investigating Officer's Rank, Sign., Com'd. DET | Name Printed | Tax Registry No. | Supervisor's Signature | C.O.'s Initials b6 -6 b7C -6 |

DENT-293

| COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-081B (Rev. 2-86)-31 | Crime C.P.W. | Pct. 060 | Complaint No. | Date of This Report 5/10/00 |
|---|---|---|---|---|

| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting | Follow-Up No. | Page of Pages |
|---|---|---|---|---|---|
| 5/10/00 | | | B.S.G.I.U. | | 1  2 |

**DO NOT USE THIS FORM TO REPORT:** CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.

INVESTIGATION : GANG ACTIVITY, MARLBORO HOUSING COMPLEX          b6 -2,3
                                                                b7C -2,3
SUBJECT      : DEBRIEFING OF            NYSID #          b7D -1

               ARRESTED FOR

                                                                b6 -2,3,6
                                                                b7C -2,3,6
                                                                b7D -1

    1.  On this date, the undersigned along with Det         did respond to BCB in regards to the arrest of                  by PO        of PSA1.        was arrested for                  For the purpose of this interview,         was transported to the 84Pct Detective Squad.

    2.         gave the following statements in regards to criminal activity at Marlboro.

"Jaynu"  Jason Dent, Nysid #8142204L,

                                    that he describes as            who lives          b6 -2,3
                                                                                       b7C -2,3
                                 Jaynu usually                                         b7D -1

                        Jaynu when

                                                                 He has also heard that Jaynu
has                                    but could not provide details at this time  b6 -2,3
                                                                                   b7C -2,3
                 Nysid #           hasn't seen him since             b7D -1

                   Nysid #

                                                                 has been interviewed
by the 60PDS in regards to

                                 stated that he thinks that              b6 -2,3
                                                                         b7C -2,3
                                                                         b7D -1

Cont on Page 2

| Reporting Investigating Officer's Rank  Sign  Com'd | Name Printed | Tax Register No. | Supervisor's Signature | C.O.'s Initials |
|---|---|---|---|---|
| DET | | | | b6 -6 b7C -6 |

| COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-081B (Rev. 2-86)-31 | Crime | DENT-294 | | Pct. | Complaint No. | Date of This Report |
|---|---|---|---|---|---|---|
| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting | | Follow-Up No. | Page of Pages 2    2 |

**DO NOT USE THIS FORM TO REPORT:** CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.

then stated that

b6 -2,3
b7C -2,3
b7D -1

Jaynu

and

Nysid #

b6 -2,3
b7C -2,3
b7D -1

Nysid #          as stated above, unknown which

b6 -2,3
b7C -2,3
b7D -1

Nysid #          Knows him to have

Also heard that

b6 -2,3
b7C -2,3
b7D -1

Nysid #

b6 -2,3
b7C -2,3
b7D -1

Nysid #

b6 -2,3
b7C -2,3
b7D -1

Nysid #

b6 -2,3
b7C -2,3
b7D -1

3. This interview was ended at approximately 2345hrs

did inform the undersigned that he is willing to provide further information to me and is willing to also cooperate with this Office. also viewed a photo book of Marlboro which contains 34 photos and was able to postively identify 30 of them by their "Tag" names.

b6 -2,3
b7C -2,3
b7D -1

For your information

| Reporting Investigation Officer's Rank, Sign, Comd | Name Printed | Tax Register No. | Supervisor's Signature | C.O.'s Initials |
|---|---|---|---|---|
| DET | | | | |

b6 -6
b7C -6

DENT-295

| COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-081B (Rev. 2-86)-31 | Crime | | Pct. | Complaint No. | Date of This Report |
|---|---|---|---|---|---|
| | Assault 2 | | 060 | 2455 | 4/18/00 |

| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting | Follow-Up No. | Page of Pages | |
|---|---|---|---|---|---|---|
| 4/17/00 | 4/17/00 | | BS Gang Investigation Squad | | 1 | 1 |

**DO NOT USE THIS FORM TO REPORT:** CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.

Investigation: Assault 2
Subject: Debriefing of ⬚

b6 -2,3
b7C -2,3
b7D -1

1.  On 4/17/00 the undersigned along with Sgt ⬚ and Det ⬚ did respond to the 60 Detective Squad for the purpose of debriefing ⬚ and met with the following results.

b6 -2,3,6
b7C -2,3,6
b7D -1

2.  Det ⬚ and the undersigned did debrief ⬚ in the confines of the 60 Detective Squad room where he made the following statements.

⬚ Jason (Jason Dent #8877117M) and ⬚ because ⬚ Jason ⬚ He goes on to ⬚ At the request of Sgt ⬚ he was questioned about ⬚ and states that he had ⬚ At the request of Lt ⬚ (60 squad) he was asked about ⬚ and he responded that ⬚ unknown which set. Also that he is ⬚

b6 -2,3,6
b7C -2,3,6
b7D -1

3.  At this point in the debriefing he begins to talk about ⬚ He goes on to state that he is ⬚ After he makes a statement that ⬚ Then goes on to state that ⬚ At this point the debriefing was concluded.

b6 -2,3
b7C -2,3
b7D -1

4.  Conferred with Sgt ⬚ and members of the 60 squad, and Det ⬚ of Intelligence Division.

b6 -6
b7C -6

| Reporting Investigating Officer's Rank, Sign, Com'd | Name Printed | Tax Registry No. | Supervisor | C.O.'s Initials |
|---|---|---|---|---|
| *[signature]* | | | *[signature]* | |
| | | | b6 -6 b7C -6 | |

| COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-081B (Rev. 2-88)-31 | Crime | DENT-296 | Pct. | Complaint No. | Date of This Report |
|---|---|---|---|---|---|
| | CRIMINAL MISCHIEF | | 060 | 2624 | 4/2/00 |

| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting | Follow-Up No. | Page of Pages |
|---|---|---|---|---|---|
| 4/2/00 | | | B.S.G.I.U. | 01 | 1 | 1 |

**DO NOT USE THIS FORM TO REPORT:** CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.

INVESTIGATION : GRAFFITI ARREST BY GANG SUPPRESSION
SUBJECT       : PRISONER DEBRIEFING            b6 -6
                                               b7C -6

1.  On this date, the undersigned along with Sgt [____] did respond to the 60Pct in regards to an arrest by PO [____] for Criminal Mischief (Graffiti) at the Marlboro Housing Complex.
                                               b6 -2,3,5
2.  Arrested : [____] ..M/B..DOB [____]        b7C -2,3,5
                        phone: [____]           b7D -1
         Arrest # [____]

3.  Subject admits being [____] who was [____] and was going to be interviewed by the 60PDS in regards to that case.  Subject further stated that [____] Jaynu (Jason Dent) [____]

He added that [____] Jaynu and [____] He added that he has not [____]
                                               b6 -2,3
                                               b7C -2,3
                                               b7D -1

4. Jaynu ( Jason Dent ) Nysid # [____]
                        Nysid # [____]
                 Nysid # [____]
                        Nysid # [____]          b6 -2,3
          Nysid # [____]                        b7C -2,3
                 Nysid # [____]
                 Nysid # [____]

5. [____] per Det [____]

6.  For your information.                       b6 -2,3,6
                                               b7C -2,3,6
                                               b7D -1
                                               b7E -1

2 p 110

| Reporting | | Supervisor's Signature | C.O.'s Initials |
|---|---|---|---|
| DET | | | b6 -6 b7C -6 |

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

**FEDERAL BUREAU OF INVESTIGATION**
**FOIA/PA DELETED PAGE INFORMATION SHEET**

__2__ Page(s) withheld entirely at this location in the file.  One or more of the following statements,
where indicated, explain this deletion.

☒ Deletions were made pursuant to the exemptions indicated below with no segregable
material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☐(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C)- 2,3,5 | ☐(k)(1) |
| _____ | ☒(b)(7)(D)- 1 | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6)- 2,3,5 | | ☐(k)(7) |

## DESCRIPTION OF DOCUMENTS:

### Handwritten Statement from a third party individual
(Dent 297-298)

Date of Document: The date is protected to protect the individual that made the hand
written statement

This document contains a hand written statement of a individual who helped in the
prosecution of the "Cream Team."

FD-487 (Rev. 11-24-98)

# NCIC ACTIVITY LOG
(Instructions - Reverse Side)

b6 -2
b7C -2

Universal Case File No. _160E-NY-277771-V_

| Date | Activity | Serial | Name or Description | NCIC Number | OCA Number | Date Retention Period Expires | Miscellaneous Information |
|------|----------|--------|---------------------|-------------|------------|-------------------------------|---------------------------|
| 10/4/02 | Enter | 3 | | | | | |
| 9/03/02 | Enter | 4 | | | | | |
| 10/2/02 | Enter | 5 | | | | | |
| | | | | | | | |
| 10/4/02 | Enter | 6 | Jason Dent | T 230012520 | | | |
| 10/2/02 | Enter | 7 | | | | | |
| 10/2/02 | Enter | 8 | | | | | |
| 10/2/02 | Enter | 9 | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| ● | | | | | | | |
| | | | | | | | |

**Validation:** (Date/Initials)

| 1 | | 5 | | 9 | |
|---|---|---|---|---|---|
| 2 | | 6 | | 10 | |
| 3 | | 7 | | 11 | |
| 4 | | 8 | | 12 | |

Top Serial - Not To Be Serialized

## Instructions

1. **Entry - NCIC**
   a. Supervisor stamp serial containing entry information, check entry, initial and route to NCIC operator.
   b. NCIC operator make local and/or NCIC checks including III for additional information, make entry, route serial and printout to rotor clerk. (NCIC operator may stamp jacket, insert NCIC Activity Log as top serial in file and complete "entry" line.)
   c. Rotor Clerk serialize printout, stamp jacket, insert NCIC Activity Log as top serial in file and complete "entry" line if not already accomplished by NCIC operator. Note: NCIC Activity Log is to be maintained as the top serial in the current volume of case file.

2. **Modify - NCIC**
   a. Supervisor stamp serial containing modify information, check modify, initial and route to NCIC operator.
   b. NCIC operator modify record, route serial and printout to rotor clerk. (NCIC operator may complete "modify" line on NCIC Activity Log.)
   c. Rotor clerk serialize printout and complete "modify" line on NCIC Activity Log, if not accomplished by NCIC operator.

3. **Clear/Cancel - NCIC**
   a. NCIC operator clears/cancels record upon notification by case agent or supervisor, routes printout to rotor clerk. (NCIC operator may complete "clear/cancel" line on NCIC Activity Log.)
   b. Rotor clerk serializes printout, completes "clear/cancel" line on NCIC Activity Log and makes slash marks (NCIC) through NCIC stamp of file jacket.

4. **Validation - NCIC**
   a. When validation printout is received from NCIC, an agent (or clerk if case is in closed status) will review the NCIC entry to insure that it is complete and accurate. Any discrepancy should be resolved by an appropriate agent and, if necessary, a modify message should be initiated to update and/or correct the record. When validation is complete, reviewer will and initial NCIC Activity Log.

---

### Retention Periods
Unless otherwise removed, records will be retained in file as follows:

**Article File**
Remainder of the year of entry plus one year.

**Boat File**
Remainder of the year of entry plus four years.
Records entered without BHN or OAN will remain in the file 90 days.

**Deported Felon File**
Remains on file until such time as INS Headquarters takes action to remove it.

**Foreign Fugitives/Canadian Warrant File**
Retained indefinitely until entering agency removes record from file.

**Gun File**
Retained indefinitely until entering agency removes record from file.
Recovered weapons are retained for the remainder of the year of entry plus two years.

**Interstate Identification Index**
Retained until the individual reaches the age of 99.

**License Plate File**
Retained in file for one year after the end of the plate's expiration year.
Nonexpiring license plates remain in file for the remainder of the year of entry plus four years.

**Missing Person File**
Retained indefinitely until action is taken by the entering agency to clear the record. This includes unemancipated juvenile records.

**Protection Order File**
Active records - Retained until canceled or cleared by entering agency or expiration. Temporary records will remain active for a maximum of one year from the date of entry. Inactive records - Retained on-line for the remainder of the year in which cleared or expired plus five years.

**Securities File**
Retained for the remainder of the year of entry plus four years, except records for traveler's checks and money orders. These records will be retained for the remainder of the year of entry plus two years.

**U.S. Secret Service Protective File**
Retained indefinitely until action is taken by the U.S. Secret Service to remove it.

**Unidentified Person File**
Retained indefinitely or until removed by entering agency.

**Vehicle File**
Retained for the remainder of the year of entry plus four years.
Records entered which do not contain VINs or OANs will remain in file for 90 days after entry.
Felony vehicles will remain in file for 90 days after entry.
Stolen parts (VIN plates, harrows, or boat motors) which contain an OAN or SER will remain in file for the year of entry plus four years.

**Violent Gang and Terrorist Organization File**
GMC records - Automatically purged 5 years from the date of entry or when an entering agency removes its entry, providing that agency is the sole agency of interest for the group/subgroup.
Only records entered by corrections agencies remain past five years.
GRC records - Single interest - indefinitely or until removed by entering agency.
Multiple Interests - indefinitely or until all agencies remove their records.

**Wanted Person File**
Retained until action is taken by the originating agency to clear/cancel the record.
Temporary felony want records will be automatically removed from file after 48 hours.

(Rev. 08-28-2000)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                                    **Date:** 09/17/2002

**To:** New York

**From:** New York
      C-30
      **Contact:** SSA [                                    ]

**Approved By:** [                        ]
                               · b6 -1

**Drafted By:** [                    ] mjp
                                 b7C -1

**Case ID #:** 166E-NY-277771   (Pending)

**Title:** CREAM TEAM
      ITAR-VC

**Synopsis:** To report status of [                                    ]
[                                    ] utilization in captioned
investigation.                                    b7E -1

**Details:** Captioned investigation is a historical investigation
centering on the CREAM TEAM, a violent street gang operating in
the Marlboro Housing Project in Brooklyn.

        C-30 investigation has resulted in several indictments
and cooperation agreements.  A file review of captioned
investigation and of FBIHQ communications to All Divisions (166E-
HQ-C1147186) serials 61 and 1425, setting forth guidance on the
use of [        ] has determined that [        ] entries are appropriate
for several CREAM TEAM subjects.
                               b7E -1

        The case agent is familiar with [        ] criteria and will
make appropriate [        ] entries.

                               b7E -1

♦♦

UPLOADED
WITH TEXT ✓
WITH/OUT TEXT
BY ___
DATE 9/17/02



166E-NY-277771-U

SEP 1 7 2002

FBI — NEW YORK

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

## FEDERAL BUREAU OF INVESTIGATION
## FOIA/PA DELETED PAGE INFORMATION SHEET

__1__   Page(s) withheld entirely at this location in the file.  One or more of the following statements, where indicated, explain this deletion.

☐        Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

| Section 552 | Section 552a | |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☐(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C)- 2 | ☐(k)(1) |
| _____ | ☐(b)(7)(D) | ☐(k)(2) |
| _____ | ☒(b)(7)(E)-1 | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6)- 2 | | ☐(k)(7) |

## DESCRIPTION OF DOCUMENTS:

## <u>Sensitive FBI Form Regarding Plaintiff</u>
(Dent 302)

Date of Document: This document is dated September 20, 2002

This documents is a FBI form of a sensitive nature and if exposed would reveal the specific FBI technique being protected.

DENT.(A6)

NF31 QMEN
51794   FILE-13  KAL  HOL  VDNO  DEE17E  ANER/NANI                    DCT 90-02
TO      FBI                                                          LTE -1

:HRE/M :QBI/AMF31MF91:HRW/DENT,JABDN
:SEX/M:SMC/B:POB/+ :DOB/061177
:HGT/597:WGT/145:EYE/BRO:HAI/BLK:BKA/+
:NF31/SYMBDNS3
:SMT/               :FPC/+                    :MSC/+
:SDC/BN46P53:EVB/BLM/+            :CLS/+ :CL7/+
:BRD/B,DDDN+BNAY        :BBP/CNH TNHDWNT
:SDT/DDLUDP/+      :CDS/NF3151799
:MISS___ )5640MF37771 QN___   C20 MF918 014000AL  :HDS/
:LID/+       :LIS/+ :LIY/+ :LIT/+                             :84 -1
:VID/+                :VY9/+ :VMD/+  :VMD/+ :VY7/+ :VCU/+     :b7C -1

AUTH SN [        ]        [        ]10-31 AM

N 1103-1103 10/02/02  RDXDN NF31 035X0  RDXDN 60734470  PART 001 OF 001
MCIC QMEN NF31
ACK 51794
NF31YMS1
HRW/DENT,JABDN MIC/TE2001ISE0


NF31 QMNP
51796   FILE-13  KAL  HOL  VDNO  DEE17E  ANER/NANI           DCT 90-02 ADSED
TO      FBI                                                  LTE -1

:HRE/M :QBI/AMF31MF91:HRW/DENT,JABDN
:MIC/TE2001ISE0
.QBD/DYMAL,JABDN.
                                                 b4 -1
                                                 b7C -1
AUTH SN [        ]        [        ]10-26 AM

N 1104-1104 10/02/02  RDXDN NF31 035X1  RDXDN 65738209  PART 001 OF 001
MCIC QMNP NF31
ACK 51796
NF31YMS1
BUPP HRW/DENT,JABDN MIC/TE2001ISE0
                                                            b4 -1
MHE/WANTED PERSON - CAUTION                                 b7C -1
DRI/NF31YMS1,HSN_____:SEX/M SMC/B POB/NY DOB [              ]
HGT [   597 ]    EYE/BRO HAI/BLK FBI [              ]
FPC [                    :MNU/                :SDC [          ]
OFF/FAILURE TO APPEAR - SEE 010
DOW/19971002 DCN [                                         ]
MIS/HDEI XCRD PHDB NF OF DICKINE/FT A BUR ET ANETHER/MISD OFRC/ET WB PU [                ]
DRI 20 RICHARDS CO NO BUR/ETH [                 ]
DD4
DD6
DD9
DD1
DD9
BNA/
BNA/
BNA/
BNA/
BNA/
BNA/
BNA/                                       b4 -2
BNA/                                       b7C -2
BNA/
BNA/
BNA/
BNA/
BNA/
BNA/
BNA/
BNA/
BNA/
BNA/
BNA/
MIC [           [OTE]         ]BRSE EXT


NF31 WTBT
DRI/+,+_____:HRW/DENT,JABDN
:SEX/M:SMC/L:DDB/061177/7,
:HG/+,H]B/HEABE C3B

N 1105-1105 10/02/02  RDXDN NF31 035X2  RDXDN 65740157  PART 001 OF 001
HF9P WTBT NF31 1105
NF31YMS1
NO RECORD - HNF9N WDHTED MLHDUME FILE
HRW/DENT,JABDN
.SEX/M.SMC/L.DDB/061177


N 1105-1105 10/02/06  RDXDN NF31 035X3  RDXDN 65740017  PART 001 OF 001
HF9P PNHD NF31 1105
NF31YMS1
HRW/DENT,JABDN
.SEX/M.SMC/L.DDB/061177


+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
*  WARNING - DO NOT SEARCH, DETAIN OR ARREST BASED SOLELY ON THIS INFORMATION  *
*  THE FOLLOWING RECORD IS A WYB PAROLE RECORD, CONTACT THE PAROLE OFFICER IF  *
*  THE RECORD SUBJECT IS ARRESTED FOR A NEW OFFENSE                             *
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

SHE/WYB PAROLEE
HRW/DENT,JABDN            :            SEX/M  SMC/B  DDB/(177962)
DIS/014080AL
BT/016  WBT/165  EYE/BRO  HAI/BLK
DFFENSE CODE/0840  CRIME LITERAL/ASSAULT 2ND+
BLENSE DATE/20080305  EXPIRE DATE/

STREET/693 AMBIBON ST 840
CITY/BRDDKLYN

RECINCT/061          COUNTY/KINGS (BRDDKLYN)

HER OFFICE/BRDDKLYN 9
HER TELEPHONE/718-596-4869
HER STREET/346 LIVINGSTON ST
HER CITY/BRDDKLYN
                                    b4 -6
H PAROLE OFFICER [            ]     b7C -6
AROLE OFFICER [            ]


1105-1105 10/02/02  RDXDN NF31 035X4  RDXDN 65740042  PART 001 OF 001
CIC WTBT NF31 1105
NF31YMS1
MHE/HS - FINGULAS BLDNE  HF1F [                ]
                                                        LTE -1

IE/CRIMINAL, BRNB MEMBER - CAUTION
SI/NF31YMS1  HRW/DENT,JABDN  SEX/M  SMC/B  DOB/(177962)
37/DBT  WBT/165  EYE/BRO  HAI/BLK  FBI/51SY9DNS3
IC/0644P53I0
-B/BLBDDDN+BNAY  BBP/CNH THNDWNT                       b4 -1
JX/RD  DDP+DNY14005 DCN/NF3151799                      b7C -1
IS/HDEM 1640MF37771 QN___   C20 MF918 014000AL
IL 10 FBI NEW YORK 010  DBP/CNHD
QB/DYMAL,JABDN
IC/TE2001ISE0 DTE/20081002 11RE EXT

MHE/HS - FINGULAS BLDNE  NCIC [                     ]
                                                        LTE -1

IE/CRIMINAL, BRNB MEMBER - CAUTION
S[ 03/21/0082 DFBN       ]:SEX/M
P[___WBT/S___EYE[___DDT[___FBI[           ]           b4 -2
IC[                                      ]            b7C -2
MIS/CHILDREN NF+OTHE BBP/PHDE MNBER
JX/S DD7/80899425 DCN/16467940B
10 10 FBI DETROIT 213 963-6303
C/T(3A380548 DTE/19990425 0000 EXT